Kevin Fisher (Bar No. 131455)
FISHER & KREKORIAN
rkf@fkslaw.net
2121 Park Drive
Los Angeles, California 90026
Telephone:   (310) 862-1225
Facsimile:   (310) 388-0805

Attorneys for Claimant
Teodoro Nguema Obiang Mangue

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONE WHITE CRYSTAL-COVERED "BAD TOUR" GLOVE AND OTHER MICHAEL JACKSON MEMORABILIA; REAL PROPERTY LOCATED ON SWEETWATER MESA ROAD IN MALIBU, CALIFORNIA; ONE 2011 FERRARI 599 GTO,<br><br>Defendants. | CASE NO. 2:11-03582-GW-SS<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT TEODORO NGUEMA OBIANG MANGUE & SWEETWATER MALIBU, LLC** |

04579.23529/4440559.1

## VERIFIED CLAIM AND STATEMENT OF INTEREST

By and through counsel, Claimants Sweetwater Malibu, LLC and Teodoro Nguema Obiang Mangue file this verified claim and statement of interest for the above captioned Defendant property pursuant to Fed R. Civ. P. G(5)(a)(i):

Teodoro Nguema Obiang Mangue, individually and by and through Sweetwater Malibu, LLC hereby claims the following Defendant property at issue, in which he and/or Sweetwater Malibu, LLC has a bona fide interest and claims all rights and privileges thereto as the rightful owner(s) of such Defendant property:

1. ONE WHITE CRYSTAL-COVERED "BAD TOUR" GLOVE AND OTHER MICHAEL JACKSON MEMORABILIA AS SET FORTH IN ATTACHMENT A-1 TO THE FIRST AMENDED COMPLAINT;

2. REAL PROPERTY TITLED IN THE NAME OF SWEETWATER MALIBU, LLC, LOCATED ON SWEETWATER MESA ROAD, MALIBU, CALIFORNIA, AND ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS THEREON, AS WELL AS ALL LEASES, RENTS, AND PROFITS DERIVED THEREFROM;

3. ONE 2011 FERRARI 599 GTO, VIN NO. ZFF70RCA6B0176109, ITS TOOLS AND APPURTENANCES.

Claimant Teodoro Nguema Obiang Mangue is the managing member of, and principal agent for, Sweetwater Malibu, LLC, which entity holds fee simple title to the above captioned real property in Malibu, California.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
VERIFIED CLAIM AND STATEMENT OF INTEREST

04579.23529/4440559.1

Accordingly, Claimants Sweetwater Malibu, LLC and Teodoro Nguema Obiang Mangue claims the right to defend this action.

DATED: November   , 2011     FISHER & KREKORIAN

By     Kim Fisher

Kevin Fisher
Attorneys for Claimants
Teodoro Nguema Obiang Mangue &
Sweetwater Malibu, LLC

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest is true and correct to the best of my knowledge and belief.

EXECUTED ON: November 28, 2011

Teodoro Nguema Obiang Mangue

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **VERIFIED CLAIM AND STATEMENT OF INTEREST** was sent by U.S. mail this ███ day of November, 2011, to:

Janet C Hudson
United States Department of Justice
1400 New York Avenue N.W. 10th Floor
Washington, DC 20530
Email: USACAC.Criminal@usdoj.gov

Steven R Welk
AUSA - Office of US Attorney
Asset Forfeiture Division
312 North Spring Street, 14th Floor
Los Angeles, CA 90012
Email: USACAC.Criminal@usdoj.gov

DATED: November ███, 2011      FISHER & KREKORIAN

By _____
Kevin Fisher
Attorneys for Claimants

04579.23529/4440559.1                              -4-