# Exhibit

# 4

REQUESTED BY: MANZANARES, ROBERTO

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
| --- | --- |
| REPORT OF INVESTIGATION | PAGE  1 |
| | CASE NUMBER MI02PR07MI0018 |

TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA

CASE STATUS:    INTERIM RPT

| REPORT DATE 082411 | DATE ASSIGNED 111506 | PROGRAM CODE YA1 | REPORT NO. 050 |
| --- | --- | --- | --- |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INITIAL SOURCE DOCUMENT/ INVESTIGATIVE FINDINGS

TOPIC: INTERVIEW OF JOHN BENNETT

SYNOPSIS:
On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated an investgation regarding the l activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It's alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. Minister OBIANG is currently the Minister of Agriculture and Forestry in EG and is the son of the dictator.

HSI is investigating Minister OBIANG for money laundering. OBIANG purchased a Beverly Hills mansion valued at $32 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased a Gulfstream aircraft for $35 million dollars. On February 3, 2011, John BENNETT was interviewed telephonically by HSI agent, Robert Manzanares and U.S. Department of Justice, Criminal Division, Asset Forfeiture & Money Laundering attorney, Janet Hudson.

| DISTRIBUTION: SACMI | SIGNATURE: MANZANARES    ROBERTO       SPECIAL AGENT |
| --- | --- |
| | APPROVED: RUTHERFORD    ROBERT    N    OI GRP SUPERVISOR |
| | ORIGIN OFFICE: MI MIAMI, FL - SAC | TELEPHONE: 305 597 6000 |
| | | TYPIST: MANZANARES |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 050 |

CASE PROGRAM CODES:

YA1 Financial Other/Corn   7H0 FOREIGN CORRUPTION

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 050 |

DETAILS OF INVESTIGATION:

On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated a criminal inquiry regarding the financial activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It is alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. Minister OBIANG is currently the Minister of Agriculture and Forestry in EG and is the son of the dictator.

HSI is investigating Minister OBIANG for violation of money laundering statutes. OBIANG purchased a Beverly Hills mansion valued at $32 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased a Gulfstream aircraft for $35 million dollars. Minister OBIANG asserts his wealth is the result of his private businesses which are involved in lumber and road construction. In EG officials are permitted to engage in private businesses and authorized to have government contracts as long as the official involved isnt actively involved in the day to day operations or management of the business.

On February 3, 2011, John BENNETT was interviewed telephonically by HSI special agents, Robert Manzanares and U.S. Department of Justice, Criminal Division Asset Forfeiture & Money Laundering attorney, Janet Hudson.

After being apprised of the nature of the investigation, BENNETT agreed to be interviewed. BENNETT resides in Springfield, Virginia and was the former U.S. Ambassador in EG from 1991 until 1994. BENNETT is presently retired.

In January 1991, a company by the name of WALTER INTERNATIONAL discovered oil. EG was capable to produce well over 400,000 barrels of oil daily during this time frame. BENNETT frequently had meeting with company officials of WALTER INTERNATIONAL during his tenure as U.S. Ambassador. Additionally, BENNETT had regularly scheduled informal meetings with President OBIANG which involved several issues to include the Human Rights of the citizens in EG. BENNETT claims that anyone who opposed President OBIANG's administration would be expelled from the country.

President OBIANG overthrew his uncle in August of 1979 and after a military tribunal found his uncle guilty, he was executed. BENNETT claims that there is no rule of law in EG and the enforcement of justice is whatever President OBIANG wants it to be. BENNETT insists that any company that is performing business in EG has a component of government involvement. BENNETT claims that

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

```
```

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 050 |

it is President OBIANG intention to keep the citizens poor so he could maintain a "tight leash" on its citizens. BENNETT claims he is aware that EG citizens are routinely tortured by President OBIANGs administration. The method of torture which is commonly applied is beating citizens on the bottom of their feet with metal cables.

BENNETT claims that in 1991, WALTER INTERNATIONAL paid for Minister OBIANG to attend Pepperdine University in California to learn English. However, BENNETT claims that Minister OBIANG did not attend classes and was expelled from the university after his apartment caught on fire and was destroyed. BENNETT claims that Minister OBIANG currently holds the position of Minister of Agriculture and Forestry in EG and earns approximately $5000.00 monthly.

In or around 1992, BENNETT claims that he was at his home and in the middle of the night he heard some commotion outside of his home and went outside to investigate. BENNETT claims that a death threat note was left near the premises. After reporting this death threat to the State Department, it was decided that he should leave the EG. BENNETT can be reached at ███████

Investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.