# Exhibit

# 5

REQUESTED BY: MANZANARES, ROBERTO

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
| --- | --- |
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER MI02PR07MI0018 |

| TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA |
| --- |
| CASE STATUS: INTERIM RPT |

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
| --- | --- | --- | --- |
| 082112 | 111506 | YA1 | 091 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INITIAL SOURCE DOCUMENT/ INVESTIGATIVE FINDINGS

TOPIC: INTERVIEW OF GREMAN PEDRO TOMO

SYNOPSIS:
On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated a criminal inquiry into the financial activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It is alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. Minister OBIANG is currently the Minister of Agriculture and Forestry in EG.

HSI is investigating Minister OBIANG for money laundering statutes. OBIANG purchased a mansion valued at $32 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased an aircraft for $38 million dollars. Minister OBIANG asserts his wealth is the result of his private businesses which are involved in lumber and road construction. EG officials are purportedly permitted to engage in private businesses and authorized to have government contracts as long as the official isn't involved in the "day to day" operations or management of the business.

| DISTRIBUTION: | SIGNATURE: | | |
| --- | --- | --- | --- |
| SACMI | MANZANARES  ROBERTO  SPECIAL AGENT | | |
| | APPROVED: | | |
| | RUTHERFORD  ROBERT  N  OI GRP SUPERVISOR | | |
| | ORIGIN OFFICE: MI MIAMI, FL - SAC | TELEPHONE: 305 597 6000 | |
| | | TYPIST: MANZANARES | |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 2 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 091 |

CASE PROGRAM CODES:

YA1 Financial Other/Corn    7H0 FOREIGN CORRUPTION    2FJ SHELL CORPORATIONS

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0012560

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 091 |

DETAILS OF INVESTIGATION:

On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated a criminal inquiry regarding the financial activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It is alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. Minister OBIANG is currently the Minister of Agriculture and Forestry in EG and is the son of the dictator.

HSI is investigating Minister OBIANG for violation of money laundering statutes. OBIANG purchased a Beverly Hills mansion valued at $30 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased a Gulfstream aircraft for $38 million dollars. Minister OBIANG asserts his wealth is the result of his private businesses which are involved in lumber and road construction. In EG officials are permitted to engage in private businesses and authorized to have government contracts as long as the official involved isn?t actively involved in the "day to day" operations or management of the business.

On June 7 and 8, 2012, German Pedro TOMO was interviewed telephonically, by HSI special agents, Robert Manzanares and Daniel Flores. Additionally, U.S. Department of Justice, (DOJ) Criminal Division Asset Forfeiture & Money Laundering attorney, Woo Lee participated in the interview. Agent Flores served as a translator from English to Spanish. At the time of the interview, TOMO was in Madrid, Spain.
After being apprised of the nature of the investigation, TOMO agreed to be interviewed. It was explained to TOMO that the U.S. government has filed two separate civil forfeiture actions insisting that the assets owned by Minister OBIANG were obtained by money which he obtained illegally.

TOMO stated that he owned and operated a forestry named TROMAD FORESTAL and a road construction business name TROMAD SA CONSTRUCIONES Y OBRAS in EG during sometime in 2007. Additionally, TOMO had a position within the EG Parliament and was an outspoken critic of Minister OBIANG's ongoing corruption activities. When Minister OBIANG was appointed to the position of Minister of Forestry and Agriculture, Minister OBIANG imposed a revolutionary tax on all companies in EG from 1997 until 2007. The initial tax was 10% of the value of the export which subsequently rose to 20% on all companies that were engaged in business in EG. As a result of these self imposed taxes by Minister OBIANG, TOMO decided to speak to President OBIANG about the imposition of these taxes. Minister OBIANG was extremely upset that TOMO chose to inform his father. TOMO claims that he left EG because he feared for his personal safety in 2003.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 091 |

TOMO claims that manner which the taxes were paid to Minister OBIANG was often done by checks or bulk cash in suit cases to an account under the name of SOMAGUI. This was a company owned by Minister OBIANG and the account was held in CCEI bank from Cameroon. TOMO claims that he had personally made payments to this SOMAGUI account and was well aware of how these taxes needed to be paid. SOMAGUI did not have any employees but had an office which was vacant. Minister OBIANG required other timber companies in EG to pay him personally in or around 15,000 CFAs (approximately $27) per log if the company wished to export from E.G.

TOMO claims that a person by the name of Florentino LNU who was recently released from jail and his wife would clean the offices every 6 months or so. TOMO claims that he paid a total of approximately $700,000 CFA Francs between 1998 and 2003.
TOMO was not in possession of any documents that support his claims that he deposited money in the SOMAGUI account because he had to flee EG in the middle of the night in 2003 as a result of his personal safety. As a matter of fact, on the night that he fled EG, Minister OBIANG had military officials respond to and enter TOMO's residence and ransack his home, seizing all of the documents relating to Tomo's businesses.

TOMO claims that he has spoken to French officials who are investigating Minister OBIANG at the French Embassy in Madrid, Spain. TOMO was not willing to release the names of the officials who are investigating because the secret nature of their investigations. However, TOMO would be willing to provide the names of the investigators next week.

TOMO claims that Minister OBIANG would open timber companies and place the companies under the control of SOMAGUI. Minister OBIANG would then sell the assets of these timber companies to a Malaysian company named SHIMMER INTERNATIONAL (SI). After selling the timber to SI, Minister OBIANG gave SI open access to the national parks so SI could harvest the timber. SI would pay Minister OBIANG 30 million CFAs for 30 cubic meters of timber that SI harvested. SI was even given access to protected forest reserves and allowed to cut down timber without having to respect EG forestry laws.

TOMO insist that companies who refused to pay Minister OBIANG were prevented from exporting their timber from the Port of Bata, where all of EG's timber is originated. Additionally, companies that did not pay these fees incurred additional operational expenses of up to $5,000 per day for any delays. TOMO claims that he was aware of these financial terms because he personally knew the SI General Director HUNG and HUNG told TOMO of the financial arrangements that SI had with Minister OBIANG.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 5 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 091 |

TOMO claims that a Santiago Isaac HANNA, who owned a timber company called ABM, had his company taken from him by Minister Obiang. HANNA was a Spanish national. In 1996, Minister Obiang required HANNA to sell him ABM for a third of its fair market value. After taking the company, Minister Obiang had HANNA arrested for fraud. HANNA was only released after he paid Minister Obiang another $3 million in civil penalties. Minister Obiang then sold ABM's assets to SI for inflated prices.

TOMO claimed he was willing to meet with investigators in Madrid, Spain or the United States. TOMO did not have any issues about investigators using his name in a public document as he did not feel there would be any risk to his personal safety.

Investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.