# Exhibit 6A



# ISOROY

## TELECOPIE

**ISOROY**
150 rue Galliéni
92514 BOULOGNE CEDEX

Date: 24 juin 1996

Dest.: M. Vincent OBAMA
Président du Comité Equato-Guinéen du Forum Francophone des Affaires

Exp.: Alain AUDEBERT         Tél.:
      ISOROY                  Télécop: 46.99.48.70

RE:

Nombre de pages, y compris la page de garde: 1

Monsieur,

Conformément à votre demande nous vous confirmons la volonté de CEGO de démarrer rapidement ses activités.

Cependant les spécialistes en mécanique que nous avons dépêchés sur place estiment qu'une part importante du matériel doit être révisée sérieusement avant sa mise en exploitation. Il faut donc, avant une mise en activité, que ce matériel retourne sur notre base de LEROY-GABON qui dispose de l'outillage et des pièces détachées nécessaires.

Il est donc indispensable pour conforter notre volonté :

1° Que le matériel puisse sortir et revenir sans taxes nouvelles

2° Que les administrations concernées telles la douane (60 MF CFA), les impôts (23 MF CFA), la sécurité sociale (13 MF CFA), etc... ne remettent pas en question les accords passés avec le pouvoir politique.
En particulier, l'accord du droit d'entrée préférentiel du matériel.

3° Que le permis soit délivré, permettant l'exploitation de 50.000 hectares et ceci dans les meilleurs délais.

Il faut donc rappeler que, lorsqu'il a été demandé à CEGO de payer 15 MF CFA pour ce permis, il a été stipulé que les 30 MF CFA précédemment réglés l'avaient été au titre d'IEG et donc pas transmissibles sur CEGO. Personne n'a indiqué que des RAPPELS d'impôts étaient prévisibles.

Il reste que, bien entendu, ISOROY s'engage à régler les sommes dûment réclamées et justifiées.

Espérant que votre démarche auprès de son Excellence le Président de la République sera couronnée de succès,

Et dans cette attente, veuillez croire Monsieur, en l'assurance de mes sentiments les meilleurs.

Alain AUDEBERT