# Exhibit 6B

06-24-1996    4:46 p.m.    FROM                TO            0-1924082131   P. 01/01
*[illegible handwritten text]*

                                     FAX

ISOROY
150 rue Galliéni
92514 BOULOGNE CEDEX

Date:    June 24, 1996

Recip.:  Mr. Vincent Obama
         Chairman of the Equatorial Guinea Committee of the Francophone Business Forum

Sender:  Alain AUDEBERT           Tel.:
         ISOROY                   Fax:   46 99 48 70

RE:

**Number of pages, including the cover sheet: 1**

Dear Sir,

Per your request, we confirm CEGO's desire to quickly launch its activities.

However, the machine specialists that we sent on-site believe that a significant portion of the equipment needs a major overhaul before being put into use. This means that before it can be put into operation, this equipment must be returned to our LEROY-GABON site, which has the necessary tools and spare parts.

Therefore, to reinforce our willingness, it is essential that:

1. The equipment can be sent out and come back in without being taxed anew.

2. The relevant administrations, such as customs (60 MF [million francs] CFA [Central African francs]), taxes (23 MF CFA) *[handwritten "16" above the "23"]*, social security (13 MF CFA), etc… do not challenge the agreements signed with the political authorities.
In particular the agreement on the preferential import duties for the equipment.

*[illegible handwritten text]*

3. The permit be issued, allowing for the logging of 50,000 hectares, and that it be issued as soon as
It is useful to recall that, when CEGO was asked to pay 15 MF CFA for this permit, it was stipulated that the 30 MF CFA that had been paid previously was done so for IEG and thus could not be passed to CEGO. No one indicated that additional tax ASSESSMENTS were to be expected.

Nonetheless, obviously ISOROY is committed to paying the amounts duly claimed and justified.

Hoping that your overture toward His Excellency, the President of the Republic is highly successful,

Sincerely,

Alain AUDEBERT
*[signature]*

ASET International Services LLC / A MANPOWER Company

6400 Arlington Boulevard Third Floor, Falls Church, Virginia 22042  Tel. (703) 245 9400  Fax (703) 245 9401.  www.asetquality.com

# CERTIFICATE OF TRANSLATION

I, _Rachel Malleck_, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. All archival seals, stamps, and certifications have been translated here.

French Title:   United States v. One White Crystal-Covered ?Bad? Tour Glove et al. (11-3582)

English Title:  United States v. One White Crystal-Covered ?Bad? Tour Glove et al. (11-3582)

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this 30th day of _November_ 201_1_.

_____
Signature