# Exhibit

# 10

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER RM02PR07MI0018 |

TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA

CASE STATUS: INTERIM RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 111011 | 102011 | YA1 | 008 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS
OTHER INFORMATION    /  MEMO OF INTERVIEW

TOPIC: INTERVIEW OF ▓▓▓▓ ▓▓▓▓▓▓▓ ON NOVEMBER 3, 2011.

SYNOPSIS:
On November 13, 2006, Agents assigned to the ICE SAC/Miami Foreign Public Corruption Unit (FCIG) initiated a criminal inquiry regarding the financial activities of Teodoro Nguema OBIANG (DOB: ▓▓▓▓▓▓▓) a.k.a. "Teodorin". It i alleged that OBIANG is diverting funds allocated to the government of Equatorial Guinea for his own personal use. SAC/Miami Agents are currently attempting to identify any criminal violations and assets related to OBIANG and his associates.

This report of investigation will serve to document the interview of ▓▓▓▓ ▓▓▓▓▓▓▓ on November 3, 2011, by HSI Attache Rome personnel.

| DISTRIBUTION: | SIGNATURE: |
|---|---|
| CARM  SACMI | USSHER           STEVEN       A    ICE REPRESENTATIVE |
| | APPROVED: ANNAN         NICCOMEDO        ICE DEPUTY ATTACHE |
| | ORIGIN OFFICE: RM ROME - ATTACHE | TELEPHONE: 064 674 2475 |
| | | TYPIST: USSHER |

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0009067

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER RM02PR07MI0018 |
| | REPORT NUMBER: 008 |

DETAILS OF INVESTIGATION:

On November 13, 2006, Agents assigned to the ICE SAC/Miami Foreign Public Corruption Unit (FCIG) initiated a criminal inquiry regarding the financial activities of Teodoro Nguema OBIANG (DOB: ▆▆▆▆▆) a.k.a. "Teodorin". It is alleged that OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. SAC/Miami Agents are currently attempting to identify any criminal violations and assets related to OBIANG and his associates.

During the month of October 2011, Guardia di Finanza (GdF) Detective ▆▆▆▆ ▆▆▆▆▆▆ notified Attache ▆▆▆ that ▆▆▆▆▆ citizen ▆▆ ▆▆▆▆ ▆ may have information pertaining to the SAC Miami investigation of OBIANG. ▆▆▆▆▆▆, formerly a contractor in Equatorial Guinea, is a key witness in the Judicial Investigation being conducted by the Procure of the Republic in ▆▆▆▆ and ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆. ▆▆▆▆ citizen Igor CELOTTI, CEO of General Works Corporation, EG, died in the accident.

Attache ▆▆▆ through coordination with the GdF arranged for an interview of ▆▆▆▆▆▆ on November 3, 2011. On November 3, 2011, Foreign Service National Investigator (FSN-I) Dario D'Andrea and HSI Representative Steven Ussher along with representatives from the GdF interviewed ▆▆▆▆▆▆. The following is a non-verbatim account of the interview:

▆▆▆▆▆▆ advised that the original owners of General Works (GW) Corporation were Giulio Cistaro and Giovanni Vona and that it was formed in Panama. GW is a holding company with numerous subsidiaries that were incorporated in Bata, Eq.Guinea for specific purposes pertaining to the construction of the infrastructure of a country that had nothing, from power plants to roads, hospitals, airports, ports, etc. ▆▆▆▆▆▆ stated that during his time working for GW, there were approximately 2,000 employees of numerous nationalities, including locals. ▆▆▆▆▆▆ said that GW had yearly revenue of approximately Euro 150 million. Wage amounts were decided upon by the President of EG. ▆▆▆▆▆▆ cited that local workers made 1000 Sefa Francs a month (approximately $120).

