# Exhibit

# 12

REQUESTED BY: KWON, AARON S

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER UL02PR07MI0018 |

TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA

CASE STATUS: INTERIM RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 053012 | 042111 | YA1 | 009 |

RELATED CASE NUMBERS: MI02PR07MI0018

COLLATERAL REQ:

TYPE OF REPORT:
MEMO OF INTERVIEW

TOPIC: 5/22/12-INTERVIEW OF ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

SYNOPSIS:
On November 13, 2006, agents assigned to the U.S. Immigration and Customs Enforcement, Homeland Security Investigations Miami (HSI/Miami) Foreign Public Corruption Unit initiated a criminal inquiry regarding the financial activities of Teodoro Nguema OBIANG (DOB: 06/26/1969) a.k.a. "Teodorin". It is alleged that OBIANG is diverting funds allocated to the government of Equatorial Guinea for his own personal use. This case will identify and track assets and accounts within the United States that are associated with OBIANG. HSI/Los Angeles Asset Identification and Removal Group (AIRG) has been requested to assist in the ongoing investigation.

This report of investigation will document the interview of ▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, at ▇▇▇▇▇▇▇▇▇▇▇▇ Beverly Hills, CA, on May 22, 2012.

| DISTRIBUTION: | SIGNATURE: | | | |
|---|---|---|---|---|
| RACUL SACLA SACMI | KWON | AARON | S | SPECIAL AGENT |
| | APPROVED: | | | |
| | LI | PATRICK | S | OI GRP SUPERVISOR |
| | ORIGIN OFFICE: UL LOS ANGELES ASSET ID | TELEPHONE: 562 624 4022 | | |
| | | TYPIST: KWON | | |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE 2 |
|---|---|
| | CASE NUMBER UL02PR07MI0018 |
| REPORT OF INVESTIGATION<br>CONTINUATION | REPORT NUMBER: 009 |

CASE PROGRAM CODES:

YA1 Financial Other/Corn   340 ASSET REMOVAL TEAM   231 AIRG-LOS ANGELES OPE

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.



OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER UL02PR07MI0018 |
| | REPORT NUMBER: 009 |

DETAILS OF INVESTIGATION

On November 13, 2006, agents assigned to the U.S. Immigration and Customs Enforcement, Homeland Security Investigations Miami (HSI/Miami) Foreign Public Corruption Unit (FPCU) initiated a criminal inquiry regarding the financial activities of Teodoro Nguema OBIANG (DOB: 06/26/1969) a.k.a. "Teodorin". It is alleged that OBIANG is diverting funds allocated to the government of Equatorial Guinea for his own personal use. This case will identify and track assets and accounts within the United States that are associated with OBIANG. HSI/Los Angeles Asset Identification and Removal Group (AIRG) has been requested to assist in the ongoing investigation.

United States Department of Justice (DOJ), Asset Forfeiture Money Laundering Section (AFMLS) requested assistance from HSI/LA AIRG to help conduct interviews of various subjects residing in the Los Angeles area. On May 22, 2012, at approximately 1600 hours, HSI/LA AIRG Special Agent (SA) Aaron Kwon and DOJ AFMLS Attorney Stephen Gibbons conducted an interview of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, at ▓▓▓▓▓▓▓▓▓▓▓, Beverly Hills, CA.

(The following is a summary of the recorded interview. Refer to the recorded interview for further details).

▓▓▓▓▓ worked for OBIANG for three or four years as ▓▓▓▓▓▓▓▓▓▓▓▓ at OBIANG's Malibu home. OBIANG asked ▓▓▓▓▓ to open up a LLC in ▓▓▓▓▓▓ name. ▓▓▓▓▓ declined to open up a LLC (named Mecafis LLC) in his name because he felt uncomfortable using his personal information. ▓▓▓▓▓ opened up bank accounts in his name on behalf of OBIANG. The accounts were used to pay off home expenses. OBIANG stated that if he opened up bank accounts himself, the banks would close it.

▓▓▓▓▓ told Wanda Kelly, OBIANG's personal assistant, that he did not want to have the bank accounts in his name anymore. ▓▓▓▓▓ did not feel comfortable using his social security number. ▓ went to the banks with Wanda to switch the names on the accounts to Wanda Kelly. One week later, ▓▓▓▓▓ was fired from his position ▓▓▓▓▓▓▓▓▓▓

Tony Romero and Dragon Deletic were both drivers for OBIANG. Wanda Kelly and ▓▓▓▓▓ had separate independent job duties. ▓▓▓▓▓ stated that OBIANG would always bring large amounts of cash in Luis Vuitton bags. ▓▓▓▓▓ never inspected OBIANG's luggages when OBIANG came to the Malibu property.

The interview concluded at approximately 1640 hours.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER UL02PR07MI0018 |
| | REPORT NUMBER: 009 |



The investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.