# Exhibit

# 15



U.S. Customs and Border Protection

## Customs Declaration

19 CFR 122.27, 148.12, 148.13, 148.110,148.111, 1498; 31 CFR 5316

FORM APPROVED OMB NO. 1651-0009

Each arriving traveler or responsible family member must provide the following information (only ONE written declaration per family is required):

ONE

1. Family Name: ASAMOAH
   First (Given): EMANUEL Middle:
2. Birth date: Day [redacted] Month [redacted] Year [redacted]
3. Number of Family members traveling with you: –
4. (a) U.S. Street Address (hotel name/destination)
   [redacted]
   (b) City: [illegible] (c) State: CALIFORNIA
5. Passport issued by (country): GUINEA ECUATORIAL
6. Passport number: G0000266
7. Country of Residence: GUINEA ECUATORIAL
8. Countries visited on this trip prior to U.S. arrival: PARIS, FRANCE (TRANSIT)

HOMELAND SECURITY U.S. CUSTOMS AND BORDER PROTECTION
LAX
SEP 03 2011
A669
Until

9. Airline/Flight No. or Vessel Name: AF 066
10. The primary purpose of this trip is business: Yes No ✓
11. I am (We are) bringing
    (a) fruits, vegetables, plants, seeds, food, insects: Yes No ✓
    (b) meats, animals, animal/wildlife products: Yes No ✓
    (c) disease agents, cell cultures, snails: Yes No ✓
    (d) soil or have been on a farm/ranch/pasture: Yes No ✓
12. I have (We have) been in close proximity of (such as touching or handling) livestock: Yes No ✓
13. I am (We are) carrying currency or monetary instruments over $10,000 U.S. or foreign equivalent: Yes No ✓
    (see definition of monetary instruments on reverse)
14. I have (We have) commercial merchandise: Yes No ✓
    (articles for sale, samples used for soliciting orders, or goods that are not considered personal effects)
15. **Residents** — the total value of all goods, including commercial merchandise I/we have purchased or acquired abroad, (including gifts for someone else, but not items mailed to the U.S.) and am/are bringing to the U.S. is: $

    **Visitors** — the total value of all articles that will remain in the U.S., including commercial merchandise is: $

Read the instructions on the back of this form. Space is provided to list all the items you must declare.

I HAVE READ THE IMPORTANT INFORMATION ON THE REVERSE SIDE OF THIS FORM AND HAVE MADE A TRUTHFUL DECLARATION.

(Signature) Date (day/month/year): 03/09/2011

For Official Use Only

CBP Form 6059B (10/07)