# Exhibit

# 16



## WAIVER OF LIABILITY

I, __Wanda Kelley__ AM RECEIVING THE FOLLOWING AUCTION PROPERTY FROM ROCKIN BOXES GLOBAL.

**PROPERTY LIST:**

See attached invoices

BY SIGNING THIS I AGREE TO TAKE FULL POSESSION AND RESPONSIBILITY FOR THE ABOVE. I AM SOLEY LIABLE FOR THE ABOVE SHOULD THEY BE DAMAGED, LOST, OR STOLEN WHILE IN MY POSESSION AFTER THE DATE AND TIME STATED ON THIS DOCUMENT. I AGREE THAT ROCKIN BOXES GLOBAL HAS NO LIABILITY FOR THE ABOVE IF DAMAGED, LOST, OR STOLEN WHILE IN MY POSESSION.

SIGNATURE: _Wanda Kelley_  DATE: _9-8-2011_  TIME: _10:05_

| | |
|---|---|
| **Rockin Boxes Global** | **CLIENT NAME** <br> LAST: McColeb <br> FIRST: James |
| **QUOTE:** <br><br> **PACKING ($ +tx) =** <br> **CRATING =** <br> **SHIPPING =** <br> UPS  DHL  FREIGHT  FED EX <br> **INSURANCE =** <br> **TOTAL =** | **PAYMENT INFO - VISA / MC / AMEX** <br> **DATE RECEIVED:** <br> 4773 3451 0020 4474 <br> **EXPIRY DATE:** 06/14 <br> **CVC CODE:** 290 <br> **ZIP CODE:** 91106 |

**CLIENT CONTACT:**

| DATE:_____ TIME:_____ | TYPE: ☐ PHONE   ☐ EMAIL |
|---|---|
| **NOTES:** | |

| DATE:_____ TIME:_____ | TYPE: ☐ PHONE   ☐ EMAIL |
|---|---|
| **NOTES:** | |

| DATE:_____ TIME:_____ | TYPE: ☐ PHONE   ☐ EMAIL |
|---|---|
| **NOTES:** | |

| DATE:_____ TIME:_____ | TYPE: ☐ PHONE   ☐ EMAIL |
|---|---|
| **NOTES:** | |

| DATE:_____ TIME:_____ | TYPE: ☐ PHONE   ☐ EMAIL |
|---|---|
| **NOTES:** | |

"[None]"                                                                                               Page 1 of 1

## Julien's Auctions
### Auction Sale - 49 - Slash/ Rock N Roll

**Julien's Auctions**
P.O. Box 691789
West Hollywood, CA 90069
Phone: 310-836-1818  Fax: 310-827-2125

| Invoice #: | 4180 |
|---|---|
| Date: | 3/27/2011 |
| Page: | 1 |

**SOLD TO:** # 805
Wanda Kelley
Sweetwater
████████
Sherman Oaks, CA 91423
Phone: 818-730-2691

wandatkelley@yahoo.com

**SHIP TO:**
Wanda Kelley
Sweetwater
████████
Malibu, CA 91423

*All items shipped to Internationally (mostly to France) - no sales tax charged*
E-Mailed on 3/27/2011 to wandatkelley@yahoo.com
E-Mailed on 3/28/2011 to wandatkelley@yahoo.com

| Lot# | DESCRIPTION | UNIT PRICE | EXTENDED PRICE | |
|---|---|---|---|---|
| 139 | JACKSON 5 "GOLD" RECORD AWARD | 6,500.00 | 6,500.00 T | — 1pc |
| 147 | MICHAEL JACKSON THRILLER COMMEMORATIVE AWARD | 3,000.00 | 3,000.00 T | — 1pc w/Box |
| 148 | MICHAEL JACKSON SIGNED THRILLER DISPLAY | 6,000.00 | 6,000.00 T | |
| 152 | MICHAEL JACKSON "GOLD" RECORD AWARD FOR "BEAT IT" | 10,000.00 | 10,000.00 T | — 1pc |
| 153 | MICHAEL JACKSON THRILLER RECORD AWARD | 4,500.00 | 4,500.00 T | |
| 154 | MICHAEL JACKSON THRILLER DISPLAY | 4,500.00 | 4,500.00 T | |
| 164 | MICHAEL JACKSON ARTIST OF THE DECADE LIMITED EDITI | 6,500.00 | 6,500.00 T | |
| 183 | MICHAEL JACKSON CARLITTA COLLECTION FIGURINE | 400.00 | 400.00 T | |
| 184 | MICHAEL JACKSON WHITE HISTORY FIGURINE | 400.00 | 400.00 T | |
| 185 | MICHAEL JACKSON PORCELAIN HISTORY FIGURINE | 600.00 | 600.00 T | — 2pc |
| 186 | MICHAEL JACKSON CARLITTA COLLECTION FIGURINES | 1,600.00 | 1,600.00 T | — 2pc |

