# Exhibit

# 17

## Daily Activity Report

Date: 9-13-11 Tuesday                    Names: WM/LL

| Time | Description of Activity |
|------|------------------------|
| 0600 | Emmanuel and Leoni on site |
| 0635 | Juan on site. Gardener's garage unlocked. |
| 0700 | Perimeter check conducted |
| 0710 | Santos on site. |
| 0830 | Maria enters property |
| 0900 | Perimeter check conducted. Opened Gate Office for cleaning. Fed fish. |
| 1100 | Perimeter check conducted |
| 1300 | Perimeter check conducted |
| 1330 | Wanda enters property |
| 1430 | Perimeter check conducted. Emmanuel, Maria, Wanda, and this writer repacked MJ merchandise. Air France Airlines was charging $200 for each extra bag. |
| 1700 | Wanda off property |
| 1800 | Perimeter check conducted |
| 2000 | Perimeter check conducted. Main house secured. |
| 2200 | Perimeter check conducted |
| 2330 | Perimeter check conducted via cameras |
| 0100 | Perimeter check conducted via cameras |
| 0230 | Perimeter check conducted via cameras |
| 0430 | Perimeter check conducted via cameras |
| 0600 | EOW |

DOJ_0012708