# Exhibit

# 18

Daily Activity Report

Date: 9-14-11 Wednesday                          Names: LL/RC

| Time | Description of Activity |
|---|---|
| 0600 | Emmanuel and Leoni on site |
| 0635 | Juan on site. Gardener's garage unlocked. |
| 0700 | Perimeter check conducted |
| 0710 | Santos on site. |
| 0830 | Maria enters property |
| 0900 | Perimeter check conducted. |
| 1020 | Wanda and Emmanuel Off property en route to LAX. |
| 1100 | Perimeter check conducted |
| 1230 | Wanda and Emmanuel on property, 1232 Wanda off property |
| 1300 | Perimeter check conducted. Maria and Emmanuel off property |
| 1345 | Maria and Emmanuel on site |
| 1400 | RC on site LL off site |
| 1430 | Perimeter check conducted |
| 1530 | Juan and Santos off site. Maintenance garage locked |
| 1535 | Mail was retrieved and placed in gate office. Perimeter check conducted |
| 1640 | Maria off site |
| 1645 | Perimeter check conducted |
| 1800 | Perimeter check conducted |
| 2110 | Perimeter check conducted. Main house, guest house and gate office secured |

| Time | Event |
|---|---|
| 2300 | Perimeter check conducted |
| 0125 | Perimeter check conducted via cameras |
| 0300 | Perimeter check conducted via cameras |
| 0500 | Maria on site |
| 0525 | Maria, Leoni and Emmanuel off site. 5 MJ luggage were taken |
| 0530 | Perimeter check conducted |

(0525 entry circled)