# Exhibit

# 19

Border Crossing (TECS) - Summary

Page 1 of 1

ATS-P Production Web Server K
National TSB Help Desk (555)937-5729

Logout

HOME  FIND  CREATE  REPORT  TOOLS  LINKS  HELP

Border Crossing (TECS) - Summary
Description: First Name: E AND Last Name: ASAMOAH AND Date of Birth: 19570809

| # | Last Name | First Name | Middle Name | Date of Birth | Age (at time of travel) | Document ID | Document Country | Crossing Date/Time | Location | Port |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | ASAMOAH | EMANUEL | | 19570809 | 54 | G0000266 | EQUATORIAL GUINEA (GQ) | 9/15/2011 6:35:01 PM | CDG | 2720 |
| 2. | ASAMOAH | EMANUEL | | 19570809 | 54 | G0000266 | EQUATORIAL GUINEA (GQ) | 9/15/2011 6:35:00 PM | CDG | 2720 |
| 3. | ASAMOAH | EMANUEL | | 19570809 | 54 | G0000265 | EQUATORIAL GUINEA (GQ) | 9/14/2011 12:56:00 AM | CDG | 2720 |
| 4. | ASAMOAH | EMANUEL | | 19570809 | 54 | G0000265 | EQUATORIAL GUINEA (GQ) | 9/3/2011 5:23:32 PM | LOS ANGELES, LAX TERM 2 (A272) | 2720 |
| 5. | ASAMOAH | EMANUEL | | 19570809 | 54 | | | 3/22/2011 6:54:00 PM | CBP-WASH DC, DULLES INTL AP (A541) | 5401 |
| 6. | ASAMOAH | EMANUEL | | 19570809 | 54 | G0000266 | EQUATORIAL GUINEA (GQ) | 3/1/2011 8:15:00 PM | GRU | |
| 7. | ASAMOAH | EMANUEL | | 19570809 | 54 | | | 2/28/2011 8:35:00 PM | SSA | |
| 8. | ASAMOAH | EMANUEL | | 19570809 | 54 | G0000266 | EQUATORIAL GUINEA (GQ) | 2/22/2011 5:37:42 PM | LOS ANGELES, LAX TERM 2 (A272) | 2720 |
| 9. | ASAMOAH | EMANUEL | | 19570809 | 54 | G0000266 | EQUATORIAL GUINEA (GQ) | 2/22/2011 1:20:00 PM | ATLANTIC AVIATION GAF (A27F) | 2720 |
| 10. | ASAMOAH | EMMANUEL | | 19570809 | 54 | 069090 | GUINEA (GN) | 11/26/2010 3:46:01 PM | CDG | |
| 11. | ASAMOAH | EMMANUEL | | 19570809 | 54 | 069090 | GUINEA (GN) | 11/26/2010 3:46:00 PM | CDG | |
| 12. | ASAMOAH | EMMANUEL | | 19570809 | 54 | 069090 | GUINEA (GN) | 11/21/2010 3:46:00 PM | CDG | |
| 13. | ASAMOAH | EMMANUEL | | 19570809 | 54 | 069090 | GUINEA (GN) | 11/17/2010 3:50:36 PM | LOS ANGELES, BRADLEY AP LAX (A273) | 2720 |
| 14. | ASAMOAH | EMMANUEL | | 19570809 | 54 | 069090 | GUINEA (GN) | 10/29/2010 7:24:33 PM | LOS ANGELES, BRADLEY AP LAX (A273) | 2720 |
| 15. | ASAMOAH | EMMANUEL | | 19570809 | 54 | 069090 | EQUATORIAL GUINEA (GQ) | 9/19/2010 2:00:00 PM | CDG | |
| 16. | ASAMOAH | EMMANUEL | | 19570809 | 54 | 069090 | EQUATORIAL GUINEA (GQ) | 9/6/2010 4:37:01 PM | LOS ANGELES, LAX TERM 2 (A272) | 2720 |
| 17. | ASAMOAH | EMMANUEL | | 19570809 | 54 | 069090 | USA (US) | 3/31/2010 10:55:13 PM | ATLANTIC AVIATION GAF (A27F) | 2720 |
| 18. | ASAMOAH | EMMANUEL | | 19570809 | 54 | 069090 | EQUATORIAL GUINEA (GQ) | 3/31/2010 4:05:00 PM | KLAX | |
| 19. | ASAMOAH | EMMANUEL | | 19570809 | 54 | 069090 | EQUATORIAL GUINEA (GQ) | 3/31/2010 3:30:00 PM | KLAX | |
| 20. | ASAMOAH | EMMANUEL | | 19570809 | 54 | 069090 | USA (US) | 2/4/2010 9:59:25 PM | ATLANTIC AVIATION GAF (A27F) | 2720 |
| 21. | ASAMOAH | EMMANUEL | | 19570809 | 54 | 069090 | EQUATORIAL GUINEA (GQ) | 2/4/2010 5:30:00 PM | KLAX | |
| 22. | ASAMOAH | EMMANUEL | | 19570809 | 54 | 069090 | GUINEA (GN) | 11/5/2009 11:43:00 PM | CDG | |
| 23. | ASAMOAH | EMMANUEL | | 19570809 | 54 | P06909 | EQUATORIAL GUINEA (GQ) | 6/22/2009 12:02:48 AM | ATLANTIC AVIATION GAF (A27F) | 2720 |

Query    50 record(s) retrieved.

Page 1 2    1    25    Per Page    Close

https://ats-p.cbp.dhs.gov/find/summary.asp?UUID=010b07de%2D0173%2De5bdf80d%62D0006de9&SUPPORTHIDEABLE DOJ 00142707