# Exhibit

# 20

REQUESTED BY: MANZANARES, ROBERTO

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
| --- | --- |
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER MI02PR07MI0018 |

| TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA |
| --- |

| CASE STATUS: | INTERIM RPT | | |
| --- | --- | --- | --- |
| REPORT DATE 112911 | DATE ASSIGNED 111506 | PROGRAM CODE YA1 | REPORT NO. 072 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
MEMO OF INTERVIEW

TOPIC: INTERVIEW OF UNDOCUMENTED CONFIDENTIAL SOURCE IN LOS ANGELES

SYNOPSIS:
On November 13, 2006, the Foreign Corruption Investigations Group (Homeland Security Investigations) initiated a criminal inquiry regarding the financial activities of Teodoro Nguema OBIANG. OBIANG is currently the Minister of Forestry and Agriculture in Equatorial Guinea.

On November 15, 2011, Agents from the Foreign Corruption Investigations Group conducted an interview with an undocumented source of information in the Los Angeles area. This report will serve to document the information provided by the undocumented source during the interview.

| DISTRIBUTION: SACMI CAPJ | SIGNATURE: MCCORMICK   BRIAN   M   SPECIAL AGENT |
| --- | --- |
| | APPROVED: RUTHERFORD   ROBERT   N   OI GRP SUPERVISOR |
| | ORIGIN OFFICE: MI MIAMI, FL - SAC | TELEPHONE: 305 597 6099 |
| | | TYPIST: MCCORMICK |

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0009215

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 2 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 072 |

CASE PROGRAM CODES:

YA1 Financial Other/Corn    7H0 FOREIGN CORRUPTION    2FJ SHELL CORPORATIONS

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 072 |

DETAILS OF INVESTIGATION:

On November 15, 2011, at approximately 1700 hours, Special Agents Brian McCormick and Robert Rutherford met with and undocumented source (CS1) and his/her attorney in the Los Angeles area. The purpose of the meeting was to discuss the CS1's willingness to cooperate with the government in this investigation. CS1 stated that he/she did had previously signed a confidentiality agreement regarding the target of this investigation, Teodoro Nguema OBIANG but stated that the he/she might be willing to cooperate with the government but was concerned with his/her security.

No promises were made to the potential source regarding his/her security however HSI source documentation procedures and requirements were explained. CS1 requested time to consider becoming a documented HSI source and did answer a few basic background questions and did provide some information related to OBIANG.

The statements made by CS1 regarding OBIANG include:

1. CS1 stated that Wanda KELLEY was the Estate Manager for the property owned by OBIANG at ███████████████████████ in Malibu, California. CS1 stated that KELLEY has been employed by OBIANG since 2001 beginning as a Personal Assistance with duties that included making travel arrangements and purchasing items.

2. CS1 stated that Caroline GUZMAN (listed on documents obtained by Agents previously) was listed on some documents as the Estate Manager for OBIANG however, she actually worked for KELLEY.

3. CS1 stated that KELLEY was first introduced to OBIANG by the Equatorial Guinea?s former Ambassador to France, "Mama Junko" (spelling unknown).

4. CS1 was aware of the Riggs Bank scandal involving OBIANG.

5. CS1 stated that he/she was familiar with the Michael Jackson memorabilia delivered to OBIANG's residence in Malibu.

6. CS1 Stated that the items were purchased from Julien's Auctions in Beverly Hills.

7. CS1 stated that James McLeb (spelling may be incorrect) was OBIANG?s accountant and was responsible for paying all of OBIANG's bills.

8. CS1 stated that an individual identified only as "Emmanuel" moved the

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 072 |

Michael Jackson items from the garage and some were taken into the house. CS1 did not say who instructed "Emmanuel" to move the items or know if any of the items remained inside OBAING's residence.

9. CS1 did state that many of the items of Michael Jackson Memorabilia purchased by OBIANG were still located in the garage of OBIANG's residence.

10.  CS1 stated that the red Ferrari owned by OBIANG that was listed on the government's seizure complaint was also located in a garage on the property.

Throughout the interview CS1 repeatedly expressed concerns for his/her security if he/she did fully cooperate with the government and expressed a fear of OBIANG.  CS1 stated that OBIANG "had people" and could inflict harm on someone even though he was not physically located in the United States. At the request of CS1 and CS1's attorney, the interview was concluded to allow CS1 to consider the option of fully cooperating with the government. CS1's attorney requested that all contact with CS1 be conducted through his/her attorney and that any future meetings be scheduled several days in advance.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0009218