# Exhibit

# 22

REQUESTED BY: MANZANARES, ROBERTO

O F F I C I A L  U S E  O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
| --- | --- |
| R E P O R T  O F  I N V E S T I G A T I O N | PAGE  1 |
| | CASE NUMBER MI02PR07MI0018 |

| TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA |
| --- |

| CASE STATUS: | INTERIM RPT | | |
| --- | --- | --- | --- |
| REPORT DATE 082411 | DATE ASSIGNED 111506 | PROGRAM CODE YA1 | REPORT NO. 054 |

| RELATED CASE NUMBERS: |
| --- |
| COLLATERAL REQ: |
| TYPE OF REPORT: INITIAL SOURCE DOCUMENT/ INVESTIGATIVE FINDINGS |

TOPIC: INTERVIEW OF BRUNO BERETTA

SYNOPSIS:
On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated a criminal inquiry regarding the financial activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It is alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. OBIANG is currently the Minister of Agriculture and Forestry in EG and is the son of the dictator.

HSI is investigating Minister OBIANG for violation of money laundering statutes. OBIANG purchased a Beverly Hills mansion valued at $32 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased a Gulfstream aircraft for $35 million dollars. On July 12 and 14, 2011, Bruno BERETTA (BERETTA) and is son, Bruno BERETTA JR. (BERETTA JR.) was interviewed in Madrid, Spain at the Westin Palace Hotel.

| DISTRIBUTION: SACMI | SIGNATURE: MANZANARES | ROBERTO | | SPECIAL AGENT |
| --- | --- | --- | --- | --- |
| | APPROVED: RUTHERFORD | ROBERT | N | OI GRP SUPERVISOR |
| | ORIGIN OFFICE: MI MIAMI, FL - SAC | | TELEPHONE: 305 597 6000 | |
| | | | TYPIST: MANZANARES | |

O F F I C I A L  U S E  O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0009120

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE   2 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 054 |

CASE PROGRAM CODES:

YA1 Financial Other/Corn   7H0 FOREIGN CORRUPTION

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
| --- | --- |
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 054 |

DETAILS OF INVESTIGATION:

On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated a criminal inquiry regarding the financial activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It is alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. OBIANG is currently the Minister of Agriculture and Forestry in EG and is the son of the dictator.

HSI is investigating Minister OBIANG for violation of money laundering statutes. OBIANG purchased a Beverly Hills mansion valued at $32 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased a Gulfstream aircraft for $35 million dollars. Minister OBIANG asserts his wealth is the result of his private businesses which are involved in lumber and road construction. In EG officials are permitted to engage in private businesses and authorized to have government contracts as long as the official involved isn't actively involved in the ?day to day? operations or management of the business.

On July 12 and 14, 2011, Bruno BERETTA (BERETTA) and is son, Bruno BERETTA JR. (BERETTA JR.) was interviewed in Madrid, Spain at the Westin Palace Hotel.

Present during the interview were the following : HSI special agents, Robert Manzanares and Luke Koenig, U.S. Department of Justice, Criminal Division Asset Forfeiture & Money Laundering attorneys, Janet Hudson and Woo Lee. Agent Koenig and Carlos Bravo de Urquia severed as interpreters from Spanish to English

After being apprised of the nature of the investigation, both BERETTA's agreed to be interviewed. BERETTA was born in Italy in 1932, and is currently a Spanish citizen and presently resides in Madrid, Spain. BERETTA moved to EG to work with his father's construction company which engaged in road, buildings and public work constructions. During this time period, BERETTA claims that his family's construction company had completed about 60% of all the construction work in EG during the colonial time period. BERETTA claims when then President Francisco MACIAS (MACIAS) the current President Teodoro Obiang Nguema Mbasogo (President OBIANG) was the head of the military and was the nephew of (President OBIANG. Under the MACIAS administration, his family business received the majority of all government contracts. BERETTA insists that he and MACIAS were friends and that he respected MACIAS.

In or around 1976 his family moved to Spain however, BERETTA stayed behind and began his own construction company, Construction Beretta. Additionally, BERETTA opened a second construction named Construction Undobar. Both of

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0009122

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE   4 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 054 |

these companies were established during the time frame of the MACIAS administration.

In or around 1962, MACIAS requested a meeting with BERETTA. MACIAS informed BERETTA that someone who within the government wanted to kill him. Federico NEMGO (phonetic) how was a friend of BERETTA was working in the capacity of the head banking official in EG. BERETTA claimed that the information concerning this alleged assassination plot was relayed to MACIAS from President OBIANG. President OBIANG told MARCIAS that NEMGO wanted to over throw the government. Within 3 days of this meeting NEMGO was killed.

