# Exhibit

# 24

REQUESTED BY:  MORRISEY, DEBORAH

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER MI02PR07MI0018 |

TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA

CASE STATUS:   INTERIM RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 081309 | 111506 | YA1 | 030 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: MEETING IN ROME, ITALY WITH GUARDIA DI FINANZA

SYNOPSIS:
On November 13, 2006, agents assigned to the ICE SAC/Miami Foreign Public Corruption Unit initiated a criminal inquiry regarding the financial activities of Teodoro Nguema OBIANG a.k.a. "Teodorin". It is alleged that OBIANG is diverting funds allocated to the government of Equatorial Guinea for his own personal use. ICE SAC/Miami agents are currently attempting to identify OBIANG's activities and associates in the United States.

On June 12, 2009, ICE SAC Miami Agents traveled to Rome, Italy and met with law enforcement representatives of the Guardia di Finanza (GDF). This meeting was held at the U.S. Embassy to discuss the activities of Teodoro OBIANG.

DETAILS OF INVESTIGATION:

| DISTRIBUTION: SACMI CARM | SIGNATURE: MANZANARES    ROBERTO      SPECIAL AGENT |
|---|---|
| | APPROVED: RUTHERFORD    ROBERT    N   OI GRP SUPERVISOR |
| | ORIGIN OFFICE: MI MIAMI, FL - SAC / TELEPHONE: 305 597 6000 / TYPIST: MANZANARES |

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE   2 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 030 |

CASE PROGRAM CODES:

YA1 Financial Other/Corr   7H0 FOREIGN CORRUPTION

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0000316

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T  O F  I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE   3 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 030 |

On June 12, 2009, ICE SAC Miami Agents traveled to Rome, Italy, and met with law enforcement representatives of the Guardia di Finanza (GDF). Investigators, Dario ANZELIN, Roberto MARTINUZZO, prosecutor Barbara LOFFREDO and Magistrate Judge Allessandro N. SERENA. The meeting was held at the U.S. Embassy.
In 2008, the GDF received a complaint by an Equatorial Guinea (EG) citizen claiming the co-owner of a company was involved in defrauding funds/assets from the company's employees. Shortly thereafter, the authorities were able to identify various assets which were being diverted. As a result of their investigation, evidence was established to obtain a search warrant for the company?s president, Giulio CISTARO and Giuseppe VONA. According to the document obtained during the search warrant, CISTARO and VONA incorporated GENERAL WORKS CORPORATION (GW) in EG sometime in 2001. The nature of the business was general contracting business involving infrastructure projects in EG.

As the investigation progressed, authorities interview numerous witnesses whom requested anonymity and feared reprisal if they where known to cooperate with law enforcement.  The witnesses claimed that Igor CELOTTI was a 45% shareholder of GW.  CELOTTI had numerous failed corporations all over the world and was "good friends" with the President of EG Teodoro Obiang Nguema MBASOGO.  Their investigative findings showed that prior to CELOTTI's business relationship with MBASOGO, CELOTTI was bankrupt.  Pursuant to CELOTTI?s relationship with MBASOGO, financial statements indicated that CELOTTI was a multi-millionaire.  Moreover, bank statements which were recovered during the search warrant indicated that CELOTTI held financial accounts in both Switzerland and Monte Carlo.

Additionally, CELOTTI had over twenty-two sub-corporations which were established in 2006 under the name of RANGERBOURG CORPORATION which exclusively preformed general contracting projects in EG. GDF speculates that OBIANG received forty-five percent of all general contracting projects which were preformed by GW.

GDF investigators revealed that sometime in early 2007, CELOTTI was a passenger on his privately owned two seat aircraft which was involved in an accident in a jungle.  The aircraft caught on fire only in the passenger side and CELOTTI's body was burned to death.  However, according to the GDF the death was suspicious as they later learned that the pilot, Juan Cruz MANZANO survived the accident and was currently residing with his wife who is EG citizen and three children in the Canary Islands.

Even more troubling for GDF was that, according to records recovered from the search warrant, one month prior to the fatal aircraft accident, CELOTTI transferred all of his corporate assets/shares to his wife, Anna Maria MORO. After his untimely death, MORO and Gimmy RICCI opened several fraudulent

O F F I C I A L  U S E  O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L  U S E  O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T  O F  I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE  4 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 030 |

corporations in Italy.

