# Exhibit

# 25A

ManpowerGroup
Public Sector

6400 Arlington Boulevard, Third Floor, Falls Church, Virginia 22042  Tel. (703) 245-9400  Fax. (703) 245-9401
www.manpowergroup.com

## CERTIFICATE OF TRANSLATION

I, Silvia Hipple, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities.   All archival seals, stamps, and certifications have been translated here.

Italian Title:   Gen Work Powerpoint

English Title:   Gen Work Powerpoint

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this $10$ day of April 2013.

_____
Signature

[seal]
**Customs police**
**FISCAL POLICE UNIT OF UDINE**
**Economy Protection Group – Division of Financial Police and Other Judicial Police Operations**

# CRIMINAL PROCEDURE
# 3323/08 R.G.N.R.
# [Crime Notifications General Register]

DOJ_0003853

**CRIM. PROC. 3323/08 R.G.N.R.**

➤ This criminal procedure was started following a claim filed by Giulio Cistaro.

➤ In 2001 Giulio Cistaro and his partner, Giuseppe Vona, founded, as requested by Igor Celotti, the company General Work Guinea Ecuatorial S.A.

- Giulio Cistaro, born in Petilla Policastro (KR) on May 30, 1948, residing in Fiano Romano (RM) via Giustiniani nr 3;

- Giuseppe Vona, born in Santa Severina (KR) on January 2, 1953, residing in Pontecorvo (FR) Contrada Sant'Oliva.

- Igor Celotti, born in Gemona del Friuli (UD) on April 21 1961, deceased on June 21, 2007 in Equatorial Guinea.

DOJ_0003854



**GENERAL WORK GUINEA EQUATORIAL S.L.**
Asonga (Bata)

Founded on November 23, 2001 by Giulio Cistaro and Giuseppe Vona. The partners were the following:
- Giulio Cistaro;
- Giuseppe Vona;

Company organization:
- Giulio Cistaro – CEO;
- Igor Celotti – CEO;
- Andrew Mannarino – CEO.

Corporate purpose: General construction company.

DOJ_0003855

General Work Guinea Ecuatorial S.L. becomes, in a short time, the biggest and most important private company in Equatorial Guinea. The company is awarded most of the contracts for roads, water supply systems, government buildings, maritime works. The company invoices large sums of money, Igor Celotti becomes a friend of the president, Obiang Nguema.





In June 2007, Igor Celotti is the victim of a tragic as well as mysterious plane crash, which remains very shady and suspicious even today

DOJ_0003856

## DOUBTS AND SUSPICIONS ABOUT IGOR CELOTTI's DEATH

### ARTICLES IN THE PRESS     Pablo Trincia "La Stampa"



...it was not an accident. The hypothesis is that Igor Celotti managed a business many wanted, and that he had business and personal relationships with shady individuals, including members of the Equatorial Guinea Government (most of the people interviewed asked to remain anonymous).....

..........a former agent of the secret services of that African State, friend of Celotti (who asked to be called "Santiago Ndong") stated: "Celotti gave a lot of money from the proceeds of public contracts to members of the government, but he was also giving money to the opposition. The president and his administration started to have suspicions about him. Why is it that today the president's family controls 45% of Guinea General Works?"......

....An Italian businessman, who worked with the Friuli entrepreneur, says that Celotti was involved in lucrative operations in Gabon, in Austria and Romania and in the Middle East and managed his business operations through bogus companies, including Rangerbourg Panama....

DOJ_0003857

## DOUBTS AND SUSPICIONS ABOUT IGOR CELOTTI's DEATH

......After two days, the rescuers found, next to the plane in pieces, Celotti's carbonized body. At first they thought it was a tragic accident, but while his remains were by then unrecognizable, Juan Cruz Manzano – even if very disoriented – was practically uninjured. And the Italian business man briefcase was undamaged. The Equatorial Guinea authorities closed the case almost immediately. The Spanish pilot was cared for in Cameron, from where he disappeared...

........According to an Italian entrepreneur close to Celotti, the man was the victim of a scheme setup by Juan Cruz Manzano, the vanished pilot: "Manzano had a general power of attorney for Celotti's foreign accounts which were not frozen by any investigation".....

The only information available on Juan Cruz Manzano is:
• He resides in Alicante, he lives in Bata (Equatorial Guinea) since 1980, he lived with Eva Maria, a Guinean woman and has 3 children;
• He is one of the highest directors of the Jehovah Witness Sect in Bata.
• He holds an identification document nr. 78.461.600K issued on August 31, 2000 and a residence document nr. 1021-B.

