# Exhibit

# 26

REQUESTED BY: MORRISEY, DEBORAH

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>R E P O R T   O F   I N V E S T I G A T I O N | TECS ACCESS CODE 3 |
|---|---|
| | PAGE   1 |
| | CASE NUMBER RM02PR07MI0018 |

TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA

CASE STATUS:   INIT RPT

| REPORT DATE<br>052809 | DATE ASSIGNED<br>052109 | PROGRAM CODE<br>YA1 | REPORT NO.<br>001 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS
OTHER INFORMATION

TOPIC: CASE OPENING / COLLATERAL REQUEST FROM SAC MIAMI

SYNOPSIS:
On November 13, 2006, Agents assigned to the ICE SAC/Miami Foreign Public Corruption Unit (FCIG) initiated a criminal inquiry regarding the financial activities of Teodoro Nguema OBIANG (DOB: 06/26/1969) a.k.a. "Teodorin". It is alleged that OBIANG is diverting funds allocated to the government of Equatorial Guinea for his own personal use. SAC/Miami Agents are currently attempting to identify any criminal violations and assets related to OBIANG and his associates.

This report will serve to open this collateral request from the SAC Miami to the ICE Attache Rome requesting Attache Rome's assistance in obtaining information / documentation related to the investigation being conducted by Italian authorities and to facilitate an information sharing meeting.

| DISTRIBUTION:<br>CARM   SACMI   CAPJ | SIGNATURE: _____<br>USSHER           STEVEN      A   SPECIAL AGENT |
|---|---|
| | APPROVED: _____<br>STEVENS          CRAIG       M   ICE ATTACHE |
| | ORIGIN OFFICE: RM<br>ROME - ATTACHE | TELEPHONE: 064 674 2475 |
| | | TYPIST: USSHER |

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0000413

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T  O F  I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    2 |
|---|---|
| | CASE NUMBER RM02PR07MI0018 |
| | REPORT NUMBER: 001 |

CASE PROGRAM CODES:

YA1 Financial Other/Corr   7H0 FOREIGN CORRUPTION

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER RM02PR07MI0018 |
| | REPORT NUMBER: 001 |

DETAILS OF INVESTIGATION:

During April of 2009, the ICE Attache Rome received information from the Judicial Police Squad at the Procure of the Republic in Udine, Italy that they initiated a money laundering case involving the current President of Equatorial Guinea and his son, namely Teodoro and Teodorin OBIANG. The Attache Rome was advised that the Udine squad has identified a network of accounts between Italy, Austria, Spain, Monte Carlo and Luxembourg. They believe these accounts are all owned or controlled by the current ruler of the country and his son and are allegedly funded with government revenues stolen by the dictator and his son. The accounts appear to have markers of money laundering.

After this information was received from the Judicial Police Squad, the Attache Rome conducted TECS record checks which revealed that SAC Miami currently had an open investigation involving OBIANG, case number MI02PR07MI0018. The case is being investigated by the Foreign Corruption Investigations Group. The SAC Miami initiated the investigation targeting Teodorin OBIANG for violation of United States money laundering statutes (18 USC 1957 & 1957).

The Attache Rome then contacted the SAC Miami to report the existence of the Italian investigation of OBIANG and advised that the Italian authorities willing to share the information they have developed related to the movement of funds by Teodoro and Teodorin OBIANG. The Italian authorities have also requested any assistance that the SAC Miami investigation can provide to facilitate their investigation into the OBIANG family.

The Attache Rome will continue to work with the SAC Miami and Italian authorities to identify any additional assets and co-conspirators associated with OBIANG and the movement of the illicit funds into the United States. Furthermore, the Attache Rome will coordinate with the SAC Miami and Italian authorities to facilitate an information sharing meeting.

This investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.