# Exhibit

# 27

REQUESTED BY:  MORRISEY, DEBORAH
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE    1 |
| | CASE NUMBER RM02PR07MI0018 |

TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA

CASE STATUS:    INTERIM RPT

| REPORT DATE 081009 | DATE ASSIGNED 052109 | PROGRAM CODE YA1 | REPORT NO. 002 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS
OTHER INFORMATION

TOPIC: INFORMATION MEETING W/ATTACHE ROME, SAC MIAMI & ITALIAN AUTHORITIES

SYNOPSIS:
On November 13, 2006, Agents assigned to the ICE SAC/Miami Foreign Public
Corruption Unit (FCIG) initiated a criminal inquiry regarding the financial
activities of Teodoro Nguema OBIANG (DOB: 06/26/1969) a.k.a. "Teodorin". It is
alleged that OBIANG is diverting funds allocated to the government of
Equatorial Guinea for his own personal use. SAC/Miami Agents are currently
attempting to identify any criminal violations and assets related to OBIANG
and his associates.

This report of investigation will serve to document an information sharing
meeting with participants from ICE Attache Rome, SAC Miami, Italian
Prosecutors, and Guardia di Finanza Investigators.

| DISTRIBUTION: CARM   SACMI | SIGNATURE: USSHER        STEVEN    A  SPECIAL AGENT |
|---|---|
| | APPROVED: STEVENS       CRAIG     M  ICE ATTACHE |
| | ORIGIN OFFICE: RM ROME - ATTACHE | TELEPHONE: 064 674 2475 |
| | | TYPIST: USSHER |

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0000417

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    2 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N  C O N T I N U A T I O N | CASE NUMBER RM02PR07MI0018 |
| | REPORT NUMBER: 002 |

CASE PROGRAM CODES:

YA1 Financial Other/Corn  7H0 FOREIGN CORRUPTION

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L  U S E  O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    3 |
|---|---|
| R E P O R T  O F  I N V E S T I G A T I O N C O N T I N U A T I O N | CASE NUMBER RM02PR07MI0018 |
| | REPORT NUMBER: 002 |

DETAILS OF INVESTIGATION:

During April of 2009, ICE Attache Rome received information from the Judicial Police Squad (JPS) at the Procure of the Republic in Udine, Italy indicating they initiated a money laundering investigation involving the current President of Equatorial Guinea and his son, namely Teodoro OBIANG a.k.a. "Teodorin". The JPS advised ICE Attache Rome that they identified a network of accounts that are owned or controlled by Teodoro OBIANG that are allegedly funded with government revenues stolen by the father and his son.

After this information was received from the JPS, ICE Attache Rome contacted SAC Miami who currently had an open investigation involving Teodoro OBIANG. After conferring with SAC Miami on their existing OBIANG investigation, they subsequently requested that ICE Attache Rome facilitate an information sharing meeting with the JPS.

On June 12, 2009 an information sharing meeting was held at the U.S. Embassy in Rome, Italy with the following participants: ICE Attache Rome Special Agent Steven Ussher and Investigator Dario D'Andrea, SAC Miami Group Supervisor Robert Rutherford, Special Agent Robert Manzanares, Intelligence Research Specialist Maria Acosta, Italian Prosecutors Barbara Loffredo and Alessandro Serena, and Guardia di Finanza (GdF) Investigators Dario Anzelin and Roberto Martinuzzo.  During the meeting both SAC Miami and the GdF summarized their investigations.

The GdF advised the following during the information sharing meeting:

The GdF received a complaint from two (2) individuals (unidentified), one (1) from Calabria and one (1) from Naples who were claiming that they were the true owners of GENERAL WORK GUINEA along with the Chief Executive Officer of the company, Igor CELOTTI.  The two businessmen reported that their business had been taken over fraudulently by members of the ruling family in Equatorial Guinea.

The GdF further reported that CELOTTI allegedly died in an air accident and that there are rumors that he is still alive. The air accident occurred under unusual circumstances.  Local Equatorial Guinea press reports and photographs show a small private aircraft crashed in the jungle. The crash resulted in the passenger seat catching fire and burning the person sitting there, allegedly CELOTTI, while the pilot, Juan Cruz Manzano (no further identifiers) walked away. The GdF reported that they have been unable to validate the press reports with police reports from relevant Authorities in Equatorial Guinea.

The GdF also received information from an Italian bank in reference to

O F F I C I A L  U S E  O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE     4 |
|---|---|
| | CASE NUMBER RM02PR07MI0018 |
| | REPORT NUMBER: 002 |

suspicious banking activity (no further information regarding the suspicious banking activity). The GdF conducted an analysis of documents pertaining to the suspicious banking activity and they discovered a network of accounts between Italy, Austria, Spain, Montecarlo, and Luxembourg. The GdF reported that these accounts are all owned or controlled by the President of Equatorial Guinea and his son Teodoro Nguema OBIANG.

As a result of these preliminary findings, the GdF requested the execution of search warrants in Italy. Upon searching the residence of the wife of CELOTTI, the GdF found a large number of documents proving ownership of assets in Italy, England, Equatorial Guinea, and Panama. Also discovered during the search warrants were a large amount of cash, credit cards, and check books from a variety of foreign banks.

The GdF was able to determine that CELOTTI owned shares in the following companies that are located in Equatorial Guinea: Rangerbourg Corporation GE S.A., Obras S.A., Tecno Holdings Equatorial S.A., General Work Guinea Equatorial S.L., Gedis S.A., E.G.M.A. S.A., Eurocondal Shippings S.A., Tecno Construction S.A., Aluminio Guinea Equatorial S.A., Bome Port Service S.A., Geo Perforacion GE S.A., Movin S.A., Motua S.A., and Matieto Vittorino GE S.A. According to the GdF these companies were taken over by the OBIANG family and the companies' shareholders lost all of their shares and control after the take over.

UNDEVELOPED LEADS:

ICE Attache Rome will attempt to obtain additional information from the GdF to assist the SAC Miami investigation. ICE Attache Rome will continue to coordinate additional investigative developments from both SAC Miami and the GdF.

This investigation continues.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.