# Exhibit

# 31

REQUESTED BY: MANZANARES, ROBERTO

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
| --- | --- |
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER MI02PR07MI0018 |

TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA

CASE STATUS: INTERIM RPT

| REPORT DATE 081712 | DATE ASSIGNED 111506 | PROGRAM CODE YA1 | REPORT NO. 084 |
| --- | --- | --- | --- |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INITIAL SOURCE DOCUMENT/ INVESTIGATIVE FINDINGS

TOPIC: INTERVIEW OF [redacted]

SYNOPSIS:
On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated a criminal inquiry into the financial activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It is alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. Minister OBIANG is currently the Minister of Agriculture and Forestry in EG.

HSI is investigating Minister OBIANG for money laundering statutes. OBIANG purchased a mansion valued at $32 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased an aircraft for $38 million dollars. Minister OBIANG asserts his wealth is the result of his private businesses which are involved in lumber and road construction. EG officials are purportedly permitted to engage in private businesses and authorized to have government contracts as long as the official isn't involved in the "day to day" operations or management of the business.

| DISTRIBUTION: SACMI | SIGNATURE: MANZANARES ROBERTO SPECIAL AGENT |
| --- | --- |
| | APPROVED: RUTHERFORD ROBERT N OI GRP SUPERVISOR |
| | ORIGIN OFFICE: MI MIAMI, FL - SAC / TELEPHONE: 305 597 6000 |
| | TYPIST: MANZANARES |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0012518

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE   2 |
|---|---|
|  | CASE NUMBER MI02PR07MI0018 |
| REPORT OF INVESTIGATION<br>CONTINUATION | REPORT NUMBER: 084 |

CASE PROGRAM CODES:

YA1 Financial Other/Corr    7H0 FOREIGN CORRUPTION    2FJ SHELL CORPORATIONS

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 084 |

DETAILS OF INVESTIGATION:

On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated a criminal inquiry regarding the financial activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It is alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. Minister OBIANG is currently the Minister of Agriculture and Forestry in EG and is the son of the dictator.

HSI is investigating Minister OBIANG for violation of money laundering statutes. OBIANG purchased a mansion valued at $30 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased a Gulfstream aircraft for $38 million dollars. Minister OBIANG asserts his wealth is the result of his private businesses which are involved in lumber and road construction. In EG officials are permitted to engage in private businesses and authorized to have government contracts as long as the official involved isn't actively involved in the "day to day" operations or management of the business.

On May 2, 2012, ████████████ was interviewed at the U.S. Embassy in ████ ████████████ by HSI special agent, Robert Manzanares and U.S. Department of Justice, (DOJ) Criminal Division Asset Forfeiture & Money Laundering attorney, Steve Gibbons

After being apprised of the nature of the investigation, ████ agreed to voluntary agreed to be interviewed. It was explained to ████ that since we last spoke to ████ in telephonically 2011, (ROI# 71 ) the U.S. government has filed two separate civil forfeiture actions insisting that the assets owned by OBIANG were obtained by money which he obtained illegally. ████ was in possession of a note book that ███ kept while ███ was in EG and during the interviewed ███ referred to this notebook which illustrated specific dates and persons whom were present in meetings while ████ worked in ███ capacity with the International Monetary Fund (IMF). These notes were used to compile the Article IV report for the IMF. The notes were in Spanish.

████ is currently employed as professor at the Institute of Technology ███ ████████████████████████ and teaches macro economics. As a result of ████ background regarding fiscal policy which is associated with natural recourses, the IMF sent ████ to EG prior to the Article IV consultation. The IMF was concerned that if the country of EG spent all of it's money from the natural resources, once the resources were no longer available, the country would not be capable of sustaining itself. Therefore, ████ was sent to EG to prepare a macro fiscal model in the event, that the country would be capable

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE 4 |
|---|---|
| REPORT OF INVESTIGATION<br>CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 084 |

to prosper despite no longer having the revenue of the natural resources.

▓▓▓▓ related that while the country of EG has a population of approximately 550 thousand people, 60% of the population is living in poverty. In ▓▓▓▓ opinion the leaders of the country who are engaged in building road, schools, airports and hospitals are not concerned for its citizens. All of the companies who are performing these projects are under control and being operated by a company which is owed by the President of EG. The perception that the President is attempted to transcend was he was developing the country of EG, but according to ▓▓▓▓, the President and his family members are profiting personally because they have an ownership venture in all of these companies. As an example, ▓▓▓▓ explained that a road that is approximately 4 miles long take over 3 years to complete and cost more to complete because the President and or his family inflate the cost margin so they are compensated.

Minister OBIANG has a private banking account where he places his money. While he is the current Minister of Forestry, he also has an unofficial position with "GEPETROL" which serves to control all contracts involving natural resources, specifically, petroleum and natural gas. Minister OBIANG has a significant role in this organization despite the country having a Minister of Petroleum. Severino ASUMU is the person who is responsible for the division of GEPETROL and widely viewed as a close advisor to the President.

