# Exhibit

# 32

REQUESTED BY:  MORRISEY, DEBORAH
O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE   1 |
| | CASE NUMBER PA02PR07MI0018 |

TITLE: TEODORO NGUEMA OBIANG

CASE STATUS:     INTERIM RPT

| REPORT DATE 040811 | DATE ASSIGNED 082907 | PROGRAM CODE 7H0 | REPORT NO. 004 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: MEETING WITH FRENCH NATIONAL POLICE

SYNOPSIS:
Homeland Security Investigations, Special Agent in Charge Miami, Foreign
Public Corruption Unit is investigating the financial activities of Teodoro
Nguema OBIANG, the son of the president of Equatorial Guinea.  OBIANG is
believed to have a large amount of assets in the United States, including a
recently purchased residence in Malibu, California at a cost of $29 million.
Numerous multi-million dollar wire transfers involving French banks have been
identified as a means for OBIANG to purchase these assets.

The investigation has also produced evidence that OBIANG has assets in France.
HSI/Paris is coordinating with the French National Police, Money Laundering
Division and the French Ministry of Justice to obtain specific information
related any identifiable assets.

| DISTRIBUTION: CAPA   SACMI | SIGNATURE: _____ MORRO       DANIEL      SPECIAL AGENT |
|---|---|
| | APPROVED: _____ MCKINNEY     KEITH     W  ICE ASST ATTACHE |
| | ORIGIN OFFICE: PA PARIS - ATTACHE — TELEPHONE: 314 312 2957 — TYPIST: MORRO |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0000450

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    2 |
|---|---|
| | CASE NUMBER  PA02PR07MI0018 |
| | REPORT NUMBER:  004 |

CASE PROGRAM CODES:

7H0 FOREIGN CORRUPTION      7H1 CMAA & MLAT REQUESTS

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0000451

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE     3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N  C O N T I N U A T I O N | CASE NUMBER PA02PR07MI0018 |
| | REPORT NUMBER: 004 |

DETAILS OF INVESTIGATION

Homeland Security Investigations, Special Agent in Charge Miami (SAC/Miami), Foreign Public Corruption Unit is investigating the financial activities of Teodoro Nguema OBIANG, the son of the president of Equatorial Guinea.  OBIANG is believed to have a large amount of assets in the United States, including a recently purchased residence in Malibu, California at a cost of $29 million. Numerous multi-million dollar wire transfers involving French banks have been identified as a means for OBIANG to purchase these assets.

On March 19, 2011, HSI Paris met with Jean-Marc Souvira, head of the French National Police Money Laundering Unit, which includes the Asset Identification and Forfeiture Group.  HSI Paris requested assistance in verifying the existence/presence of property in France belonging to OBIANG, known and unknown, as well as corroborating several additional extravagant expenditures believed to have occurred in France.

HSI Paris continues to coordinate efforts related to this investigation with SAC/Miami, the U.S. Department of Justice, and the French National Police.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0000452