# Exhibit

# 33

**Comerica** — Business and Personal Master Signature Card

RECEIVED FEB 13 2007

All Accounts under this Master Signature Card shall be captioned on Bank's records as:

Account Registration/Legal Title of Account Owner _Teodoro Nguema Obiang_
Taxpayer Identification Number (TIN) _609926299_
Street Address for all Accounts (Do Not Use P.O. Box): _3620 Sweetwater Mesa Road Malibu CA 90265_
Mailing Address _% Atm Bus. Management,_ ▮▮▮▮▮ _Sim Peres, CA 90732_
Telephone Number: _(310) 317-9737_     Fax Number: _____
Date First Account Opened: _3-6-07_

**NOTICE: Every signer of this document and every Authorized Signer must provide identification acceptable to Comerica Bank ("Bank") including photographic identification if requested.**

By signing below you agree:

1. That you have received and agree to the terms of the Comerica Business and Personal Deposit Account Contract and applicable fee disclosures for the Accounts and, if applicable, an APY disclosure ("Deposit Account Contract").
2. That Bank may share information it has about you and your Accounts, as disclosed in the Deposit Account Contract and as required by law.
3. Except as stated below, this Master Signature Card shall be applicable to all Accounts opened on and after the day indicated in this document as the Date First Account Opened. Any one (1) of the Authorized Signers whose Authorized Signature is shown in this document, may transfer or withdraw funds in any Account that is subject to this Master Signature Card and such transaction shall be deemed authorized by you.

   Changes to Authorized Signers-
   Any request to add Authorized Signers to this Master Signature Card must be submitted on a Declaration of Change to Add Authorized Signer(s) form which may be obtained from Bank.

   Any request to remove one or more of the existing Authorized Signers shall be sent in writing to Bank. Such request shall be in a form acceptable to Bank, and include the name of each Authorized Signer to be removed. Such requests shall be signed by one remaining Authorized Signer and one other officer/authorized agent of the Account Owner.

Any request to add or remove an Authorized Signer shall not be effective against Bank until Bank has had a reasonable time to act on such request which shall not be less than two full Business Days after Bank's actual receipt of the request.

Accounts not subject to this Master Signature Card-
In the event that you do not intend this Master Signature Card to apply to an Account, such intent must be specifically stated on a separate Signature Card for each such Account. A separate Signature Card must be completed by the Customer and accepted by Bank before it shall be effective.

4. There are no oral agreements or other written agreements between us regarding the Accounts.
5. **TO WAIVE ANY RIGHT YOU MAY HAVE TO A JURY TRIAL INVOLVING ANY DISPUTE REGARDING ANY OF YOUR DEPOSIT ACCOUNTS AND RELATED SERVICES.**
6. This Master Signature Card is incorporated in and is a part of the Deposit Account Contract.

Account Owner _Teodoro Nguema Obiang_
By: _[signature]_     Date: _03 06 07_
   Duly Appointed Officer/Agent
Title: _____

CA03175 (03/03)     1

CMA 000001

SENATE-PSI-00110261

   AML Risk Assessment Individual Form:     Private Banking

### Customer Identification

Individuals Name: Teodoro Nguema Obiang

Primary Address (Non Military P.O. Box not acceptable)

| 3620 Sweetwater Mesa Road | Malibu | CA | 90265 |
|---|---|---|---|
| Street Address | City | State/Province | Postal Code |

USA
Country

SSN / TIN: ████6299     W-8 (If Not U.S.):

Identity of person opening account if applicable:   ☑ See Attached Document

Name:

Drivers License Number: D4989065   State Issued: CA   Issued On: 09/14/06   Expired On: 06/26/2011

Passport: ___   Country Issued: ___   Issued On: ___   Expired On: ___

If Other, explain:

---

List the individuals that are authorized to act on behalf of, or are beneficial owners of client:   ☐ See Attached Document
Ann Morse, POA

* Customers Country of Citizenship: Guinea ED

* Is Country (of citizenship) on High Risk List? **  [Yes ▼]
     ** List may be accessed by double clicking on the icon to the right

(Notes Link)

* If Non-US, then does customer have deposits aggregating $1MM or greater?  [No ▼]

Customers Employer: Not Employed        Customers Title: Not Employed

* Have any of the individuals above ever performed important public functions for a foreign state (PEP)?  [No ▼]

* Are any individuals above closely associated with person(s) who perform important public functions for a foreign state (PEP)?  [No ▼]

If the answer to either PEP question is "Yes", contact the AML Compliance OFAC/PEP Officer.

