# Exhibit 50

REQUESTED BY: MANZANARES, ROBERTO

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER MI02PR07MI0018 |

TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA

CASE STATUS: INTERIM RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 082611 | 111506 | YA1 | 060 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS
INITIAL SOURCE DOCUMENT

TOPIC: ████████████

SYNOPSIS:

On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated a criminal inquiry regarding the financial activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It is alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. OBIANG is currently the Minister of Agriculture and Forestry in EG and is the son of the dictator.

HSI is investigating Minister OBIANG for violation of money laundering statutes. OBIANG purchased a Beverly Hills mansion valued at $32 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased a Gulfstream aircraft for $35 million dollars. On July 13, 2011, ████████████ was interviewed ████████████ at the ████████████

| DISTRIBUTION: | SIGNATURE: | | | |
|---|---|---|---|---|
| SACMI | MANZANARES | ROBERTO | | SPECIAL AGENT |
| | APPROVED: RUTHERFORD | ROBERT | N | OI GRP SUPERVISOR |
| | ORIGIN OFFICE: MI MIAMI, FL - SAC | | TELEPHONE: 305 597 6000 | |
| | | | TYPIST: MANZANARES | |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 060 |

CASE PROGRAM CODES:

YA1 Financial Other/Corn   7H0 FOREIGN CORRUPTION

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 060 |

DETAILS OF INVESTIGATION:

On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated a criminal inquiry regarding the financial activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It is alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. OBIANG is currently the Minister of Agriculture and Forestry in EG and is the son of the dictator.

HSI is investigating Minister OBIANG for violation of money laundering statutes. OBIANG purchased a Beverly Hills mansion valued at $32 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased a Gulfstream aircraft for $35 million dollars. Minister OBIANG asserts his wealth is the result of his private businesses which are involved in lumber and road construction. In EG officials are permitted to engage in private businesses and authorized to have government contracts as long as the official involved isn't actively involved in the "day to day" operations or management of the business.
On ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ was interviewed ▓▓▓▓▓

Present during the interview were the following: HSI special agents, Robert Manzanares, Luke Koenig and Robert Rutherford, U.S. Department of Justice, Criminal Division Asset Forfeiture & Money Laundering attorneys, Janet Hudson and Woo Lee. Special Agent Koenig severed as an interpreter and translated from Spanish to English.

After being apprised of the nature of the investigation, ▓▓▓ agreed to be interviewed. ▓▓▓ was born in the Republic of Equatorial Guinea (EG) in ▓▓▓. Thereafter, ▓ moved to ▓▓▓ in ▓▓▓ and attended secondary school. In 1974, he obtained his degree in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. For the past 12 years, he has worked in the ▓▓▓▓▓▓▓▓▓▓▓ field for ▓▓▓▓▓▓▓▓▓▓▓▓▓ Prior to this employment he was a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for two years. Although he has travel back to EG for vacations, he has not been back to EG since ▓▓▓ In ▓▓▓, ▓▓▓ began his participation with an EG opposition party named ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The executive director of this organization is ▓▓▓▓▓▓▓▓▓▓▓▓▓ who was imprisoned in EG ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. It was then that this opposition party became an organization.

There are approximately six to seven opposition party organizations but the only party allow to exist in EG is CPDS. There are 100 members of the

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0009154

Case 2:11-cv-03582-GW-SS   Document 89-5   Filed 05/03/13   Page 5 of 5   Page ID #:2362

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 4 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 060 |

socialist party in EG and the only opposition member is a person named ?Nico?.

███ claims that prior to the discovery of oil in EG the number one export was timber. All of the timber contacts were handled by Minister OBIANG and most of the timer was exported to Malaysia. While Minister OBIANG was the primary point of contact in the timer industry, President OBIANG was in charged of the oil industry.

███ has been told that when Minister OBIANG needs money he assembles a meeting of all the timber companies and demands that they need to equally need to provide him money. Somagui Forestal is a logging company that operates in EG and it is well known that this company is in collusion with the OBIANG family. Because there is no transparency in EG, there is no mechanism to assess how much money Minister OBAING is earning from this business.

███ acknowledged that ██ does not know anyone personally who has paid a bribe to Minister OBIANG. Most of the timber industry personnel reside in Gabon or Cameroon. A person who has a wealth of information concerning the OBIANG's is the former Ambassador of EG, John Bennett.

███ claims that he met Minister OBIANG when he was ██ years old and ████ ████████████████████████████, claims he never had a personal relationship with Minister OBIANG.

███ agreed to speak to ███ and ask him if there are others individuals who may be in a position to assist in our investigation.

Investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.