# Exhibit

# 51

REQUESTED BY:  MANZANARES, ROBERTO
                    O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE   1 |
| | CASE NUMBER MI02PR07MI0018 |

TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA

CASE STATUS:   INTERIM RPT

| REPORT DATE 082411 | DATE ASSIGNED 111506 | PROGRAM CODE YA1 | REPORT NO. 059 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INITIAL SOURCE DOCUMENT/  INVESTIGATIVE FINDINGS

TOPIC: INTERVIEW OF ▮▮▮▮▮▮▮▮

SYNOPSIS:
On November 13, 2006, Agents assigned to the Homeland Security Investigation
(HSI) Foreign Corruption Investigations Group initiated a criminal inquiry
regarding the financial activities of Minister Teodoro Nguema OBIANG
(Minister OBIANG). It is alleged that Minister OBIANG is diverting funds
allocated to the government of Equatorial Guinea (EG) for his own personal
use.  OBIANG is currently the Minister of Agriculture and Forestry in EG and
is the son of the dictator.

HSI is investigating Minister OBIANG for violation of money laundering
statutes. OBIANG purchased a Beverly Hills mansion valued at $32 million
dollars despite having a reported government salary of $60,000 annually.
Additionally, he purchased a Gulfstream aircraft for $35 million dollars. On
July 14, 2011, On July 14, 2011, ▮▮▮▮▮▮▮▮ was interviewed in ▮▮▮▮▮▮▮▮▮▮
at the ▮▮▮▮▮▮▮▮▮▮▮ .

| DISTRIBUTION: SACMI | SIGNATURE: MANZANARES   ROBERTO   SPECIAL AGENT |
|---|---|
| | APPROVED: RUTHERFORD   ROBERT   N  OI GRP SUPERVISOR |
| | ORIGIN OFFICE: MI MIAMI, FL - SAC | TELEPHONE: 305 597 6000 |
| | | TYPIST: MANZANARES |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0009147

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    2 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N   C O N T I N U A T I O N | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 059 |

CASE PROGRAM CODES:

YA1 Financial Other/Corn  7H0 FOREIGN CORRUPTION

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0009148

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE     3 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 059 |

DETAILS OF INVESTIGATIONS:

On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated a criminal inquiry regarding the financial activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It is alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. OBIANG is currently the Minister of Agriculture and Forestry in EG and is the son of the dictator.

HSI is investigating Minister OBIANG for violation of money laundering statutes. OBIANG purchased a Beverly Hills mansion valued at $32 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased a Gulfstream aircraft for $35 million dollars. Minister OBIANG asserts his wealth is the result of his private businesses which are involved in lumber and road construction. In EG officials are permitted to engage in private businesses and authorized to have government contracts as long as the official involved isn't actively involved in the "day to day" operations or management of the business.
On July 14, 2011, ████████ was interviewed in ███████████ at the ██████ ████████ .

Present during the interview were the following: HSI special agents, Robert Manzanares and Luke Koenig, U.S. Department of Justice, Criminal Division Asset Forfeiture & Money Laundering attorney, Woo Lee, Spanish interpreter Carlos Bravo de Urquia  who translated the interview from Spanish to English.

After being apprised of the nature of the investigation, ███████ agreed to be interviewed. ██████ is a citizen of the Republic of Equatorial Guinea (EG) and has resided in EG for the past ten years. He was educated in Spain and EG and received his Political Science degree in ████ from ███████████ University, in ████████, Spain. Additionally, in █████ he received his masters' degree in Public administration and law degree in ████████████████████████. He currently is employed as a professor ████████████████████████████. Additionally, ████████ worked in the Ministry of ████████████ in the capacity of a ████████ ████████who was responsible for managing staff ████████████████████ ██████. ████████ is an executive member of ██████ which is the major opposition political party in EG. As part of this role and responsibilities with CPDS, ██ actively participates in the monitoring the EG governments compliance relating to justice and violations of law and economic and legal development in EG.

████████ described how the EG government routinely expropriate and confiscates

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    4 |
|---|---|
| **R E P O R T   O F   I N V E S T I G A T I O N** **C O N T I N U A T I O N** | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 059 |

property without fair compensation. To illustrate his claim, ████ had personal knowledge of a family named JORA (phonetic) whose property was seized/ expropriated by President OBIANG in or around 2005 or 2006. This property was taken by the EG government  for the purpose of building a new hotel and meeting center in Sipopo to host the African Union summit in 2011. ████ claims that the land was about 52 acres and the EG government never compensated this family along with the other families who lived in the area. ████ claims there is no legal process to take property from the EG citizens given the lack of transparency. ████ claims that citizens whose homes are seized are not provided any advance notice before they are ordered to vacate their property. The only reason that property is taken is to benefit President OBIANG and him family.

████ claims that there is no bidding process when it comes to obtaining a government contract in EG. In order to obtain a government contract a company would have to arrange a meeting with President OBIANG or one of his family members. Should the company be awarded a contract, the EG government or family members will receive a financial portion of the contract. The President and his family control the vast majority of all businesses in EG. Although the EG government is required to comply with a formal bidding process, the government simply ignores these rules and does not comply. However, ████ acknowledged that he has never spoken to any business owner about how they obtained a government contracts or how the contracts were negotiated.

████ claims that despite the fact that he is affiliated with the opposition party, he does not fear for his safety. However, most EG citizens are reluctant to openly criticize President OBIANG or his family because they are fearful for their own safety and of their family members.

████ agreed to file a Declaration under a "John Doe No. 2".

Investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.