# Exhibit

# 52

IN THE HIGH COURT OF SOUTH AFRICA

WITWATERSRAND LOCAL DIVISION

CASE NO

In the *ex parte* application between

| | |
|---|---|
| MASEVE INVESTMENTS 7 (PTY) LTD | Applicant |

and

| | |
|---|---|
| THE GOVERNMENT OF THE REPUBLIC OF EQUATORIAL GUINEA | First Respondent |
| TEODORIN NGUEMA OBIANG | Second Respondent |
| REGISTRAR OF DEEDS WESTERN CAPE | Third Respondent |
| DIRECTOR GENERAL OF FOREIGN AFFAIRS | Fourth Respondent |

### AFFIDAVIT

I, the undersigned,

### PATRICIA FULLER

do hereby make oath and state as follows:

1.

DOJ 0001902

1.1  I am an adult female with business address at 16th Floor, "The Forum" Maude Street, Sandton.

1.2  Unless the context clearly indicates the contrary, the facts contained herein are within my personal knowledge and to the best of my belief true and correct.

2.

2.1  On the 10th of February 2006 at about 15h00 I was asked to go to a house situated at 35 Klaassens Road, Bishop's Court, Constantia, Cape Town.

2.2  The purpose of my visit was to clandestinely enquire about the ownership of the house and generally to determine the present status of the house.

2.3  Upon my arrival I found that the house was undergoing extensive renovations.

2.4  I came across the contractor working on the project. He introduced himself as Mr. Peter McNamara. His business is called Interior Projects Management. His address is 4 Chilwood, Road Camps Bay. His telephone number is 021- 438 7249.

DOJ_0001903

2.5 I asked him whether he knew a Mr. Teodorin Obiang. He said he had never heard of the person. He said that he received his instructions from a firm in Switzerland. They acted on behalf of the Government of Equatorial Guinea.

2.6 He went on to say that as far as he knew the house belonged to the Government of Equatorial Guinea.

2.7 I left without explaining the purpose of my visit.

*[signature]*

P. Fuller

THUS DONE SIGNED AND SWORN to before me at _Cape Town_ on the _14_ day of _February_ 2006 the deponent having declared that he knows and understands the contents thereof and the regards the prescribed oath as binding on his conscience. The relevant Government Regulations have been complied with.

*[signature]*

Commissioner of Oaths

Adv. Deborah Mukel Boyd Webber
6th Floor
80 Keerom Street
Cape Town

DOJ_0001904