# Exhibit

# 53

3

IN THE HIGH COURT OF SOUTH AFRICA
(CAPE PROVINCIAL DIVISION)

CASE NO. 1407/2006

In the matter between:

**MASEVE INVESTMENTS 7 (PTY) LTD**  Applicant

and

**THE GOVERNMENT OF THE REPUBLIC OF EQUATORIAL GUINEA**  First Respondent

**TEODORO NGUEMA OBIANG**  Second Respondent

**THE REGISTRAR OF DEED WESTERN CAPE**  Third Respondent

**THE DIRECTOR GENERAL OF FOREIGN AFFAIRS**  Fourth Respondent

---

**FILING SHEET**

**PRESENTED FOR FILING AND SERVING:
SECOND RESPONDENT'S ANSWERING AFFIDAVIT**

---

**DATED AT JOHANNESBURG ON THIS 8TH DAY OF AUGUST 2006**

MCHUNU KOIKANYANG ATTORNEYS
Second Respondent's Attorneys
Ref: Mr Des Naidoo
Tel No.: +27 11 778 4060
Fax No.: +27 11 442 6376
C/o McGregor Stanford Kruger

2 4

5th Floor, MSK House
Corner Riebeek & Buitengracht Streets
Cape Town
Ref: Mr Ockie Kruger
Tel No.: +27 021 421 3838
Fax No.: +27 021 421 3300

TO:        THE REGISTRAR
           OF THE ABOVE HONOURABLE COURT
           **CAPE TOWN**

AND TO:    **WYNARD VILJOEN**
           Applicant's Attorneys
           **C/o De Klerk & Van Gent Inc**
           3rd Floor, ABSA Building
           132 Aderly Street
           Cape Town

Attention: Wynard Viljoen
           Tel No.: + 27 11 482 9140

           Rene Langenhoven
           Tel No.: +27 21 424 9200

AFSKRIF ONTVANG / COPY RECEIVED
DE KLERK & VAN GEND
PER S van Jaarsveld
DATUM/DATE 10/08/06
TYD/TIME 11h00

DOJ_0000558

5

IN THE HIGH COURT OF SOUTH AFRICA
(CAPE PROVINCIAL DIVISION)

CASE NO 1407/2006

In the *ex parte* application between -

MASEVE INVESTMENTS 7 (PTY) LIMITED     APPLICANT

and

THE GOVERNMENT OF THE REPUBLIC
OF EQUATORIAL GUINEA     1ST RESPONDENT

TEODORO NGUEMA OBIANG     2ND RESPONDENT

THE REGISTRAR OF DEEDS,
WESTERN CAPE     3RD RESPONDENT

THE DIRECTOR-GENERAL OF
FOREIGN AFFAIRS     4TH RESPONDENT



AFFIDAVIT

I, the undersigned,

**TEODORO NGUEMA OBIANG**

do hereby make oath and state as follows:

1
1.1     I am an adult Guinean male, and businessman, residing at Malaba, Republic of Equatorial Guinea.

DOJ_0000559

2

1.2   The facts contained in this affidavit are within my personal knowledge, save where the contrary appears, and are, to the best of my knowledge and belief, true and correct.

1.3   I am the second respondent in this matter. Although I am the Minister of Forestry in the Government of the Republic of Equatorial Guinea, I purchased: Erf 477 Clifton Ridge and Erf 303 Constantia, Cape Town, in my private capacity, from my own funds. Therefore I depose to this affidavit in my personal capacity, as a private citizen of that country and, anything that I say is not intended to be, nor is it, on behalf of the Government of the Republic of Equatorial Guinea.



## BACKGROUND TO THE APPLICATION

2
2.1   On 15 February 2006, the applicant launched an *ex parte* application for a rule *nisi*, being an attachment order, and *confirmandam jurisdictionem*.

2.2   A rule *nisi* was issued calling upon the respondents to show cause, before 17 August 2006, at 10h00 or as soon thereafter as

DOJ_0000560

MISSING PAGE 11

16

12

11.1.7      he must also obtain permission from the Ministry of Economics and Finance for the funds to be remitted abroad;

11.1.8      it is only after permission has been obtained that the transferor's bank can transfer the funds to the Paris bank for the latter to remit the same to the recipient's account in the foreign country.

11.2      Cabinet Ministers and public servants in Equatorial Guinea are by law allowed to owe companies that, in consortium with a foreign company, can bid for government contracts and should the company be successful, then what percentage of the total cost of the contract the company gets, will depend on the terms negotiated between the parties.

11.2.1      But, in any event, it means that a cabinet minister ends up with a sizeable part of the contract price in his bank account.

11.2.2      It is in the context, therefore, of the law of Equatorial Guinea that my owning a company should be viewed by this Court, and not in terms of the South African law.

13

11.3 One of the companies that I own is SOCIEDAD DE CARRETERAS DE GUINEA ECUATORIAL ("SOCAGE"), with a bank account at the CCEI BANK GE, in BATA, the commercial capital of the country.

## PURCHASE OF 76 4TH BEACH AND 35 KLAASENS ROAD

12 Turning *first* to the purchase of 76-4th Beach, Erf 477 Clifton Ridge, Cape Town. ("4th Beach") In February 2004, I came to South Africa on the occasion of the opening of our Embassy in Pretoria. Thereafter I went to Cape Town with the Ambassador to the opening of the South African Parliament. That is when I decided that I wanted to purchase property in South Africa and, in Cape Town in particular.

13 I was introduced to two estate agents: Gail Gabriel Gavrill of Dogoon & Gavrill Properties and Mike Greeff of Greeff Properties, both of Cape Town. I then instructed the firm of William Inglis Inc as my conveyancing attorneys in respect of the 4th Beach property, as my conveyancing attorneys. I had insisted that once the purchase price was agreed, I be told in advance all the other

DOJ 0000570

14

necessary expenses associated with purchasing property; taxes, duties, conveyancing and registration fees that were payable, so that I would send to the conveyancing attorney all moneys due and payable in one go instead of in drips and drabs.

13.1  On return to Equatorial Guinea I went to my bank: CCEI BANK GE in BATA, signed a Transfer Order in the sum of R25 451 795.70 from the SOCAGE Account to the account of William Inglis Inc with the Standard Bank of South Africa. This was on 29 March 2004. I attach hereto a copy of the Transfer Order, marked "TNO1".

13.2  At the same, ie 29 March 2004, I applied for permission from the Department of Economy and Finance to effect the transfer of the abovementioned foreign currency to William Inglis Inc, South Africa. This was granted the following day: 30 March 2004. I attach hereto, marked "TNO2", the Department's permission.

13.3  On 31 March 2004, the CCEI BANK GE, from its headquarters in Malabo, the capital city, transferred from the bank account of Socage, Bata, the amount of R25 451 795.70 to Belgolaise, Paris, France for the Standard Bank of South Africa account of William

DOJ_0000571