# Exhibit

# 54

REQUESTED BY: MANZANARES, ROBERTO

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
| --- | --- |
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER MI02PR07MI0018 |

TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA

CASE STATUS: INTERIM RPT

| REPORT DATE 111011 | DATE ASSIGNED 111506 | PROGRAM CODE YA1 | REPORT NO. 066 |
| --- | --- | --- | --- |

RELATED CASE NUMBERS: UM02PR07MI0018

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: INTERVIEW OF SA-2852-MI

SYNOPSIS:
On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated a criminal inquiry regarding the financial activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It is alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. Minister OBIANG is currently the Minister of Agriculture and Forestry in EG. HSI is investigating Minister OBIANG for violation of money laundering statutes. OBIANG purchased a Beverly Hills mansion valued at $32 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased a Gulfstream aircraft for $35 million dollars. Minister OBIANG asserts his wealth is the result of his private businesses which are involved in lumber and road construction. In EG officials are permitted to engage in private businesses and authorized to have government contracts as long as the official involved isn't actively involved in the "day to day" management of the business.

| DISTRIBUTION: SACMI | SIGNATURE: MANZANARES ROBERTO SPECIAL AGENT |
| --- | --- |
| | APPROVED: RUTHERFORD ROBERT N OI GRP SUPERVISOR |
| | ORIGIN OFFICE: MI MIAMI, FL - SAC | TELEPHONE: 305 597 6000 |
| | | TYPIST: MANZANARES |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE  2 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 066 |

CASE PROGRAM CODES:

YA1 Financial Other/Corn   7H0 FOREIGN CORRUPTION   2FJ SHELL CORPORATIONS

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0009180

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 066 |

DETAILS OF INVESTIGATION:
On August 30, 2011, SA-2852-MI was interviewed telephonically by HSI special agent, Robert Manzanares and U.S. Department of Justice, Criminal Division Asset Forfeiture & Money Laundering attorney, Janet Hudson.

After being apprised of the nature of the investigation, SA -2852-MI agreed to be interviewed. SA - 2852-MI was employed in the capacity of a Personal Assistant to OBIANG between 2006 and 2007. SA-2852-MI claimed that while in this position, she routinely transferred money from EG to the United States to pay OBIANGS bills. Mr. Berger was responsible to pay all of the outstanding bills for OBIANG.

During this time period, SA-2852-MI witnessed a large Louis Vuitton hand bag that had over one million US dollars in it. The bag was in the possession of one of OBIANG's security personnel named Joseph (LNU) who was described as a black male.
SA-2852-MI recalled a day when in preparation to go shopping with OBIANG to purchase designers clothes, OBIANG asked SA-2852-MI to open the Louis Vuitton hand bag and retrieve money. SA-2852-MI claims the hand bag was full of cash and later told it was one million dollars.

During this same time there was another Personal Assistant by the name of Rosalina ROMO who currently resides in Nevada, Las Vegas and owns a clothing store. Her cellular phone number is 310-490-1354. ROMO claims to have seen uncut diamonds which was in possession of OBIANG. Additionally, ROMO had boasted that she downloaded records onto a CD during her employment term with OBIANG. She also obtained a copy of a DVD that was shot during the time that OBIANG leased at yacht for his then girlfriend EVE. ROMO claims to have seen large amount of cash and drugs during her employment tenure with OBIANG. ROMO claims the she downloaded this information so she could one day publish a book and earn a substantial amount of money. ROMO opened several corporations for OBIANG and claims to that OBIANG expenses exceed one million dollars a month. ROMO also, claimed that he had invited ROMO to the Bahamas and while there OBIANG tried to rape her. ROMO is presently driving a Mercedes Benz and it would not surprise SA-2852-MI
 if OBIANG is paying ROMO to keep quiet about the information that ROMO possesses.  ROMO and SA-2852-MI had a nick name for OBIANG, Barney.

SA-2852-MI claims OBAING mistreated his employees by having them work 18 hours days and they were not allowed to sit on any of his chairs in the house. SA-2852-MI heard OBIANG tell the employees the "once you come through these gates, you are now in EG." Many of the former employees have sued OBIANG over the last few years. SA-2852-MI claimed that after 4 month of working with OBIANG s/he resigned.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0009181

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 066 |

SA-2852-MI claimed that is was not uncommon to see prostitutes being shuttled back and forth into the house. OBIANG would also send his security guards out with his girlfriend's so they could go shopping. OBIANG would not hesitate to give them $25,000. for these shopping sprees.

Investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.