# Exhibit 59

REQUESTED BY: MANZANARES, ROBERTO

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE   1 |
| | CASE NUMBER MI02PR07MI0018 |

TITLE: TEODORO NGUEMA OBIANG, ET. AL OFFICIALS EQUATORIAL GUINEA

CASE STATUS:       INTERIM RPT

| REPORT DATE 110711 | DATE ASSIGNED 111506 | PROGRAM CODE 2FJ | REPORT NO. 068 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INITIAL SOURCE DOCUMENT/ INVESTIGATIVE FINDINGS

TOPIC: INTERVIEW OF CELIA   VON MERING

SYNOPSIS:
On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated a criminal inquiry regarding the financial activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It is alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use.  Minister OBIANG is currently the Minister of Agriculture and Forestry in EG. HSI is investigating Minister OBIANG for violation of money laundering statutes. OBIANG purchased a Beverly Hills mansion valued at $32 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased a Gulfstream aircraft for $35 million dollars. Minister OBIANG asserts his wealth is the result of his private businesses which are involved in lumber and road construction. In EG officials are permitted to engage in private businesses and authorized to have government contracts as long as the official involved isn't actively involved in the "?day to day" operations of the business.

| DISTRIBUTION: SACMI | SIGNATURE: MANZANARES   ROBERTO   SPECIAL AGENT |
|---|---|
| | APPROVED: RUTHERFORD   ROBERT   N   OI GRP SUPERVISOR |
| | ORIGIN OFFICE: MI MIAMI, FL - SAC | TELEPHONE: 305 597 6000 |
| | | TYPIST: MANZANARES |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE    2 |
|---|---|
| | CASE NUMBER MI02PR07MI0018 |
| REPORT OF INVESTIGATION<br>CONTINUATION | REPORT NUMBER: 068 |

CASE PROGRAM CODES:

2FJ SHELL CORPORATIONS     7H0 FOREIGN CORRUPTION

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 068 |

DETAILS OF INVESTIGATION:

On November 13, 2006, Agents assigned to the Homeland Security Investigation (HSI) Foreign Corruption Investigations Group initiated a criminal inquiry regarding the financial activities of Minister Teodoro Nguema OBIANG (Minister OBIANG). It is alleged that Minister OBIANG is diverting funds allocated to the government of Equatorial Guinea (EG) for his own personal use. OBIANG is currently the Minister of Agriculture and Forestry in EG and is the son of the dictator.
HSI is investigating Minister OBIANG for violation of money laundering statutes. OBIANG purchased a Beverly Hills mansion valued at $32 million dollars despite having a reported government salary of $60,000 annually. Additionally, he purchased a Gulfstream aircraft for $35 million dollars. Minister OBIANG asserts his wealth is the result of his private businesses which are involved in lumber and road construction. In EG officials are permitted to engage in private businesses and authorized to have government contracts as long as the official involved isn't actively involved in the "day to day" operations or management of the business.

On September 30, 2011, Celia VON MERING was interviewed telephonically (832-247-5134) by HSI special agent, Robert Manzanares and U.S. Department of Justice, Criminal Division Asset Forfeiture & Money Laundering attorney, Janet Hudson.

After being apprised of the nature of the investigation, VON MERING agreed to be interviewed. VON MERING was employed as an executive secretary at Walter International in 1991. Her duties included performing various office related duties for several of the Directors of Walter International. The company was run by Walter and Rusty and was an oil company doing business strictly in EG.

VON MERING claims that she was fluent in both Spanish and French and was asked to assist EG with a scholarship fund for OBIANG to attend Pepperdine University so he could learn English. VON MERING claims that she recalled that after OBIANG started his studies, she began receiving telephone calls from the university about OBIANG's disorderly conduct and numerous parties. VON MERING claims that she never met OBIANG but did in fact speak to OBIANG over the telephone.

VON MERING insists that she was the person acting under the direction of Walter International who paid for OBIANG's classes but she did not handle any of his other expenses. VON MERING was unaware of where OBIANG was residing while he attended classes. VON MERING claims she informed her management about what was transpiring and complaints by the university but her role was merely to serve as a translator given her fluency in Spanish. VON MERING

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER MI02PR07MI0018 |
| | REPORT NUMBER: 068 |

claims to that she never removed any records from Walter International. VON MERING claims that she was aware that Pepperdine University was extremely upset over the damage that OBIANG cause and someone needed to pay for it.

Investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

DOJ_0009197