# Exhibit 61

## Law Offices Of
## GEORGE I. NAGLER

468 North Camden Drive #200, Beverly Hills, CA 90210    Tel: 310-278-0034    Fax: 310-278-7584    gnagler@pacbell.net

### TELECOPY INFORMATION

| | | | |
|---|---|---|---|
| NO. OF PAGES: | 1 (incl. Cover page) | DATE: | April ~~3~~ 4, 2006 |
| ATTENTION: | Teodoro Nguema Obiang | TIME: | ~~6:10 PM~~ 9:50 AM |
| FAX NUMBER: | 1010288 011 240 08 40 96 | RE: | Malibu - addresses |
| FROM: | George I. Nagler, Esq. | | |

I am repeating a message I sent you yesterday. Escrow asked for address information to use. They want to know (a) what address to place on the deed and what address they should mail the other closing documents and (b) escrow wants to know what address should the property tax department use. Lina had said to use Crest Court.

I recommend that:

(a) the deed should show my office address so that there is no tie in with the Crest Court address. The deed is a public document. The other closing documents should go to my address. This way Lina will not see them; and

(b) the property tax department should use the property address of ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ as the property tax bill will not be mailed until approximately October 1 of each year. Otherwise, it will be mailed to Crest Court and you will probably have left the property by then.

Please confirm by faxing this sheet back to me with your initials. Thank you.



1

Confidential Treatment Requested

SEN013527

SENATE-PSI-00100211