# Exhibit 64

## Darren Julien

| | |
|---|---|
| **From:** | Martin Nolan [martin@juliensauctions.com] |
| **Sent:** | Thursday, August 19, 2010 3:34 PM |
| **To:** | 'Michael Doyle' |
| **Cc:** | 'Darren Julien' |
| **Subject:** | FW: Auction Registration |

Michael,

Please make sure that his name Teodoro Nguema Obiang does not appear anywhere on our bidding or invoice/receipt process.

Thanks

Martin J Nolan
Executive Director
Julien's Auctions
www.juliensauctions.com
310-836-1818 PH
310-742-0155 Fax

---

**From:** Wanda Kelley [mailto:wandatkelley@aol.com]
**Sent:** Thursday, August 19, 2010 1:49 PM
**To:** auction@julienslive.com; martin@juliensauctions.com; darren@juliensauctions.com
**Subject:** Re: Auction Registration

Please make sure that his name does not appear any where, he should be invisible please make sure that where a name needs to be my name is there. This is very important. We will be paying the same way via wire transfer, who will be the shipping company that you will be using, Rocking boxes did a great job getting everything to Paris.

thank you

Wanda T. Kelley
Sweetwater Management

-----Original Message-----
**From:** auction@julienslive.com
**To:** wandatkelley@aol.com
**Sent:** Thu, Aug 19, 2010 3:41 pm
**Subject:** Auction Registration

Hello Teodoro Nguema Obiang,
Thank you for registering for Legends auction, conduted by Julien's Auctions. The auction will be taking place 10/08/2010 7:00 PM PST. Please find the online catalog here.
Best regards,

1