# Exhibit 65

**Manzanares, Robert X**

#16 106 - 116
complete

**From:** Hillary Ripps [hillary@juliensauctions.com]
**Sent:** Friday, January 07, 2011 2:09 PM
**To:** 'Darren Julien'
**Subject:** FW: at last the final invoice for ICONS & IDOLS

*Hill*

Hillary Ripps

Julien's Auctions

(310) 836-1818

www.juliensauctions.com

---

**From:** Hillary Ripps [mailto:hillary@juliensauctions.com]
**Sent:** Thursday, December 09, 2010 4:01 PM
**To:** 'Wanda Kelley'
**Subject:** RE: at last the final invoice for ICONS & IDOLS

got it -

so Im gonna remove all phone numbers except the ones in your signature block below and I'm gonna remove the Sherman Oaks address,

does that sound good to you?

*Hill*

Hillary Ripps

Julien's Auctions

(310) 836-1818

www.juliensauctions.com

---

1/10/2011

DOJ_0003842

**From:** Wanda Kelley [mailto:wandatkelley@aol.com]
**Sent:** Thursday, December 09, 2010 3:58 PM
**To:** hillary@juliensauctions.com
**Subject:** Re: at last the final invoice for ICONS & IDOLS

just that we are sweetwater and a client of yours

Wanda T. Kelley
Sweetwater Management
Estate Director
310-919-4279
Fax: 310-317-9752

-----Original Message-----
From: Hillary Ripps <hillary@juliensauctions.com>
To: 'Wanda Kelley' <wandatkelley@aol.com>
Sent: Thu, Dec 9, 2010 3:56 pm
Subject: RE: at last the final invoice for ICONS & IDOLS

I'm trying to straighten out my "Wanda" story

please advise what of any of this information is a keeper:

Ph1: 310-919-4278
Ph2: 818-730-2691
Ph3: 310-919-4279

mailing addresses for catalogs?

14350 Addison Street
Apt 103
Sherman Oaks, CA 91423

Sweetwater Management
3620 Sweetwater Mesa Road
Malibu 90265

address to be printed on invoices:
Amadeo Oluy
Malabo
Guinea Equatorial

I have complete info now on James with big note that you're each to receive an email with invoice that has a date stamp, Darren's signature, our corporate seal and to include page numbers for each lot.
and then overnight the hard original document to James.

So if you would just identify which of the above info is accurate, I will be complete and make sure we take good care of you in the future

*Hill*

Hillary Ripps
Julien's Auctions
(310) 836-1818
www.juliensauctions.com

---

**From:** Wanda Kelley [mailto:wandatkelley@aol.com]
**Sent:** Thursday, December 09, 2010 3:26 PM
**To:** hillary@juliensauctions.com

1/10/2011

DOJ_0003843

**Subject:** Re: at last the final Invoice for ICONS & IDOLS

please make sure invoice is date stamped.

thank you

Wanda T. Kelley
Sweetwater Management
Estate Director
310-919-4279
Fax: 310-317-9752

-----Original Message-----
From: Hillary Ripps <hillary@juliensauctions.com>
To: 'Wanda Kelley' <wandatkelley@aol.com>
Sent: Thu, Dec 9, 2010 3:13 pm
Subject: RE: at last the final invoice for ICONS & IDOLS

ah, I understand - and so sorry to have caused extra work for you......next time it shall go more smoothly, I promise

*Hill*

Hillary Ripps
Julien's Auctions
(310) 836-1818
www.juliensauctions.com

---

**From:** Wanda Kelley [mailto:wandatkelley@aol.com]
**Sent:** Thursday, December 09, 2010 1:48 PM
**To:** hillary@juliensauctions.com
**Subject:** Re: at last the final invoice for ICONS & IDOLS

no problem hilary, nancy is no longer with us, so a few things have changed. I am so busy that i am having james our accountant take over all wire processing out of his office.

