JAIKUMAR RAMASWAMY
Chief, Asset Forfeiture and
Money Laundering Section (AFMLS)
LINDA M. SAMUEL, Deputy Chief
DANIEL H. CLAMAN, Assistant Deputy Chief
WOO S. LEE, Trial Attorney
STEPHEN GIBBONS, Trial Attorney
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263, Woo.Lee@usdoj.gov

ANDRÉ BIROTTE, JR.
United States Attorney
STEVEN R. WELK (Cal. Bar No. 149883)
Assistant United States Attorney
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Telephone: (213) 894-6166, Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br><br>ONE WHITE CRYSTAL-COVERED "BAD TOUR" GLOVE AND OTHER MICHAEL JACKSON MEMORABILIA; REAL PROPERTY LOCATED ON SWEETWATER MESA ROAD IN MALIBU, CALIFORNIA; ONE 2011 FERRARI 599 GTO,<br><br>          Defendants. | No. CV 2: 11-3582-GW-SS<br><br>Hon. George H. Wu<br><br>DECLARATION OF AMANDA GRAF IN SUPPORT OF UNITED STATES' OPPOSITION TO CLAIMANTS TEODORO NGUEMA OBIANG MANGUE'S AND SWEETWATER MALIBU, LLC'S MOTION FOR SUMMARY JUDGMENT ON THE LIMITED ISSUE OF PROBABLE CAUSE OR, IN THE ALTERNATIVE, ORDER FINDING THE GOVERNMENT LACKED PROBABLE CAUSE AT THE TIME IT INSTITUTED THE FORFEITURE IN REM |

Hearing: June 20, 2013 (8:30 a.m.)

I, Amanda Graf, declare and state as follows:

1. I am a Litigation Support Specialist with the United States Department of Justice ("DOJ"), Criminal Division's Asset Forfeiture and Money Laundering Section. I have been employed as a Litigation Support Specialist in the Department of Justice since January 2012. Prior to that, I was a Paralegal Specialist with the United States Equal Employment Opportunity Commission between September 2010 and January 2012. As a Litigation Support Specialist, I assist DOJ attorneys in their litigation of this matter. I received a master's degree in Criminal Justice Administration from Niagara University.

2. I have personal knowledge of the facts set forth in this Declaration and if necessary could competently testify thereto under oath.

3. Attached hereto as **Exhibit 1**, is a true and correct copy of a letter sent via facsimile by Janet Hudson, a former senior trial attorney at the Department of Justice's Criminal Division, to Juan Morillo, Esq., dated May 2, 2011.

4. Attached hereto as **Exhibit 2**, is a true and correct copy of a letter sent via facsimile by Janet Hudson, a former senior trial attorney at the Department of Justice's Criminal Division, to Juan Morillo, Esq., dated May 25, 2011.

5. Attached hereto as **Exhibit 3**, is a true and correct copy of a letter sent via facsimile by Janet Hudson, a former senior trial attorney at the Department of Justice's Criminal Division, to Duane Lyons, Esq., dated October 5, 2011.

6. Attached hereto as **Exhibit 4**, is a true and correct copy of a letter sent via facsimile by Janet Hudson, a former senior trial attorney at the Department of Justice's Criminal Division, to Duane Lyons, Esq., dated October 27, 2011.

7. Attached hereto as **Exhibit 5**, is a true and correct copy of a Federal Bureau of Investigation ("FBI") report of interview, relating to a December 9, 2004, interview of Stephen Fuller, a former vice president at Gulfstream Aerospace Corp.

8. Attached hereto as **Exhibit 6**, is a true and correct copy of an FBI report of interview, relating to a December 1, 2004, interview of Raymond Banoun, managing partner of Cadwalader Wickersham & Taft, LLP.

9. Attached hereto as **Exhibit 6A**, is a true and correct copy of a letter from Stephen Fuller to Francois Meyer, dated April 20, 2004, provided by Raymond Banoun to the FBI on December 6, 2004.

10. Attached hereto as **Exhibit 6B**, is a true and correct copy of an email from Stephen Fuller to Francois Meyer, dated April 25, 2004, provided by Raymond Banoun to the FBI on December 6, 2004.

11. Attached hereto as **Exhibit 6C**, is a true and correct copy of a photocopy of a Riggs National Bank check from "Teodoro Nguema Obiang" to Gulfstream Aerospace Corp. for $500,000, dated "03/09/04," provided by Raymond Banoun to the FBI on December 6, 2004.

12. Attached hereto as **Exhibit 7**, is a true and correct copy of an FBI report of interview, relating to an October 27, 2005, interview of Simon Kareri, a former vice president of Riggs National Bank.

13. Attached hereto as **Exhibit 8**, is a true and correct copy of an FBI report of interview, relating to a July 26, 2005, interview of Ndeye Fall.

14. Attached hereto as **Exhibit 9**, is a true and correct copy of a report of interview relating to a September 20, 2011, interview of John E. Palmer, a former United States Forestry Service ranger who visited Equatorial Guinea ("EG") in 2004.

