# Exhibit

# 10

Report of Interview

Date: July 14 - 15, 2011

Location: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Present: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 Amma Szal, Federally Certified Court Interpreter
 Natasha Bonilla, Federally Certified Court Interpreter
 Michael Mosier, Trial Attorney, DOJ, AFMLS
 Edward E. Bishop, Jr., Senior Financial Investigator (Contractor), DOJ, AFMLS

On the above dates, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ was interviewed regarding ▓▓ knowledge of the Government of Equatorial Guinea and its leaders, including Teodoro Nguema Obiang Mangue ("TNO"). ▓▓▓▓▓▓ was advised of the identities of Mosier and Bishop and the purpose of the interview. In addition to statements ▓▓ made in ▓ signed Declaration dated July 15, 2011, ▓▓▓▓▓▓ provided the following information:

Regarding direct contact with TNO ▓▓▓▓▓▓ happened to run into TNO at a political function in 2002. During their speaking to each other TNO invited ▓▓▓▓▓▓▓ to join TNO's party. In making the offer, TNO pointed to different vehicles and said, "that car can be yours, that car can be yours". ▓▓▓▓▓▓ rejected his invitation. TNO did not show any anger or threaten ▓▓▓▓▓▓

After national elections, President Obiang has routinely moved around his appointment of ministers in the EG Cabinet. This also has occurred even in years when elections were not held.

Regarding human rights issues ▓▓▓▓▓▓ acknowledged there were significant issues in EG and ▓▓ worked with a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to address these issues. ▓▓▓▓▓▓▓▓▓▓▓▓▓,
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. In their talks the Minister mentioned to ▓▓▓▓▓▓ his involvement in handling various contracts of various ministries, including Ministry of Forestry. He told ▓▓▓▓▓▓ that TNO selling timber from his concession to foreign companies; but, TNO was not bringing money back into the states. (▓▓▓▓▓▓ noted that the government's budget was public, and one could see that money was not coming back.) According to ▓▓▓▓▓▓, TNO created shell companies with no real business for himself. He used these shell companies to contract with foreign companies to sell the timber, and the money from the timber contracts went directly into TNO's shell companies rather than to the government (the timber belonged to the government, not to TNO). Two of TNO's shell companies were Sonofa and Somagui.

According to ▉▉▉, members of the Obiang family had numerous shell companies they used to enter into contracts with foreign companies to steal money from the government. President Obiang showed his sons how to steal the funds through the contracts; and they, including TNO, learned from their father. In order for a foreign company to do business in EG, the company must get approval of President Obiang or one of his sons or family members to perform the work.

After oil was discovered in EG, oil sales over the years exploded, resulting in oil sales overshadowing timber sales. Focus went to oil; yet, at the same time timber sales continued, but were not discussed.

Associated with the discovery and sales of oil, the oil companies had to hire a significant number of workers. This resulted in another type of contract corruption that benefited the Obiang family. President Obiang's brother, Antonio MBA Nguema, was the Minister of Security. He also controlled an employment agency. As previously mentioned, foreign oil companies were obligated to obtain approval from President Obiang, his sons, or his family members to conduct business in EG. They were also obligated to hire a certain percentage of EG workers through Minister Nguema's employment agency owned by the government. The foreign companies could not hire these citizens directly. Under their contract, the foreign companies paid the employment agency for the workers. At the same time the employment agency charged workers a percentage of their salary and collected the percentage before they received their pay. The percentage of workers required by a foreign company and their salary were set by the contract between the government and the foreign company.

In addition to foreign oil companies, foreign construction companies were also required to enter into this contractual relationship. ▉▉▉ did not know whether or not TNO received any funds through the employment agency requirement when he was the Minister of Infrastructure. This contractual relationship did not include timber sales as the forestry was state owned. Forestry contracts were between TNO and the foreign timber companies.

Obiang family members in a government position also received monthly payments as a percentage of the contracts even though these payments were not reflected in the contracts. These were under the table payments. ▉▉▉ has knowledge of this through investigations ▉ has conducted and individuals in the government who informed ▉ of such payments. TNO knows of these payments and is one of the family members who received these payments.

▉▉▉ is aware of the Fitzgerald matter. A Malabo attorney, Ponciano Mbo Mio, represented Fitzgerald. His Malabo office was shut down after he represented Fitzgerald.

▉▉▉ was not sure of construction companies owned by TNO; however, ▉ knew that his mother owned 2 construction companies, Sogueco and Somagec. His sister also owned a construction company known as Efufila.

▓▓▓▓ provided two names of individuals who may be able to provide information on corruption in EG:

- Adolfo Narugan – Spaniard who lives in Madrid and who has a blog on the Internet.
- Osobege – is a person of trust

A photocopy was made of selected pages of ▓▓▓▓ binder, including photographs of President Obiang, his wife Constancia; maps of Equatorial Guinea; geographical, cultural, infrastructural, and financial institution information; general photographs of locations in the country; an organizational structure of the government with accompanying photographs of the individuals in office in 2008 (▓▓▓▓ circled the photographs of officials who are related to ▓▓ or closely associated with ▓▓); and a handwritten telephone index.