▆▆▆▆▆▆ stated that he first became involved with EG in the year ▆▆▆. ▆▆▆▆▆▆ of the Celotti ▆▆▆▆ and when Igor CELOTTI's business ▆▆▆▆▆▆ in EG, ▆ decided to ▆▆▆▆▆▆▆▆▆▆▆▆▆▆. During this time ▆▆▆▆▆ was a contract worker for GW as an external consultant / ▆▆▆▆▆▆▆▆. ▆▆▆▆▆▆ advised that he lived and worked in EG until ▆▆▆, as a contract worker for GW. ▆▆▆▆▆▆ further stated that the ▆▆▆▆ Government made him an ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆o

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER RM02PR07MI0018 |
| | REPORT NUMBER: 008 |

▮▮▮

When asked about business challenges in EG, ▮▮▮ advised that if a person / corporation wanted to do business in EG, that person / corporation would be required to have contacts or friends in key positions within the EG government to be awarded contracts. The country is extremely poor and locals do not have the opportunity to obtain any type of consumer goods. Westerners present in country are basically approached to procure anything from consumer electronics to vehicles and that is the manner to make friends. ▮▮▮ stated that within the EG government, there is a Government Entity named GE PROJECTS, which was created to develop EG.

▮▮▮ stated that in ▮▮, President OBIANG selected NTUTU MU as the Minister heading GE PROJECTS. NTUTUMU was a friend of CELOTTI's. ▮▮▮ stated the work / projects that GW did in EG would be processed by this department.

▮▮▮ provided the following information pertaining to ▮ relationship with the EG government: ▮▮▮ was hired by GW because of ▮ expertise in ▮▮▮. Contracts varied greatly in nature and scope and included aspects not always in direct relationship with the contracted work. ▮▮▮ advised that GW rebuilt / renovated a hotel that was personally owned by the EG Treasurer. The hotel was needed to lodge visitors from the Island of Bioko situated almost 800 kilometers from the mainland who were frequently visiting the EG government in regard to the rights of offshore oilfields situated between EG and the Island.

▮▮▮

(Note: In 2006 all the shares of GW were turned over to CELOTTI from the original founders CISTARO and VONA).

▮▮▮ reports that on approximately ▮▮▮, ▮ received a phone

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE 5 |
|---|---|
| REPORT OF INVESTIGATION<br>CONTINUATION | CASE NUMBER RM02PR07MI0018 |
| | REPORT NUMBER: 008 |



███████ provided the following information pertaining to ██ relationship with Teodorin OBIANG: Teodorin OBIANG is the Minister of Forestry and Agriculture of EG. ███████ relationship began as a professional relationship but it turned into a ███████ relationship because of the frequent needs that Teodorin expressed. ███████ specifically cited that Teodorin wanted a ███████ and approached the ███████ for the car. ███████ found an amenable vehicle in a dealership in Treviso, Italy, and used GW money to put a $100,000.00 down payment on the vehicle. Upon informing Teodorin about the car, ███████ stated that Teodorin OBIANG asked GW to assist in projects that would pertain to the harvesting of forests in EG. GW was asked to build the roads to the harvesting areas.

According to ███████, Teodorin OBIANG created two companies in EG for the forestry business. One company was responsible for the sale of the timber and the other for the logistics relating to the industry (processing plants, transportation, etc.). All related timber business had to go through one of these two companies. ███████ further advised that when Teodorin OBIANG purchased his personal ██ in the ██, Teodorin OBIANG was asked by the U.S.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 6 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER RM02PR07MI0018 |
| | REPORT NUMBER: 008 |

vendor to provide evidence of the source of the financial means he was using to purchase the ▓▓▓▓. ▓▓▓▓ went back to EG and contacted all western contractors involved in forestry in EG to beef up the books and records of his Forestry Businesses in order to show legitimate business income. This request generated the proposal of a large number of contracts that were subsequently blessed by the President and completed through GE PROJECTS. The books were subsequently certified by a ▓▓▓▓ company.

This investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.