|   |   |
|---|---|
| Total Extended Price: | 44,000.00 |
| ~~25% Buyer's Premium:~~ | ~~11,000.00~~ |
| Tax1 InterContinental - Exempt: | 0.00 |
| Invoice Total: | $55,000.00 |
| Bank Wire  bank wire dated 05/04/2011 - 5/5/2011 - | 55,000.00 |
| Remaining Invoice Balance: | $0.00 |

Julien's Auctions
P.O. Box 691789, West Hollywood, CA 90069
Phone: 310-836-1818 | Fax: 310-742-0155

http://email13.secureserver.net/download.php?folder=INBOX.Julien%27s%...   8/22/2011

Julien's Auctions

Auction Sale - 49 - Slash/ Rock N Roll

Julien's Auctions
P.O. Box 691789
West Hollywood, CA 90069
Phone: 310-836-1818  Fax: 310-827-2125

| Invoice #: | 4181 |
|---|---|
| Date: | 3/27/2011 |
| Page: | 1 |

SOLD TO:
# 805
Wanda Kelley
Sweetwater
Sherman Oaks, CA 91423
Phone: 818-730-2691

SHIP TO:
Wanda Kelley
Sweetwater
Malibu, CA 91423

wandatkelley@yahoo.com
All items shipped to Internationally (mostly to France) - no sales tax charged
E-Mailed on 3/27/2011 to wandatkelley@yahoo.com
E-Mailed on 3/28/2011 to wandatkelley@yahoo.com

| Lot# | DESCRIPTION | UNIT PRICE | EXTENDED PRIC |
|---|---|---|---|
| 180 | MICHAEL JACKSON'S PERSONAL MTV MOONMAN | 50,000.00 | 50,000.00 T |
| | Total Extended Price: | | 50,000.00 |
| | 20% Buyer's Premium: | | 10,000.00 |
| | Tax1 InterContinental - Exempt: | | 0.00 |
| | Invoice Total: | | $60,000.00 |
| | Bank Wire  bank wire dated 05/04/2011  -  5/5/2011  - | | 60,000.00 |
| | Remaining Invoice Balance: | | $0.00 |

Julien's Auctions
Auction Sale - 44 - Music Icons June 25/26 2011

Julien's Auctions
P.O. Box 691789
West Hollywood, CA 90069
Phone: 310-836-1818  Fax: 310-827-2125