BERETTA claims that one of MACIAS' Ministers informed him that after NEMGO death that BERETTA could not leave the country. BERETTA claims he was not able to leave the country for approximately 2 years after NEMGO death.

BERETTA claims he did not speak to MACIAS after the death of NEMGO for well over 2 years. BERETTA was continuing with his construction work but the timeliness of his payments was frequently delayed but he eventually received his payments. BERETTA then sought out to meet with MACIAS and after this meeting MACIAS presented a letter to BERETTA indicating that he was freely able to leave the country.

In or around 1969, while BERETTA was in Spain with his family, President OBIANG successfully executed a coup d'tat. BERETTA subsequently returned to EG and had a meeting with President OBIANG and informed BERETTA that he did not have to finish his previous project but instructed BERETTA to start another project.

Under President OBIANG's administration, BERETTA claimed that he was being under paid and after two years he met with OBIANG concerning this matter. During this meeting President OBIANG convinced BERETTA to form a business venture together and each would receive a 50/50 share of the profits. In 1987, BERETTA agreed to this business venture and they formed a company named BERON, SA. BERETTA claims the President OBIANG never made/offered any financial contribution for this business venture and BERETTA was responsible for the day to day operation of the business. BERETTA insists that since OBIANG did not have money since this was prior to discovering oil, President OBIANG viewed BERETTA as a "pot of gold." BERETTA claims that prior to the discovery of oil, President OBIANG routinely asked him for money which he gave President OBIANG.

From 1979 through 1982, BERETTA claims that both of his companies were confiscated by President OBIANG which included the warehouse, contracts, land, employees and all machinery. BERETTA was never compensated by President

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 5 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 054 |

OBIANG. (Agents Notes: these dates are inconsistent but the report is being prepared pursuant to BERETTA's interview.)

BERETTA claims that one of his employees, Jesus NAVERRO formed a corporation named CAYOA, SA while using all of his equipment and machinery that was taken from him. Again, BERETTA insists he was never compensated.

In or around 1979 or 1980, BERETTA filed a lawsuit and a Judge ordered a 3.6 million dollars judgment and that all the machinery, land, equipment along with back pay. BERETTA was never repaid as President OBIANG told the parties not to make any payments to BERETTA. Additionally, the land that was returned was destroyed along with all of the equipment and machinery. BERETTA insists that the judgment did not adequately compensate him and was grossly undervalued.

Once oil was discovered in EG, BERETTA and President OBIANG's relationship changed. BERETTA claims President OBIANG did not need him anymore because of the revenue that was being generated for the oil companies. Additionally, BERETTA no longer received any more government construction contracts and there was no longer a personal relationship between the two. BERETTA attempted to recover the money which he claims to have lost with his business venture but his attempts were futile.

According to BERETTA JR. in or around august 2001, several EG governmental officials and three military officers came by his residence and threw a small bag of marijuana on the floor. These same officials then took him to an office and began questioning him as to why he had 50 grams of marijuana. BERETTA JR. claimed that it was not his marijuana although he had admitted to smoking marijuana in the past. BERETTA JR. claims that he was arrested and spent 15 days in jail despite his claims it was not illegal to smoke marijuana in his residence.

After his son's arrest and incarceration, BERETTA contacted the secretary of President OBIANG in an effort to gain his son's release. Shortly thereafter, BERETTA JR. was released from custody. Within three days of his release, BERETTA JR. began receiving intimidations tactics from the EG government officials. They would regularly drive by his home and leave. A few days later, the officials returned and told him he had five minutes to vacate his residence. BERETTA JR. was shown a document which ordered him to leave. After gathering his clothes and dogs BERETTA JR went to live with his manager in a wooden shack. Within five months BERETTA JR. after his home being taken from him her left EG and returned to Spain.

BERETTA said he had power of attorney over a timber company called "BISA." Some EG businessmen tried to take it over by presenting forged

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 6 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 054 |

documents in court in the late 1990s. BERETTA successfully litigated the matter and prevailed. But President OBIANG reversed the decisions of the court. Minister OBIANG was behind this scheme. He still controls this asset with the assistance of some Lebanese businessmen.

BERETTA claims that the timber industry was controlled by Minister OBIANG. He was told by others that Minister OBIANG would require joint meeting with all the businesses who were engaged in the timber industry and tell them that he needed money and all of them in the room would be required to divide up the sum among them and pay Minister OBAING. If anyone did not pay, they would no longer be allowed to work in EG. BERETTA claims that none of these businesses would come forward and swear to this. These meeting happened over fifteen years ago and BERETTA could not offer the names of anyone who was in attendance in these meeting.

BERETTA provided agents a legal binder which was the basis of his lawsuits against President OBIANG. Agents informed BERETTA that we are not in a position now or in the future to assist him in recovering his assets that was taken by President OBIANG.

Investigation continues:

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0009125