Prior to the meeting in Italy, the GDF provided a list of companies which are targets of their investigation and also of other individuals and companies which are associated with the target companies. The names provided by the GDF are:

AEREO MAINTENANCE AND TRADING;
ALFA MARINA S.A. (Bata, Equatorial Guinea);
ALUMINIO GUINEA EQUATORIAL S.A. (ALUGESA) (Malabo, Equatorial Guinea);
APROVECHAMIENTO DE METALES S.A. (A.M.S.A.) (Malabo, Equatorial Guinea);
BOME PORT SERVICE S.A. (Malabo, Equatorial Guinea);
EGAMS S.A. (Bata, Equatorial Guinea) ;
E.G.M.A. S.A. (Malabo, Equatorial Guinea);
EUROCONDAL SHIPPING S.A. (Bata, Equatorial Guinea);
GEDIS S.A. (Malabo, Equatorial Guinea);
GENERAL WORK; GENERAL WORK AVIACION S.A. (Bata, Equatorial Guinea);
GENERAL WORK G.E. S.L.;
GENERAL WORK GUINEA EQUATORIAL S.L. (Bata, Equatorial Guinea);
GENERAL WORK S.A.;
GEO PERFORACION GE S.A. (Malabo, Guinea Equatorial);
GUINEA NET S.L. (Bata, Equatorial Guinea);
KMS CONSULTORES S.A. (Bata, Equatorial Guinea);
MATIETO VITTORINO GE S.A. (Malabo, Equatorial Guinea);
MOTUA S.A. (Equatorial Guinea);
MOVIN S.A. (Malabo, Equatorial Guinea);
M.R. GUINEA ECUATORIAL S.L. (Malabo, Guinea Equatorial);
OBRAS S.A. (Bata, Equatorial Guinea);
PASTELES GUINEA ECUATORIAL S.A. (Malabo, Equatorial Guinea);
RANGERBOURG CORPORATION;
RANGERBOURG CORPORATION GE S.A. (Bata, Equatorial Guinea);
RANGERBOURG CORPORATION S.A.;
RANGERBOURG PANAMA;
RANGERBOURG PANAMA CORP.;
REPUBBLICA GUINEA EQ.;
SICME S.A. (Equatorial Guinea);
SOFMAL S.A.;
TECNO CONSTRUCCION S.A. (Malabo, Equatorial Guinea);
TECHNO HOLDINGS EQUATORIAL S.A. (Malabo, Equatorial Guinea);
TECHNO HOLDINGS LLC; TECHNO HOLDINGS S.A.;
Ambrosio SERAFIN;
Amir SAADALAH THAHER;
Andres QUEROS MATEO;
Antonello MATIZ;
Antonio OWONO;

O F F I C I A L  U S E  O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE  5 |
|---|---|
| REPORT OF INVESTIGATION<br>CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 030 |

Candida OKOMO MBA;
Consuelo OLIVIA DOUGAN;
Dino FABRO;
Fabio PATUSSO;
Giuseppe CASTRONOVO;
Giuseppe CIRILLO;
Igor CELOTTI;
Juan OLO MBA;
Lorenzo FABRO;
Marco ROSAR;
Massimo FABRIZI;
Mauro PAPINUTTO;
Moises MBA MCHAMA;
Ricardo MANGUE;
Salvatore RINALDI;
Stefano CALLIGARO;
Timothy LLOYD EDWARDS;
Vittorino MATIETO

During the meeting in Rome, GDF provided the additional following target names:

GENERAL WORKS CORPORATION;
GRUPPO RANGERBOURG;
Annamaria MORO (DOB: March 13, 1965; POB: Paularo, Udine, Italy; Resides at Via Borg Dal Fum No. 8, Majano, Udine, Italy);
Gimmy RICCI (DOB: July 20, 1973; POB: Como, Lombardy, Italy; Resident of Bata, Equatorial Guinea);
Giulio CISTARO;
Giuseppe VONA

Extensive research was conducted on all the names provided by the GDF, utilizing various DHS law enforcement databases and open sources, in an attempt to identify any nexus to the United States.

Findings reflect that a financial transaction in the amount of $20,000 cash was made in November of 2004, on behalf of Teodoro Obiang NGUEMA, for medical services rendered in the United States. Names of individuals who made payment include Candida OKOMO.

Trend Analysis and Analytical Selectivity Program, which records all Automated Commercial System (ACS) entries, importation and exportation of cargo, reflects that a company by the name of BOME PORT SERVICE, S.A., has 26 imports between 3/2008 and 8/2009. Attempts to verify the address for this company were unsuccessful. It is therefore not known whether this BOME PORT

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE   6 |
|---|---|
| REPORT OF INVESTIGATION<br>CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 030 |

SERVICE, S.A., that made the imports is the same BOME PORT SERVICE, S.A. that is the target of the GDF investigation.

Research of World Wide Web reflects that various companies have websites on the internet, including RANGERBOURG CORPORATION GE S.A., GENERAL WORK, EUROCONDAL SHIPPING S.A. SPAIN, EUROCONDAL SHIPPING S.A. ? GUINEA ECUATORIAL, SICME S.A.

While some preliminary findings of target subjects were deemed inconclusive as only names were provided with no further identifiers, they were not found to be related to Italy or Equatorial Guinea. All other queries yielded negative results.

This investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.