DOJ_0003858



# COMPANIES IN EQUATORIAL GUINEA

DOJ_0003859

DOI_0003860























**RANGERBOURG CORPORATION GE S.A.**
Carretera del aeropuerto s/n Bata.

Founded on June 8, 2005 by Igor Celotti on his own behalf and on behalf of Rangerburg Corp. The partners are the following:

- Rangerburg Corp Panama – 80%;
- Igor Celotti – 20%

Company organization:

- Igor Celotti – Chief Executive and General Manager.

Corporate purpose: General trade operations

DOJ_0003861



**GENERAL WORK GUINEA EQUATORIAL S.L.**
Asonga (Bata)

Founded on November 23, 2001 by Giulio Cistaro and Giuseppe Vona. The partners are the following:

- Rangerbourg Corp GE S.A. – 100%

Company organization:

- Giulio Cistaro – CEO;
- Igor Celotti – CEO;
- Andrew Mannarino – CEO.

Corporate purpose: General construction company.

DOJ_0003862



**OBRAS S.A.**
Poligono Industrial Bome

Founded on May 24, 2005 by Igor Celotti on his own behalf and on behalf of the companies Rangerburg Corp and General Work GE S.A.. The partners are the following:

- Rangerburg Corp S.A. – 64%
- General Work S.A. – 35%
- Igor Celotti – 1%

Company organization:

- Igor Celotti – Chief Executive and General Manager

Corporate purpose: General construction.

DOJ_0003863



**TECNO HOLDINGS EQUATORIAL S.A.**
Poligono industrial Bome – Malabo/sucursal
Bata-Litoral

Founded on July 5, 2006 by Igor Celotti on his own behalf and on behalf of the companies Rangerburg and Tecno Holding LLC. The partners are the following:

- Rangerburg Corp. S.A. – 45%
- Tecno Holding LLC – 49%
- Igor Celotti – 6%

Company organization:

- Igor Celotti – President of the Board of Directors.
- Gimmy Ricci – General Manager.

Corporate purpose: Service provider.

DOJ_0003864



**GENERAL WORK AVIACION S.A.**
Aeropuerto Bata

Founded on November 17, 2005 by Igor Celotti on his own behalf. The partners are the following:

- Rangerburg Corp S.A. – 60%
- General Work GE S.L. – 34%
- Igor Celotti – 6%

Company organization:

- Igor Celotti – Chief Executive and General Manager

Corporate purpose: General air transportation.

DOJ_0003865



**EGAMS S.A.**
Equatorial Guinean Aviation & Marine Service
Aeropuerto e Porto Bata

Founded on March 9, 2006, by Igor Celotti on his own behalf and on behalf of the companies Rangerburg Corp and Laury's and Partners LTD. The partners are the following:

- Laury's and Partners LTD – 50%
- Igor Celotti – 50%

Company organization:

- Igor Celotti: Chief Executive and General Manager

Corporate purpose: Air and sea transportation.

DOJ_0003866



**GEDIS S.A.**
Poligono industrial Bome

Founded on November 16, 2006 by Igor Celotti on his own behalf and on behalf of Rangerbourg Corp. G.E. S.A., Lorenzo Fabro and Dino Fabro. The partners are the following:

- Rangerbourg Corp. S.A. – 46%
- Danny Venturini – 48%
- Igor Celotti – 6%

Company organization:

- Igor Celotti: President;
- Danny Venturini – Manager/Director.

Corporate purpose: Trade, production, import/export of food products.

DOJ_0003867



**EGMA S.A.**
Euroguineana de mantenimento de aviones.
Carretera Aeropuerto s/n de Malabo – sucursal Bata

Founded on November 20, 2006, by Igor Celotti on his own behalf and on behalf of the company Rangerburg Corp and by Michel Andre Alexis Luccio on his own behalf and on behalf of the company Aero Maintenace and trading. The partners are the following:

- Rangerbourg Corp GE S.A. – 47%
- Aero Maintenance and trading – 45%
- Igor Celotti – 8%

Company organization:

- Igor Celotti: President
- Michel Andre Alexis Luccio – Manager/Director

Corporate purpose: Service and maintenance of airplanes, helicopters, airports and airport equipment. Sale/Purchase of airplanes, agency for companies operating in the aviation construction, equipment and spare parts industries.