Minister OBIANG has exploited all of the Sequoia Trees without making any kind of reporting to the country as the Minister of Forestry. ▓▓▓▓ was never made aware that Minister OBIANG was the head of or operated a company relating to timber in EG. ▓▓▓▓ was unaware of the company who was responsible for harvesting the timber in EG or who owned the equipment. ▓▓▓▓ claims that during ▓▓ review and analysis of financial records, ▓▓▓▓ located an account which is not controlled by the Treasury of EG. ▓▓▓▓ found a $600 million dollars discrepancy and thereafter ▓▓ contacted the IMF. Unbeknownst to ▓▓▓▓, the IMF found an additional $600 million dollar discrepancy and insisted that ▓▓▓▓ investigate further. ▓▓▓▓ claimed that ▓▓ was not privy to the same information and accounts that the IMF was authorized to inspect. The accounts that the IMF were referring to were located in the United States and France. According to ▓▓▓▓ there were a total of 6 Treasury accounts maintained by EG.

When ▓▓▓▓ detected a discrepancy in the Minister of Forestry's account, ▓▓▓▓ attempted to interview Minister OBIANG, but was told by the Minister of Finance that ▓▓ was prohibited from interviewing Minister OBIANG and that the information would be requested from the Minister of Forestry. Although ▓▓▓▓ made several formal requests to the Minister of Finance and Treasury about

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 5 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 084 |

███ concerns, ███ was never provided the information ██ was seeking. While ███ did obtain pertinent supporting documentation from several other Ministers, ███ was never provided the supporting documentation from the Minister of Forestry despite ███ numerous requests. ███ related that there were three additional accounts that were disclosed to ███ by the Treasurer located in Canada, Germany and Switzerland. These accounts were within the Central Bank in BECAC account number 41600. These accounts were initially opened in the sole name of the President. This was government money which was opened in the personal name of the President ███ claims that ██ recommended that the name on these account should be changed to reflect the Treasury of EG and not the President. When ███ asked the Treasurer why these accounts which contain the country's money were in the President's name, the response that ███ received was that President was entitled and had the right to open these accounts if he chose to do so. These accounts totaled approximately $1.2 billion dollars.

During ██ tenure in EG, ███ never met Minister OBIANG, but ██ did have the opportunity to view his 2 acre home in Malabo. ███ claims that the only time that the President or Minister OBIANG travelled to Malabo was because of problems associated with the oil companies.

███ had several meetings with the Minister of Finance regarding several accounts that EG had for its treasury in an attempted to convince him that there should be only one account for the country. ███ recommendation was met with hostility and was told that ██ should not impose his views on the country.

███ claims Minister OBIANG and his mother (First Lady) had control over all of the timber in the country. Specifically, the First Lady had a transportation company that transported the timber to the port for the purpose of exportation.
███ claims that the President had the First Lady imprisoned for a year for some type of a conspiracy along with her brother and several other family members. ███ was not able to provide a specific year or time period that this occurred with the exception that it took place prior to ██ arrival in ███. This information was provided by to ███ by Froilan MANGUE, who was the brother of the Prime Minister.

███ was not familiar with the following names, General Works, ███████, ███████████████, or SOFONA. Additionally, ███ could not recall the names of the construction companies that were in EG in 2006. ███ did recall the name SOMGIUE that was a construction company which was owned by Minister OBIANG.
According to ███, the 2006 Article IV Consultation was never made public because the EG government asked that it remain confidential.

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 6 |
| --- | --- |
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: .084 |

The present Treasurer of EG is a person by the name of Milogrosa OBONO. ▮▮▮▮ claims she knows "everything" about the finances of EG and more importantly she has direct knowledge of the accounts held by the Minister of Forestry. She is married, speaks fluent English, Spanish, Fang and French. She has two children who reside in EG. Her telephone numbers are 240092726 and 240259200. Her email account is milansue@hotmail.com. She travels to the United States frequently to attend meetings on behalf of the EG government. ▮▮▮▮ described her as an extremely talented woman who is educated and maintains accurate financial records. ▮▮▮▮ claims ▮▮ attempted to speak to OBONO about the Forestry accounts and was extremely reluctant to discuss these accounts with ▮▮▮▮ as she feared for her safety should she disclosed contents of the accounts.

▮▮▮▮ claimed that many undeveloped countries do in fact have accounts overseas, but the recommendation from the IMF is to have only one treasury account for the entire country.

There is no formal process whatsoever relating to how contracts are awarded in EG. It is solely based on the President awarding the contracts. He decides what company is allowed to business in EG.

(Agents Notes:) ▮▮▮▮ agreed to allow SA Manzanares to make a photographic copy of his notebook binder.

Investigation continues:

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0012523