* Have you personally met with client or related business manager?  [Yes ▼]   * If "Yes" indicate date of most recent meeting 02/22/07

* If "Yes" indicate individual and their title:   Ann Morse

Primary City & State where this account will conduct business, if U.S:

Bank Account Number(s): 1894004249       ☐ See Attached

Loan Account Number(s):       ☐ See Attached

v 1.85

CMA 0000025

SENATE-PSI-00110285

**Comerica** — AML Risk Assessment Individual Form:        Private Banking

### Treasury Management Products/Services

* TM Connect Web? [ ]
* TM Connect Desktop? [ ]
* TM Connect File Transfer? [Wire or ACH Capability]
* Comerica Intellect? [ ]
* Any other non TM ACH products? [No]
* CompCard (Prepaid Cards)? [No]
* Cash Vault Services? [No]

### Loan/Line of Credit Account Questions

Term Loan? [No]

If a Line of Credit/Revolver, what is the anticipated average annual outstanding? _____

### Deposit Account Questions

* Source of Initial Deposit:
  - Initial Deposit: [ ] Cash  [ ] Wire  [✓] Check  [ ] ACH  [ ] Other  [ ] N/A

If "Other" please explain _____

* Source of Future Funding:
  - Future Funding: [ ] Loan  [ ] Business Operation  [ ] Salary/Wages  [ ] Investment  [✓] Other

If "Other" please explain Family Inheritance, Sale of Automobiles, works with Peterson Musem tranding espensive & Custom Automob

* Is there expected cash activity in this account > $10,000 a month? [No]
  - If "Yes", please note the anticipated monthly activity in this account: _____

Is there expected wire activity either through TM Services or the Wire Room? [Yes]
  - If "Yes", please note the anticipated monthly volume in this account: [0-24]
  - If "Yes", please note the anticipated monthly activity in this account: [$25,000 - 50,000]

Is there regular funds movement to/from foreign countries? [Yes]
  - If "Yes", please specify country( France, Spain or England
  - * If "Yes", does country exist on the Comerica AML High Risk Country list? ** [No]
    ** List may be accessed by double clicking on the Icon to the right

Notes Link

CLIENT RISK RATING Low Risk 0 to 49  Medium Risk 50 to 99  High Risk 100 or Above  | **130** | **High** |

By signing below, you certify that to the best of your knowledge the above information is accurate and complete:

Assistant's Name: _____  
Mail Code: 4691  
Relationship Manager Print Name: Noemi Gonzalez  
Phone: 310-712-6747  
Relationship Manager's Signature: [signature]  Date: 3/6/07  
Group Manager's Signature*: [signature]  Date: 3/6/07  

* Required for High Risk Rated customers only

*Forward copy of completed form to mail code ECIS 2133*

v 1.85

CMA 0000026

SENATE-PSI-00110286

**Comerica**

New Account Information Sheet For Business/Personal

**Account Name:** Teodoro Nguema Obiang

**Source of Initial Deposit:**

Type: Personal check From: Pacific Amount: 56693.93
(wire, personal check, etc.) Mercantile bank to close
& others

Description: _____
(from employment, loan drawdown, recent sale of securities, real estate, etc.)

Purpose of Account: to Manage personal expenses & household staff in private residence, Malibu big ATM Business Management

**Expected Monthly Account Activity:**

Average Balance: $ 200,000

Expected Cash Activity >$10,000.00 a month? Yes ___ No X

If "YES", please note the anticipated month volume in the account: ___

Expected wire activity in the account? Yes X No ___

If "YES", please note the anticipated monthly volume in this account: 200,000

If "YES", please note the anticipated monthly activity in the account: 200,000

Is there a regular funds movement to/from foreign country? Yes X No ___

Describe any unusual expected amount activity (e.g. large volumes, foreign transfers, etc.):
50,000 per week from France, Spain or England
from private funds received be inheritance

Source of Customer Income/Wealth: ___ From his/hers business/occupation ___ X Other

(Describe and explain relevant information, such as employment history/type of business, source of inheritance, sales of assets, etc.)
family inheritance, sale of automobiles, works
with peterson muslim trading expensive & custom
automobiles

Current Bank: Pacific Mercantile Bank

Contact: Ann Moise 310 241-1360

CMA 0000027

SENATE-PSI-00110287