Wanda T. Kelley
Sweetwater Management
Estate Director
310-919-4279
Fax: 310-317-9752

-----Original Message-----
From: Hillary Ripps <hillary@juliensauctions.com>
To: 'Wanda Kelley' <wandatkelley@aol.com>
Sent: Thu, Dec 9, 2010 1:40 pm
Subject: RE: at last the final invoice for ICONS & IDOLS

Thanks, Wanda - so sorry but I didn't even know James existed, as you had me send it to Malibu after the Macau auction - and I didn't get his request til this morning by which time it had already been sent out to you yesterday. I will keep all his information and make sure in the future we handle it this way unless directed otherwise.

*Hill*

Hillary Ripps
Julien's Auctions
(310) 836-1818
www.juliensauctions.com

DOJ_0003844

1/10/2011

**From:** Wanda Kelley [mailto:wandatkelley@aol.com]
**Sent:** Thursday, December 09, 2010 1:36 PM
**To:** hillary@juliensauctions.com
**Subject:** Re: at last the final invoice for ICONS & IDOLS

hi hillary,

In the future please send orginal sealed invoices to James in pasadena this will cut down the time of me having to re fed x it to him for processing. Thank you so much

Wanda T. Kelley
Sweetwater Management
Estate Director
310-919-4279
Fax: 310-317-9752


-----Original Message-----
**From:** Hillary Ripps <hillary@juliensauctions.com>
**To:** 'James McCaleb' <james@jamesmccalebusa.com>; 'Wanda Kelley' <wandatkelley@aol.com>
**Cc:** martin@juliensauctions.com
**Sent:** Wed, Dec 8, 2010 10:32 pm
**Subject:** RE: at last the final invoice for ICONS & IDOLS

James, I have overnighted the original to Wanda's address in Malibu, as I did last time we did this for you. She should receive it tomorrow - possibly she can get it to you? Please confirm this is possible. Also, as with the previous invoice in October, we do not have a date stamp. As requested I included the Catalog Page Numbers and of course the signature and corporate seal and it is dated.

*Hill*

Hillary Ripps
Julien's Auctions
(310) 836-1818
www.juliensauctions.com



**From:** James McCaleb [mailto:james@jamesmccalebusa.com]
**Sent:** Wednesday, December 08, 2010 6:06 PM
**To:** 'Wanda Kelley'; hillary@juliensauctions.com
**Cc:** martin@juliensauctions.com
**Subject:** RE: at last the final invoice for ICONS & IDOLS
**Importance:** High

Hillary,

Please send us the original invoice with date stamp, corporate seal and signature. The corporate seal should leave an impression in the invoice. Need by Friday at the latest so we can process the wire transfer.

Very truly yours,

James McCaleb, CPA
James McCaleb & Company USA
1055 East Colorado Blvd., Suite 510
Pasadena, CA 91106
Office (626) 584-6142
Fax (626) 584-6008

DOJ_0003845

1/10/2011

www.jamesmccalebusa.com

\*\*\*

IRS Circular 230 Disclosure
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax related penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any tax-related matters addressed herein.
The information in this email is confidential and may be privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized.

---

**From:** Wanda Kelley [mailto:wandatkelley@aol.com]
**Sent:** Wednesday, December 08, 2010 9:23 AM
**To:** james@jamesmccalebusa.com
**Subject:** Fwd: at last the final invoice for ICONS & IDOLS


Wanda T. Kelley
Sweetwater Management


-----Original Message-----
From: Hillary Ripps <hillary@juliensauctions.com>
To: sweetwater.management@gmail.com; 'Wanda Kelley' <wandatkelley@aol.com>
Cc: 'martin' <martin@juliensauctions.com>
Sent: Tue, Dec 7, 2010 4:26 pm
Subject: at last the final invoice for ICONS & IDOLS

please confirm this meets your needs.

Kindest regards,

*Hill*

Hillary Ripps
Julien's Auctions
(310) 836-1818
www.juliensauctions.com

DOJ_0003846

1/10/2011