15. Attached hereto as **Exhibit 9A**, is a true and correct copy of "USDA-Forest Service Technical Assistance Trip Equatorial Guinea," drafted by John E. Palmer.

16. Attached hereto as **Exhibit 10**, is a true and correct copy of a report of interview relating to a July, 14, 2011, and a July 15, 2011, interview of EG CS 3, a confidential informant who is a lawyer and former EG civil servant.

17. Attached hereto as **Exhibit 11**, are true and correct copies of documents relating to Eloba Construccion SA provided to the United States by Deutsche Bank, between April 29, 2011, and June 11, 2012.

18. Attached hereto as **Exhibit 12**, is a true and correct copy of a report of interview relating to an August 3, 2011, interview of John Stewart, a former contractor for the United States Agency for International Development.

19. Attached hereto as **Exhibit 13**, is a true and correct copy "Teodorin's World," published by Foreign Policy in March 2011, and reviewed by the Government prior to April 26, 2011.

20. Attached hereto as **Exhibit 14**, is a true and correct copy of a U.S. Department of State cable, dated March 21, 2011.

21. Attached hereto as **Exhibit 15**, is a true and correct copy of a U.S. Department of State cable, dated March 12, 2009.

22. Attached hereto as **Exhibit 16**, is a true and correct copy of "The Secret Life of a Shopaholic," a report published by Global Witness in November 2009, and reviewed by the Government prior to April 26, 2011.

23. Attached hereto as **Exhibit 17**, is a true and correct copy of interview notes drafted by Edward Bishop, a DOJ contract investigator, relating to an August 2011 interview of IMF Economist B, a confidential informant who serves as an International Monetary Fund economist and visited EG in 2010.

24. Attached hereto as **Exhibit 18**, is a true and correct copy of a report of interview, relating to an August 18, 2011, interview of a confidential informant who serves as an International Monetary Fund economist and visited EG in 2007.

25. Attached hereto as **Exhibit 19**, is a true and correct copy of a report of interview, relating to an August 24, 2011, interview of Ian Cooling, a former employee of Ocean Energy.

26. Attached hereto as **Exhibit 20**, is a true and correct copy of a Power Point Presentation, provided to the Department of Justice by Cleary Gottlieb Steen & Hamilton, LLP, in or around June 3, 2011.

27. Attached hereto as **Exhibit 21**, is a true and correct copy of a report of interview, relating to an October 24, 2011, interview of a GSF Executive, a confidential informant who formerly worked for Global Santa Fe in EG.

28. Attached hereto as **Exhibit 22**, is a true and correct copy of Grupo Sofona's 1999 financial statements, produced to the United States Senate's Permanent Subcommittee on Investigations ("PSI") by Riggs National Bank. These documents were obtained from the PSI, and reviewed by the Government between April 29, 2011, and June 11, 2012.

29. Attached hereto as **Exhibit 23**, is a true and correct copy of Grupo Sofona's 2000 financial statements, produced to the PSI by Riggs National Bank. These documents were obtained from the PSI, and reviewed by the Government between April 29, 2011, and June 11, 2012.

30. Attached hereto as **Exhibit 24**, is a true and correct copy of Grupo Sofona's 2001 financial statements, produced to the PSI by Riggs National Bank. These documents were obtained from the PSI, and reviewed by the Government between April 29, 2011, and June 11, 2012.

31. Attached hereto as **Exhibit 24A**, is a true and correct copy of an English translation of Grupo Sofona's 2001 financial statements.

32. Attached hereto as **Exhibit 25**, is a true and correct copy of a Company Report on Somagui, produced to the PSI by J.P. Morgan Chase Bank. These documents were obtained from the PSI, and reviewed by the Government between April 29, 2011, and June 11, 2012.

33. Attached hereto as **Exhibit 26**, is a true and correct copy of an email from Sara Cabrera, a member of Riggs National Bank's Investigation Group, to Bryant Moravek, a Riggs National Bank officer, dated January 5, 2004. This email was produced to the PSI by the Office of the Comptroller of the Currency. These documents were obtained from the PSI, and reviewed by the Government between April 29, 2011, and June 11, 2012.

34. Attached hereto as **Exhibit 27**, is a true and correct copy of "How Many Investigators Does It Take to Catch a Kleptocrat," published by <u>Foreign Policy</u> on April 7, 2011, and reviewed by the Government prior to April 26, 2011.

35. Attached hereto as **Exhibit 28**, is a true and correct copy of an excerpt of "Equatorial Guinea: Selected Issues and Statistical Index," published by the International Monetary Fund in or around December 2003, and reviewed by the Government prior to April 26, 2011.

36. Attached hereto as **Exhibit 29**, is a true and correct copy of an excerpt of "Report of Equatorial Guinea: Statistical Appendix," published by the International Monetary Fund in or around April 2010, and reviewed by the Government prior to April 26, 2011.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on May 2, 2013 in Washington, D.C.

*Amanda Graf*
Amanda Graf
Litigation Support Specialist
Criminal Division
United States Department of Justice