The telephone index was reviewed with ▓▓▓▓ during which ▓▓ removed copies of names and numbers related to his personal family members and those of ▓▓ party. The following names, numbers and information were provided by ▓▓▓▓. (Where "difficult to read handwriting" is noted, the names may be misspelled. Otherwise, where names appear in parenthesis, the names were confirmed and added from those found through a review of the agenda binder and other sources. Based upon my review of the index, it appears that "Nfuema" is actually "Nguema"; therefore, "Nguema" was used in the listing below.)

| Name | Telephone Number | Information Provided |
|---|---|---|
| Adolfo Fdez (Fernandez) Marugan | 34914471425; 34629290629 | Maintains the opposition website – www.Asodege.org |
| Alejandro Evuna (Owono Asangono) | 275128 | Closest to President Obiang; Minister of Special Missions |
| Armenfol Ondo Nguema | 270976 | President Obiang's brother; most important and most influential; Minister of Security and other Ministers are under him |
| Alejandro Micha (Nsue) | 276450 | President Obiang's brother; Vice Minister of Infrastructure |
| General Benito Alofo (difficult to read handwriting) | 273301 | General and President's Obiang's uncle |
| Branlio Mtoro Nsue (difficult to read handwriting) | 275053; 276035 | Chief of State and very close to President Obiang |
| Densa Demetrio Elo (Ndong Nsefumu) | 275091 | Current Vice Prime Minister and In Charge of Infrastructure; strong man of the Obiang regime; Brother of President Obiang |
| Elias Bomfero (difficult to read | 274448 | Assassin for hire and killed many |

| | | |
|---|---|---|
| handwriting) | | people; Colonel in the Army |
| Esono Masie Pier | 0016025354639; 60260(8)25763 | Male in the U. S. military |
| Ernest John Bennett | 7034518267; 7032174603 | Former U. S. Ambassador who has a lot of information |
| Guillermo Nguema Elo | 24104313833 | From President Obiang's home town, opposed the President; and now currently residing back in Mongomo (President's home town); has good information |
| Gabriel Mba Bela | 274066 | In charge of protocol for President Obiang |
| Interior Mtr Clemente (Engonga Nguema Onguene) | 275250 | Minister of Interior; President's brother |
| Jose Ela Oyana | 275311 | Minister of Planning; President's cousin |
| Julian Ondo Nkumu | 275147 | Was in Charge of National Security and just went to jail for unknown reason |
| Lucas Nguema | 275051; 619100 | General Secretary of the President's Party; politically the person who succeeds President Obiang if something would happen to the President; not from the President's home town but his right-hand man |
| Mba Bakale | 501670 | Former Vice Minister of Agriculture; member of opposition party to the EG government. |
| Mba Bela | 275050 | Protocol |
| Mbana Joafuin (difficult to read handwriting) | 240273 | Minister of Education and from UP Party |
| Mbomio Ponciano | 274766 | Attorney for EG Fitzpatrick |
| Mecheba Tomas | 272005; 232998; PSGE; 551501257 | Vice Minister of Health and member of Socialist Party |
| Martin Ndong Nsue | 274334 | Presidente of Supreme Court; from President's home town |
| Mundo | 275064 | Press Director |
| Mba Nguema Antonio | 277305 – 2960 | Minister of Defense; President's brother |
| Melanio Ebendeng (Nsomo) | 275015 | Previously Minister of Defense; |

| | | |
|---|---|---|
| | | Security Consultant; in and out of President's grace on number of occasions; from President's hometown |
| Placido Miko CPDS | 271765 | College Professor and President of CPDS Party (opposition party in EG) |
| Salvador Nguema PL | 553835; 273903; 351502365 | Leader who supports President |
| Pedro Cyno Bueriben (difficult to read handwriting) | 244739 | Leader who supports President |
| Ricardo Manfue (Obama Nfubea) | 222990; 092979 – 2712 | "The Cleaner" – cleaned up all of Teodorin's problems abroad, no matter the country in which Teodorin had problems; as an example – when Teodorin was arrested in France on a drug violation, Ricardo went to France and charges were taken care of (Teodorin was in the drug business before oil was discovered/processed in EG; Ricardo is an attorney who handled and ran all business matters and all legal matters of the Obiang family; he is a former Prime Minister and was removed by President Obiang from office because the President said he (Ricardo) was involved in the coupe against the President; after the coupe, he was removed from office, never appeared in court, and returned to his home town and given a front appearance of supporting the President; not presently in good terms with President Obiang; would possibly talk;  current contact number 0240333092979; 333 designates the number is a "land" number; |

|  |  | 222 designates a "cell" number; country code is 240 |
|---|---|---|
| Smoritaglo Sefaridad Bebea (difficult to read handwriting) | 274012 | Secretary of State or Security |
| Salomon Nfuema (Owono) | 275906 | There are 3 Vice Prime Ministers in the EG government; this one is the Vice Prime Minister Health |
| Teodorin (Teodoro Nguema Obiang Mangue) | 277777; 330607332714 | President's son and Minister of Forestry; these numbers were used to contact Teodorin a long time ago |
| (Gabriel Mbega) Obiang Lima | 274193 | President's son and Minister of Mines and Energy |
| Nguema Mba Tonm | 275603; 27001 | President's brother and Minister of Defense; one of many brothers of the President |

Within the last year Teodorin Obiang purchased an airplane in Germany for $38M.

If the office needs to contact ███████ use ███████ in an email.

This memorandum has been prepared by Edward E. Bishop, Jr., Senior Contract Investigator, from notes taken during the interviews and from recollection of statements made by ███████ during the interview.

Edward E. Bishop, Jr.
Senior Contract Investigator