| Invoice #: | 4782 |
|---|---|
| Date: | 6/27/2011 |
| Page: | 1 |

# 845

SOLD TO:
Wanda Kelley
Sweetwater
Sherman Oaks, CA 91423
Phone: 818-730-2691

wandatkelley@yahoo.com
E-Mailed on 6/27/2011 to wandatkelley@yahoo.com

SHIP TO:
Wanda Kelley
Sweetwater
Malibu, CA 91423

| Lot# | DESCRIPTION | | UNIT PRICE | EXTENDED PRIC | |
|---|---|---|---|---|---|
| 403 | MOTOWN RECORD AWARD | 1 PIC | SC 1,000.00 | 1,000.00 | T |
| 405 | MOTOWN PRESENTATION RECORD | 1 PIC | SC 3,500.00 | 3,500.00 | T |
| 443 | MICHAEL JACKSON "GOLD" RECORD AWARD | 1 PIC | SC 3,250.00 | 3,250.00 | T |
| 444 | MICHAEL JACKSON PLATINUM RECORD AWARD | 1 PIC | SC 4,500.00 | 4,500.00 | T  LUSPIC |
| 446 | EPIC PRESENTATION AWARD | 1 PC | | 6,500.00 | T |
| 449 | THE JACKSONS "PLATINUM" RECORD AWARD | 1 PC | | 2,750.00 | T |
| 458 | EMMY AWARD FOR THE JACKSONS: AN AMERICAN DREAM | 1 PIC | | 6,500.00 | T |
| 469 | MICHAEL JACKSON AND PAUL MCCARTNEY SIGNED PHOTOGR/ | 1 PIC | | 4,500.00 | T |
| 474 | MICHAEL JACKSON LIFE MASK | 1 PIC | | 4,500.00 | T |
| 479 | MICHAEL JACKSON "GOLD" RECORD AWARD | 1 PC | | 15,000.00 | T |
| 481 | MICHAEL JACKSON "PLATINUM" RECORD AWARD | 1 PIC | SC 16,000.00 | 16,000.00 | T |
| 484 | MICHAEL JACKSON SIGNED THRILLER NOTE | 1 PIC | SC 7,250.00 | 7,250.00 | T |
| 486 | MICHAEL JACKSON SIGNED PRESENTATION AWARD | 1 PIC | | 6,000.00 | T |
| 488 | MICHAEL JACKSON "GOLD" RECORD AWARD | 1 PIC | SC 5,000.00 | 5,000.00 | T |
| 490 | MICHAEL JACKSON IN-HOUSE RECORD AWARD | 1 PIC | SC 4,250.00 | 4,250.00 | T |
| 509 | MICHAEL JACKSON "GOLD" RECORD AWARD | 1 PIC | SC 8,500.00 | 8,500.00 | T |
| 525 | MICHAEL JACKSON IN-HOUSE RECORD AWARD | 1 PIC | SC 9,500.00 | 9,500.00 | T |
| 569 | MICHAEL JACKSON PORCELAIN STATUETTE | 1 PIC / COA | | 1,600.00 | T |
| 585 | MICHAEL JACKSON MILITARY STYLE JACKET | 1 PC - 1 COA | | 25,000.00 | T |
| 592 | RIAA "PLATINUM" RECORD AWARD | | | 4,500.00 | T |

Julien's Auctions
P.O. Box 691789, West Hollywood, CA 90069
Phone: 310-836-1818 | Fax: 310-742-0155

Julien's Auctions
Auction Sale - 44 - Music Icons June 25/26 2011

https://mail-attachment.googleusercontent.com/attachment?ui=2&ik=023e6...    8/22/2011

D63_0012701

Page 1 of 1

## Julien's Auctions
### Auction Sale - 44 - Music Icons June 25/26 2011

Julien's Auctions
P.O. Box 691789
West Hollywood, CA 90069
Phone: 310-836-1818  Fax: 310-827-2125

| Invoice #: | 4783 |
|---|---|
| Date: | 6/27/2011 |
| Page: | 1 |

**SOLD TO:**
# 845
Wanda Kelley
Sweetwater
Sherman Oaks, CA 91423
Phone: 818-730-2691

wandatkelley@yahoo.com
E-Mailed on 6/27/2011 to wandatkelley@yahoo.com

**SHIP TO:**
Wanda Kelley
Sweetwater
Malibu, CA 91423

| Lot# | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 467 | MICHAEL JACKSON MOTOWN PERFORMANCE SHIRT | 51,000.00 | 51,000.00 T |
| 565 | MICHAEL JACKSON "SCREAM" SHIRT  1 PC | 60,000.00 | 60,000.00 T |
| 606 | MICHAEL JACKSON WIG  1 PC  (COA COA) | 60,000.00 | 60,000.00 T |

| | |
|---|---|
| Total Extended Price: | 171,000.00 |
| 20% Buyer's Premium: | 34,200.00 |
| Tax1  InterContinental - Exempt: | 0.00 |
| Invoice Total: | $205,200.00 |
| Bank Wire - 8/22/2011 - | 205,200.00 |
| Remaining Invoice Balance: | $0.00 |