DOJ_0003868


**Eurocondal Shipping S.A.**
Agencia Naviera · Shipping Agency

**EUROCONDAL SHIPPING S.A.**
Poligono Industrial Bome (Bata)

Founded on February 9, 2006 by Igor Celotti on behalf of the company Rangerburg Corp. and by Andrei Querol Mateo on behalf of the company Eurocondal Shipping. The partners are the following:

- Andres Queros Mateo – 65%
- Igor Celotti – 35%

Company organization:

- Andres Queros Mateo – President;
- Igor Celotti – Vice President;
- Rafael Murillo San Miguel – Adviser;
- Ana Ines Chinda – Adviser;
- Angel Masie Mebuy – Secretary;
- Pedro Bamian Masie - Director

Corporate purpose: Air, sea and land transportation, general trade, import export.

DOJ_0003869



**TECNO CONSTRUCCION S.A.**
Poligono Industrial Bome

Founded on July 12, 2006 by Igor Celotti on his own behalf and on behalf of the company Rangerburg Corp and by Salvatore Rinaldi. The partners are the following:

- Rangerburg Corp GE S.A. – 53%
- Salvatore Rinaldi – 40%
- Igor Celotti – 7%

Company organization:

- Igor Celotti – Chief Executive;
- Salvatore Rinaldi – Technical Director and General Director.

Corporate purpose: Promotion, processing and financing of sustainable agriculture environmental projects; construction, expansion, furnishing and sale of residential, commercial, industrial and agricultural buildings; manufacturing, preparation, transformation of materials intended for construction and including prefabricated materials.

DOJ_0003870



**ALFA MARINA S.A.**
Puerto Bata

Founded on July 28, 2006 by Juan Olo Mba Nseng, Fortunato Ofa Mbo, Ricardo Mangue Obama Nfube, Pastor Micha Ondo Bile, Gabriel Mbega Obiang Lima. The partners are the following:

- General Work S.A. – 50%
- Juan Olo Mba – 17%
- Ambrosio Serafin – 17%
- Ricardo Mangue – 16%

Company organization:

- Juan Olo Mba Nseng – President;
- Ambrosio Serafin Engonga (General Work Representative) – Vice President;
- Ricardo Mangue Obama Nfube– Adviser;
- Ambrosio Serafin Engonga – General Director.

Corporate purpose: Fishing and import/export.

DOJ_0003871

# EVIDENCE

Below are included some information about the Alfa Marina S.A. partners:

**Gabriel Mbega Obiang Lima**: Son of President Obiang and Vice Minister of Mining and Energy.

**Juan Olo Mba Nseng,** brother in law of President Obiang, former Minister of Mining and Energy, he is currently an Adviser to the President and the President of the Board of Directors of SOGESA, an Equatorial Guinea Power Company. (One of the partners of SOGESA, whose majority shareholder is President Obiang, is the Polish arms dealer Walter Cobilasky, a very good friend of Mba Nseng).

**Ricardo Mangue Obama Nfube**, Prime Minister of the Equatorial Guinea Government from 2006 to 2008

DOJ_0003872

# EVIDENCE

**Fortunato Ofa Mbo**, Minister of Economic Development and Public Investments of Equatorial Guinea from 2001 to 2003; from 2003 to 2006, Minister of Fishing and Land resources; from 2006, General secretary of the office of the Prime Minister. Involved in the coup d'état attempted by Mark Thacher, Simon Mann, Nick du Toit and Ely Calil.

**Pastor Micha Ondo Bile**, Former Ambassador of Equatorial Guinea in the USA, Canada, Mexico, Latin America; from 2001 to 2003, Ambassador of Equatorial Guinea in Italy; United Nations permanent representative; Guinea Minister of Foreign Affairs since 2003.

According to an article posted on the news site Guinea-Ecuatorial.net, Pastor Micha Ondo Bile and Gabriel Mbega Obiang, together with other officers of the Equatorial Guinea Governments and their spouses, are the straw men for President Obiang in relation to some large real estate investments in Spain, purchased with money coming from Riggs Bank and credited on a Spanish bank account belonging to a Panama company, Kalunga Company SA.

DOJ_0003873



**ALUMINIO GUINEA EQUATORIAL S.A.
(ALUGESA)**
Poligono Industrial Bome

Founded on October 24, 2006 by Igor Celotti on his own behalf and on behalf of the companies Rangerburg Corp and Obras S.A. and by Amir Saadalah Thaher. The partners are the following:

- Rangerburg Corp GE S.A. – 45%
- Obras S.A. – 30%
- Amir Saadalah Thaher – 20%
- Igor Celotti – 5%

Company organization:

- Igor Celotti – Chief Executive and General Director;
- Amir Saadalah Thaher – Technical Director.

Corporate purpose: Manufacturing, transformation, import/export of all kind of items and materials intended for construction with aluminum and crystal.