Shipping: All shipping has been contracted by Rockin Boxes Global, Inc. and is to be called "RBG" hereafter. These are the following steps to process your paid invoice eff Shipping Procedure: Please allow seven working days after the auction to inventory all auction property. Invoice must be paid in full before you receive a shipping quote. Pl we receive proof of payment from Julien's for a shipping quote. After we receive proof of payment, please allow two to twelve weeks for delivery of your property depending transport. For an additional fee, expedited services can be arranged. All property must be shipped at the winning bidder's expense. If you have not received contact from Us Julien's invoice, please contact RBG at 877-420-
0212 or info@rockinboxesglobal.com to coordinate a shipping quote. Buyer agrees that Julien's will not be responsible for shipping of the property after the auction. The buyer will contact RBG with all shipping questions. All property is shipped by RBG from Santa Clarita, California. RBG will not ship USPS. There will be no exc to P.O. Boxes. All shipments are sent Signature required. RBG will not use your personal shipping accounts, but you are welcome to use a call tag for domestic shipments. shipments. International Shipments: RBG will not falsify/claim a lower value on custom's documents to avoid lower custom's fees. The buyer is responsible for all fees inclu and other unforeseen charges. RBG is not responsible if there is any delay in customs. RBG will not use your personal shipping accounts for international shipments, but y domestic shipments. Deliveries: Within 15 miles, RBG will charge $55.00/hour/man delivery and $90.00/hour/two men. There is a three hour minimum. Deliveries are by ap There is no insurance for local deliveries. Pickup/Storage: Up to thirty days after the closing of the auction you may pick up your property at RBG in Santa Clarita, California only). If RBG is not contacted after thirty days of the auction close, pick up fees will be $45.00 for up to three lots and $10.00 for each additional lot. These fees also apply t After thirty days of the auction close, RBG will send a notice to Julien's Auctions. After forty five days, there will be notice sent to the property owner. After sixty days, an elg will be assessed by RBG to cover storage and insurance. After ninety days of no contact, you will lose possession of your property and it will belong to RBG. By participatin must agree and adhere to all the above Terms and Conditions.

Julien's Auctions
P.O. Box 691789, West Hollywood, CA 90069
Phone: 310-836-1818 | Fax: 310-742-0155

Page 2 of 2

**Julien's Auctions**
P.O. Box 691789
West Hollywood, CA 90069
Phone: 310-836-1818  Fax: 310-827-2125

| Invoice #: | 4782 |
|---|---|
| Date: | 6/27/2011 |
| Page: | 2 |

|  |  |
|---|---|
| Total Extended Price: | 139,600.00 |
| 25% Buyer's Premium: | 34,900.00 |
| Tax1 InterContinental - Exempt: | 0.00 |
| Invoice Total: | $174,500.00 |
| Bank Wire  -  8/22/2011  - | 174,500.00 |
| Remaining Invoice Balance: | $0.00 |

Shipping: All shipping has been contracted by Rockin Boxes Global, Inc. and is to be called "RBG" hereafter. These are the following steps to process your paid invoice effi Shipping Procedure: Please allow seven working days after the auction to inventory all auction property. Invoice must be paid in full before you receive a shipping quote. Pl we receive proof of payment from Julien's for a shipping quote. After we receive proof of payment, please allow two to twelve weeks for delivery of your property depending transport. For an additional fee, expedited services can be arranged. All property must be shipped at the winning bidder's expense. If you have not received contact from us Julien's Invoice, please contact RBG at 877-420-0212 or info@rockinboxesglobal.com to coordinate a shipping quote. Buyer agrees that Julien's will not be responsible for shipping of the property after the auction. The buyer will contact RBG with all shipping questions. All property is shipped by RBG from Santa Clarita, California. RBG will not ship USPS. There will be no exc to P.O. Boxes. All shipments are sent Signature required. RBG will not use your personal shipping accounts, but you are welcome to use a call tag for domestic shipments. shipments. International Shipments: RBG will not falsify/claim a lower value on custom's documents to avoid lower custom's fees. The buyer is responsible for all fees Inclu and other unforeseen charges. RBG is not responsible if there is any delay in customs. RBG will not use your personal shipping accounts for International shipments, but y domestic shipments. Deliveries: Within 15 miles, RBG will charge $55.00/hour/man delivery and $90.00/hour/two men. There is a three hour minimum. Deliveries are by ap There is no insurance for local deliveries. Pickup/Storage: Up to thirty days after the closing of the auction you may pick up your property at RBG in Santa Clarita, California only). If RBG is not contacted after thirty days of the auction close, pick up fees will be $45.00 for up to three lots and $10.00 for each additional lot. These fees also apply t After thirty days of the auction close, RBG will send a notice to Julien's Auctions. After forty five days, there will be notice sent to the property owner. After sixty days, an elg will be assessed by RBG to cover storage and insurance. After ninety days of no contact, you will lose possession of your property and it will belong to RBG. By participatin must agree and adhere to all the above Terms and Conditions.

Julien's Auctions
P.O. Box 691789, West Hollywood, CA 90069
Phone: 310-836-1818 | Fax: 310-742-0155

https://mail-attachment.googleusercontent.com/attachment?ui=2&ik=023e6...   8/22/2011