DOJ_0003874



**APROVECHAMIENTO DE METALES S.A.**
**(AMSA)**
Poligono Industrial Bome (Malabo)

Founded on July 5, 2006 by Igor Celotti on his own behalf and on behalf of the company Rangerburg Corp and by Mauro Papinutto. The partners are the following:

- Rangerburg Corp GE S.A. – 50%
- Mauro Papinutto – 40%
- Igor Celotti – 10%

Company organization:

- Igor Celotti – President of the Board of Directors;
- Mauro Papinutto – General Director.

Corporate purpose: Demolition and conversion of vehicles, metals and metallurgic products.

DOJ_0003875



**BOME PORT SERVICES S.A.**
Poligono Industrial Bome (Malabo)

Founded on April 13, 2006 by Igor Celotti on his own behalf and on behalf of the company Rangerburg Corp S.A.. The partners are the following:

- Rangerburg Corp – 85%
- Igor Celotti – 15%

Company organization:

- Igor Celotti – Chief Executive and General Director.

Corporate purpose: Port services, loading and unloading. Transportation, goods placement, port operations.

DOJ_0003876



**GEO PERFORACION GUINEA EQUATORIAL S.A.**
Poligono Industrial Bome (Malabo)

Founded on October 24, 2006 by Igor Celotti on his own behalf and on behalf of the company Rangerburg Corp GE S.A. and by Giuseppe Castronovo. The partners are the following:

- Rangerburg Corp GE S.A. – 45%
- Giuseppe Castronovo – 46%
- Igor Celotti – 9%

Company organization:

- Igor Celotti – Manager and General Director;
- Giuseppe Castronovo – Technical Director.

Corporate purpose: Geotechnical Drilling.

DOJ_0003877



Sociedad Equatoguineana de Redes Informaticas

**GUINEANET S.L.**
Playa – Aeropuerto Bata

Founded on March 7, 2006 by Elo Ndong Nsefumu (Minister of the Republic of Equatorial Guinea) on behalf of the State of Equatorial Guinea, Antonio Owono, Consuelo Olivia Dougan, Candida Okomo Mba, Igor Celotti on his own behalf and on behalf of the company General Work, Timothy Lloyd Edwards. The partners are the following:

- Republic of Equatorial Guinea— 10%
- Antonio Owono — 20%
- Consuelo Olivia Dougan — 15%
- Candida Okomo Mba — 15% (belonging to the Presidential family)
- General Work S.A. — 20%
- Timothy Lloyd Edwards — 20%

Company organization:
- not yet appointed at the time

Corporate purpose: IT services, staff training, migration to computerized systems for Government Agencies.

DOJ_0003878



**M.R. GUINEA EQUATORIAL S.L.**
Carretera Aeropuerto de Malabo —
sucursal Bata

Founded on November 16, 2006 by Igor Celotti on his own behalf and on behalf of the company Rangerburg Corp GE S.A. and by Marco Rosar on his own behalf and on behalf of the company Gedis S.A.. The partners are the following:

- Rangerburg Corp GE S.A. – 65%
- Marco Rosar – 35%

Company organization:

- Marco Rosar – Chief Executive and Director.

Corporate purpose: Food products general management and trade.

DOJ_0003879



**MOVIN S.A.**
Poligono Industrial Bome

Founded on November 16, 2006 by Igor Celotti on his own behalf and on behalf of the company Rangerburg Corp S.A. and by Stefano Calligaro and by Fabio Patusso. The partners are the following:

- Rangerburg Corp S.A. – 46%
- Stefano Calligaro – 24%
- Fabio Patusso – 24%
- Igor Celotti – 6%

Company organization:

- Igor Celotti – President;
- Fabio Patusso – Manager/Director
- Stefano Calligaro – Technical Director.

Corporate purpose: Import, sale, service and distribution of equipment for public works and spare parts in general.

DOJ_0003880



**MOTÚA S.A.**
Poligono Industrial Bome

Founded on March 30, 2006 by Igor Celotti on his own behalf and on behalf of the company Rangerburg Corp S.A. and by Moises Mba Mchama. The partners are the following:

- Rangerburg Corp S.A. – 50%
- Igor Celotti – 30%
- Moises Mba Mchama – 20%

Rangerburg shares will later be transferred to Celotti. The company stock will then be divided as follows:

- Igor Celotti – 80%
- Moises Mba Mchama – 20%

Company organization:

- Igor Celotti – President of the Board of Directors;
- Moises Mba Mchama - General Director.

Corporate purpose: Import, sale, service, construction, revision and distribution of trucks, vans etc.

DOJ_0003881



**MATIETO VITTORINO S.A.**
Poligono Industrial Bome

Founded on May 8, 2006. The partners are the following:

- Bome Port Service S.A. — 40%
- Vittorino Matieto — 30%
- Igor Celotti — 30%

Company organization:

- Igor Celotti – President;
- Vittorino Matieto – General Director.

Corporate purpose: Import of construction and industrial material for transformation, manufacturing and sale, and operations associated to the mechanical and carpentry industries.

DOJ_0003882



**PASTELES GUINEA ECUATORIAL S.A.**
Carretera aeropuerto de Malabo

PASTELES GUINEA ECUATORIAL S.A

Founded on November 16, 2006 by Igor Celotti on his own behalf and on behalf of the company Rangerburg Corp GE S.A., Danny Venturini on his own behalf and on behalf of the company Gedis S.A. and Gimmy Ricci on his own behalf and on behalf of the company Tecno Holdings Ecuatorial S.A. The partners are the following:

- Rangerburg Corp GE S.A. – 45%
- Gedis S.A. – 30%
- Tecno Holdings S.A. – 25%

Company organization:

- Igor Celotti – President;
- Lorenzo Fabro – Manager/Director;
- Gimmy Ricci – Technical Director.

Corporate purpose: Production of pastry and sweets.

DOJ_0003883

**SICME S.A.**
**(Sociedad Industrial para la comercializacion de la madera)**
Poligono Industrial Bome

Founded on January 25, 2007 by Igor Celotti on his own behalf and on behalf of the company Rangerburg Corp., Majed Habed, Giuseppe Cirillo and Romeo Massimo Fabrizi. The partners are the following:

- Rangerburg Corporation S.A. – 33.3%
- Sofmal — 33.3%
- Giuseppe Cirillo — 16.7%
- Romeo Massimo Fabrizi — 16.7%

Company organization:

- Majed Habed — President;
- Igor Celotti — Adviser;
- Giuseppe Cirillo — Adviser;
- Romeo Massimo Fabrizi — General Director.

Corporate purpose: Marketing of forestry products and timber in general.

DOJ_0003884

**KMS CONSULTORES S.A.**
Poligono Industrial Bome

Founded on January 19, 2007 by Igor Celotti on his own behalf and on behalf of the company Rangerburg Corp and by Antonello Matiz. The partners are the following:

- Rangerburg Corporation S.A. – 99%
- Antonello Matiz – 1%

Company organization:

- Antonello Matiz – President and General Director;
- Renzo Beinat – Adviser;
- Anahi Etman – Adviser.

Corporate purpose: Financial and IT consulting.

DOJ_0003885

All the companies above with operations in Equatorial Guinea belong to the so called Group Rangerbourg, controlled by RANGERBOURG CORP. GUINEA EQUATORIALE S.A.

Rangerbourg Corp G.E. S.A. is controlled by RANGERBURG CORPORATION, a company with headquarters in Panama, which we will review later.

The companies associated with Igor Celotti are not limited to Equatorial Guinea but are established in several countries.

DOJ_0003886



# COMPANIES IN PANAMA

DOJ_0003887

**RANGERBURG CORP.**
2nd floor, Swiss Bank Building, East 53 Street, Marbella, Panama, Republic
of Panama.

Company founded on November 30, 2004 by Edgardo Eloy Diaz and Myrna De Navarro. The capital stock is $10,000 USD divided in 10,000 shares of a nominal value of $1 USD/each. The Company organization is:

- Edgardo Eloy Diaz - President;
- Myrna De Navarro –Vice President;
- Moira Itzel Guevara – Secretary/Treasurer.

The company headquarters are at the Law Office of Aleman, Cordero, Galindo & Lee.

On January 21, 2005, an unlimited general power of attorney was issued in favor of Igor Celotti.

In a notary deed dated May 21, 2007, Igor Celotti states that his wife, Annamaria Moro, is the legal owner of 10,000 shares of the Rangerburg Corp. capital stock.

DOJ_0003888

**LOGISTIC OVERSEAS S.A.**
2nd floor, Swiss Bank Building, East 53 Street, Marbella, Panama, Republic of
Panama.

Joint stock company founded on April 13, 2007 by Edgardo Eloy Diaz and Fernando Antonio Gil. The Company
organization is:

- Edgardo Eloy Diaz - President;
- Myrna De Navarro —Vice President;
- Moira Itzel Guevara — Secretary/Treasurer.

The company headquarters are at the Law Office of Aleman, Cordero, Galindo & Lee.

On April 16, 2007, an unlimited general power of attorney was issued in favor of Igor Celotti.

In a notary deed dated May 21, 2007, Igor Celotti states that his wife, Annamaria Moro, is the legal owner of all the shares
of Logistic Overseas S.A. capital stock.

DOJ_0003889

## EVIDENCE

The Law Office of Aleman, Cordero, Galindo and Lee represents the biggest corporations with headquarters in Panama. One of those companies is Cisco System. The Law Office has been considered the connection between Cisco and a network of 15 companies used to avoid paying taxes, allowing for a fiscal fraud equal to $1,500 million and they are also suspected of money laundering.

Four persons associated with the law office are currently the object of an investigation: Miriam Estela Rivera, Myrna de Navarro (Vice President of Rangerburg Corp and Logistic Overseas SA, and also the founder of Rangerburg Corp.), John Benjamin Foster and Andres Maximino Sánchez. Together with Edgardo E. Diaz (President of Rangerburg Corp and Logistic Overseas SA and founder of both companies), Myrna de Navarro is a member of the company board as well as the board of other companies represented by the Law Office of Aleman, Cordero, Galindo and Lee.

# EVIDENCE

Jaime Aleman Healy, is the brother of the ex candidate of the Arnulfista party, Jose Miguel Aleman Healy, and he is a member of the family of the current CEO of the Aleman Zubieta canal.

Anibal Galindo Navarro is a relative of the current candidate for the presidency of the Republic for the PRD, Juan Carlos Navarro and the current secretary, Samuel Lewis Navarro.

Jorge Federico Lee is a member of the PRD and he was a member of the Council of Directors for the Panama canal.

DOJ_0003891

**WEST AFRICAN LINES S.A.**
C/O Shirley & Associates, Avenida Samuel Lewis calle 58, edificio
ADR, piso 13, Obarrio, Panama City, Republic of Panama.

Joint stock company founded on December 23, 2004 by Alex Alberto Sanchez and Adelina Barria.

The Company organization is as follows:

- Juan Montes — President;
- Ruben Barnett Serrano — Secretary;
- Luz Quintanar — Treasurer;
- Casilda Watts — Deputy Secretary.

Blank share certificates of the company were found at Mila Moro's residence.

DOJ_0003892

**FINCASTLE SERVICES INC.**
C/O Zuniga y Asociados, Avenida Samuel Lewis calle 56, edificio Tila,
oficina 3, Panama City, Republic of Panama.

Joint stock company founded on June 25, 2004 by Luis Alberto Laguna and Algimiro Villamil. The Company organization is as follows:

- Luis Alberto Laguna - President;
- Cesar Antonio Trujillo —Vice President;
- Marcela Chavez — Secretary/Treasurer.

The company headquarters are at the Law Office of Zuniga y Asociados.

On February 2, 2005, an unlimited general power of attorney was issued in favor of Igor Celotti.

In a notary deed dated May 21, 2007, Igor Celotti states that his wife, Annamaria Moro, is the legal owner of all the shares of the Fincastle Services Inc. capital stock.

DOJ_0003893



# COMPANIES IN ITALY

DOJ_0003894

**Londinium Associates Ltd.**
Beinat R.

Holding

90%

**EMI srl**

Beinat Renzo
- finanziaria
- immobiliare

10% BRC Consulting Srl

| | | | | | | |
|---|---|---|---|---|---|---|
| 55% | 100% | 90% | 29% | 95% | 40% | 75% |

| **FIT Spa** | **FRIULGREEN srl** | **HC Italia srl** | **HC design srl** | **MAVI srl** | **Exalto srl** | **Adrianetwork srl** |
|---|---|---|---|---|---|---|
| Virili Carlo Beinat Renzo Petiziol Paolo | Beinat R. | DelMaestro Francesco Beinat Renzo | Petrussa Giorgio Beinat Pietro | Matieto Vittorino | Fabio Palusso | Beinat Renzo |
| -30% HVS Foods Ltd -15% BRC consulting srl | | 10% HC Design srl | -20% Beinat Renzo -31% Beinat Pietro -15% Petrussa Giorgio -5% Candussio Monica | -5% Matieto Vittorino | | -25% Beinat Renzo |
| Agricultural – food industry<br>- Sandwich machines lines<br>- Hydroponic installations projects<br>- Engineering | Sport and fitness industry<br>- Sport and fitness operations and facilities<br>- Marketing of services to individuals<br>- Facilities management | Trading<br>- Export of all goods in general<br>- Logistic services | Furniture sale Design<br>Services to outside parties production processes<br>Purchase of furniture material | Mechanical supplies Import export of [Illegible] and mechanical industry items | Lease and maintenance Lease of forklifts and equipment in general Forklifts maintenance | Lease Lease of offices with computer network and coordinated services |

The Exalto shares were transferred in 2007 and the new partners are Fabio Patusso, Danny Venturin and Stefano Calligaro.

DOJ_0003895



# COMPANIES IN THE UNITED KINGDOM (UK)

DOJ_0003896

**I.R.R.C. (UK) LTD**
1st class Company Services, 72 New Bond Street, Mayfair, London
W1S1RR.

Company founded on May 17, 2002. The partners are the following:

- Annamaria Moro (wife of Igor Celotti);
- Adele Comoretto (mother of Igor Celotti).

The Company organization is as follows:

- Annamaria Moro — Director.

On June 18, 2004, a representation mandate was issued in favor of Igor Celotti.

The company is the owner of the Majano (UD) building where Annamaria Moro resides

DOJ_0003897

**LONDINIUM ASSOCIATES LTD**
International house, 1 St Katharine's way, London E1W1UN – Italian address
in Udine, viale XXIII marzo 1848 nr.21.

Company founded on January 22, 2004 by Westbrook Directors and Tradinvest Management Ltd (British companies involved in the fiscal residence of non-resident individuals). The capital stock is comprised of bearer shares. The entire capital stock is held by:

- Fincastle Services Inc.

The Company organization is as follows:

- Annamaria Moro — Legal Representative
- Renzo Beinat — Director
- Tradinvest Management Ltd — Company Secretary.

Faxes on the financial status of the company were sent to Igor Celotti.

DOJ_0003898

**R & R PARTNERS UK LTD**
3 Tenterden Street, Hanover Square, London W1S ITD – Italian address
in Tavagnacco (UD), via S.Francesco 12/2.

The Company organization is as follows:

* Antonello Matiz, Attorney.

The Italian address of the company is the residence of Antonello Matiz.

DOJ_0003899





# OTHER FOREIGN COMPANIES




DOJ_0003900

**COMERCIAL HAWKER SIDLEY S.L.**
Urb. Herbania, calle El Colorao 53, Tarajalejo, Tuineje, Isla de
Fuerteventura, Las Palmas.

Company founded on December 27, 2004. The partners are the following:

- Igor Celotti – 100%

The Company organization is as follows:

- Igor Celotti – Chief Executive

Corporate purpose: Real estate company.

DOJ_0003901

**I.R.R.C. GROUP LLC**
113 Barksdale Professional Center, Newark, DE 19711.

Company founded on April 11, 2003 by Igor Celotti. The Company organization is as follows:

Igor Celotti – Director.


**TECNO HOLDINGS LLC**
113 Barksdale Professional Center, Newark, DE 19711

Representative: Igor Celotti.

DOJ_0003902

**IRF INVESTMENTS LIMITED**
Nr. 132, Lease Office Building 16, Jebel Ali Free Zone, Dubai.

Company founded on July 2, 2006. The partners are the following:

- Fabio Patusso — 20%;
- Igor Celotti — 40%;
- Roberto Biasizzo — 40%.

The Company organization is as follows:

- Fabio Patusso — Director;
- Igor Celotti — Director;
- Roberto Biasizzo — Director and Secretary.

DOJ_0003903

**ROM WORKS GENERAL SRL**
Ploiesti, Bld Republicii nr. 191, b1. 382, et. 6, ap. 27, Prahova

Company founded on January 16, 2007 by Loris De Monte, Gianluca D'Anela (through proxy) and General Work G.E. SL (through proxy). The designated proxy is Niculae Costantin, born on August 7, 1962 at Ploiesti Prahova. The partners are the following:

- General Work G.E. SL;
- Loris De Monte;
- Gianluca D'Anela.

Corporate purpose: Construction of buildings or parts of buildings, civil engineering.

DOJ_0003904

**SABA Società civile immobiliare**
10 Rue de l'Ormeau 83990 Saint Tropez.

Company founded in January 2007. The partners are the following:

- Igor Celotti;
- Marco Rosar;
- Giorgio Riva.

Corporate purpose: Real estate company.

DOJ_0003905

# MEANS OF TRANSPORTATION

The companies associated with Celotti owned several means of air transportation.
From records seized during searches, several documents were found relating to the registration of the following aircrafts:

DOJ_0003906



HS 125-400A

Serial Number: 25250

Gabon Registration TR-LHW

E.G.A.M.S (Equatorial Guinea

Aviation & Marine Service)



DOJ_0003907

Cessna — 750

Serial number: 750-0095

US Registration N415FW

General Work Aviation



SHORT SD3-60

Serial Number: SH3728

Gabon Registration TR-LHX

E.G.A.M.S (Equatorial Guinea

Aviation & Marine Service)

FOKKER 28-4000

Serial Number: 11156

Gabon Registration TR-LHV

E.G.A.M.S (Equatorial Guinea

Aviation & Marine Service)

FOKKER 28-4000

Serial Number: 11240

Gabon Registration TR-LHY

E.G.A.M.S (Equatorial Guinea

Aviation & Marine Service)



FOKKER 28-4000

Serial Number: 11222

Gabon Registration TR-LHZ

E.G.A.M.S (Equatorial Guinea

Aviation & Marine Service)

FOKKER 28-4000

Serial Number: 11224

Gabon Registration TR-LIA

E.G.A.M.S (Equatorial Guinea

Aviation & Marine Service)

DOJ_0003908

# CREDIT
# INSTITUTIONS

The bank account held by Igor Celotti and by the companies and individual associated with him are countless.

The following list includes only what was found during the house searches (copies of bank statements, memos, business cards)

DOJ_0003909

AUSTRIAN BANKS:

- RAIFFEISENBAK Arnoldstein;
- BANK AUSTRIA of Vienna;
- RAIFFEISENBANK Arnoldstein Account # 84061;
- BANK AUSTRIA of Villaco Hans-Gasser- Platz 5;
- BANK AUSTRIA Account # ███████████ 6400
- Personal data print of Igor CELOTTI of BANK AUSTRIA account # ██████████ 4100;

SWISS BANKS:

- IBAN: CH13 0862 4047 2015 1000B and CH83 0862 4047 2015 1000C
- Credit Suisse of Geneva Iban ██████████ 200 0;
- FIDINAM & PARTNERS Via 1 Maggio P.0. Box 6009 — 6901 Lugano;
- FIDUCIOR (management trustee joint stock company) of Geneva Rue du Rhone 43;
- BANCA UNIONE DI CREDITO DI LUGANO

DOJ_0003910

SPANISH BANKS:

- Bank account # 2091-0643-80-304++++++7 opened at CAIXA GALICIA;
- CAIXA GALICIA credit card nr. 4132 6600 0185 5034 on the name of COMERCIAL HAWKER SIDLEY — IGOR CELOTTI;
- CAIXA GALICIA credit card nr. ███████1492 on the name of IGOR CELOTTI;
- CAIXA GALICIA credit card nr.████████8014 on the name of Anna Maria MORO;
- CAIXA GALIC Spain;
- BANCA MARCH SA Spanish document showing CELOTTI's account <CELOTTI 5130119.

CROATIAN BANKS:

- ZAGREBAEKA BANKA IBAN: ████████5212;
- HYPO ALPE ADRIA BANK Rjeka (Croatia) Jadranski 3;

DOJ_0003911

BANKS IN THE PRINCIPALITY OF MONACO:

- BANQUE MARTIN MAUREL of Monaco ▮▮▮▮▮▮▮▮▮▮▮ 1 004 G.W.G.E.
- BANQUE MARTIN MAUREL of Monaco ▮▮▮▮▮▮▮▮▮▮▮ 1 407, beneficiary ENGLES;
- MARTIN MAUREL SELLA — Private Bank of Monaco 3, Boulevard Princesse Charlotte Villa Du Pont MC 98003 Monaco;

SAN MARINO BANKS:

- CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO Via Rivo Fontanelle 174 RSM;

ARAB BANKS:

- MASHREQBANK of Dubai;

BRITISH BANKS:

- ALLIANCE & LEICESTER COMMERCIAL BANK of IRRC Account nr. 1062518600a00112a;

DOJ_0003912

**FINAL EVIDENCE**

The information on the companies reviewed up to now, the company organizational charts and the capital stocks are associated mainly with the time period ending on the date of Igor Celotti's death.

After that date, all the assets of the deceased Celotti were inherited by his wife and children.

Annamaria Moro, wife of Celotti, was formally appointed President of the Board of Directors of Rangerbourg Corporation G.E. SA, and Gimmy Ricci was appointed for all the positions covered by Igor Celotti in the other companies a part of the Rangerbourg Group. Gimmy Ricci is a shady Italian operator with a criminal record.

> Annamaria Moro, born in Paularo (UD) on March 13, 1965 resides in Majano (UD), via Borg del Fum nr 8.
>
> Gimmy Ricci, born in Como on July 20, 1973 registered in the register of Italians residing abroad (AIRE) of the Town of Majano as residing in Bata (Equatorial Guinea) carrettera Aeropuerto s.n.

DOJ_0003913