# Exhibit 11

## CLIENT and COUNTERPARTY INFORMATION REQUIRED

Total number of inquiries for this case: 1

Please can you open the attached word document and answer all the questions in the boxes provided and return the completed word document.

**Would you please give this inquiry your utmost attention.**

According to US regulations, failure to respond to this inquiry may require reporting to regulatory agencies, therefore your response should reach us no later than **APR 11 2011**

**MANTAS ALERT DETECTION**

Deutsche Bank Trust Company Americas Anti Money Laundering Group reviews activity processed through U.S. Dollar accounts.

Research was conducted on your client(s) as well as the attached transaction(s).

Since our research did not identify sufficient information to allow us to complete our review, we will need you to provide us with additional information.

Please forward this request to the person(s) in your institution that has the most information about **ELOBA CONSTRUCCION SA**.

Thank you for your kind assistance in this matter

GTB AML Surveillance

Date Inquiry sent:            MAR 28 2011
Date Response required:       APR 11 2011

**MANTAS ALERT CASE NUMBER:** *165399*

Sending/Receiving Inst. Name:    **FIMBANK PVT LTD C**
Sending/Receiving Inst. Number:  **04402525USD**

Customer Name:        **ELOBA CONSTRUCCION SA**
Counterparty Name:    **LAVITECH**
                      **ROCKIN BOXES GLOBAL**

| Customer Information: (Business) | |
|---|---|
| Name: ELOBA CONSTRUCCION SA | |
| Main business activity? | CONSTRUCTION |
| Physical address / location? | CARRETERA UKOMBA S/N, BATA, EQUATORIAL GUINEA |
| Name of Owner(s) / Officer(s) & their Nationality(s)? | ROBERTO BERARDI, ITALIAN |
| Independent or Affiliated to another company? | INDEPENDENT |
| Is the entity Publicly Traded or Privately Held? | PRIVATELY HELD |
| Is the entity involved in any other business activities? | NO |
| Length of time in business? (in years) | 1,5 YEARS |
| Size of the business? (number of employees) | 47 EMPLOYEES |
| Length of the relationship with this entity? | SINCE SEPTEMBER 2010 |
| Last visit to their office? | REGULAR CONTACT IS ESTABLISHED AND A REPRESENTATIVE OF THE CLIENT VISITS THE BANK REGULARLY FOR PAYMENTS TRAFFIC PURPOSES. |
| Please can you provide us with a detailed explanation of the commercial purpose of the transactions with all counterparties, i.e. the bill and payment details? | TRANSACTION 1 (PAYMENT TO ROCKIN BOXES GLOBAL): IT IS AN INVOICE FOR TRANSPORT OF PERSONAL EFFECTS FROM THE USA TO EQUATORIAL GUINEA. THE COMPANY HAS A PROPERTY IN THE USA WHICH NEEDS MAINTENANCE. A SENIOR OFFICER OF THE COMPANY HAS RECENTLY RELOCATED FROM THERE TO EQUATORIAL GUINEA.<br><br>TRANSACTION 2 (PAYMENT TO LAVITECH): AS STATED ABOVES, THE COMPANY HAS A PROPERTY IN THE USA, AND THIS PAYMENT RELATES TO REPAIR/REPLACEMENTS OF ALL CAMERA CABLES IN ORDER TO HAVE EVERY |

DOJ_0006316

|  | FUNCTIONING CAMERA VIEWABLE FROM SECURITY OFFICE. THIS INCLUDES ANY WATER PROOF UNDERGROUND BOXES IN ORDER TO SECURE CABLES FROM THE ELEMENTS |
|---|---|
| Do you have any reason to believe that the transactions listed are in any way of a suspicious nature? | NO |
| **COUNTERPARTY 2 INFORMATION** | |
| Counter Party: ROCKIN BOXES GLOBAL | |
| Has there been any previous business relationship between them? | NOT KNOWN |
| Please can you provide us with the main/secondary business activities, the location of the company and any other information which may help us? | PACKAGING SHIPPING AND LOGISTICS SERVICES |
| Please describe the nature of their relationship? | TRANSPORT OF GOODS |
| **COUNTERPARTY 1 INFORMATION** | |
| Counter Party: LAVITECH | |
| Has there been any previous business relationship between them? | NOT KNOWN |
| Please can you provide us with the main/secondary business activities, the location of the company and any other information which may help us? | CONTRACTORS, CONSTRUCTION REMODELLING |
| Please describe the nature of their relationship? | REPLACEMENTS/REPAIR OF CAMERA CABLES |

**IMPORTANT:**
Please do not wait until you have answered every question, if it prevents you from sending us this response within the agreed deadline, please send us what you have now and tell us the rest will follow as soon as possible.

---

**- For assistance in answering the above questions -**

**Appendix:** If you chose any of the bold words as an answer, please expand your responses using the questions in brackets.

\*
Industry serviced and/or goods or services sold/purchased.

\*\*
Please provide Full Name, physical address, ownership and website information, if possible.
If this is not possible due to legal restrictions, please let us know how many owners (1, 2, 3 etc)

Their nationality(s) and the physical address of the company (town, country).

\*\*\*

• **Business partners**
(How do they know each other? Trade Fairs (please name the Trade Fair), TV / Newspaper advertising, referred by other customers (please name the customer and their relationship to the client), internet webpage (if so, please provide), affiliated to each other.

\*\*\*\*

• **Loan Payment / Repayment**
(Length of loan yrs/months; principal; interest; why the loan was required);

•**Delivery / Receipt of product(s)**
(shoes / clothes / computers / car spare parts. How many and for whom (men, women, children) business, casual, sport (for summer or winter season)

• **Type of computers**
(PC's; laptops; servers etc, how many computers; make of computers; computer accessories)

• **Car Spare Parts**
(how many parts; which parts; cost per item; for which car models etc)

• **Cargo Delivery / Transport**
(Type of transport (Trucks, Trains, Shipping); proof of delivery / arrival; any tax duties paid etc)

• **Fruit and Vegetables**
(what types of fruit / vegetable and the size of amounts)

•**Securities Buy / Sell**
(Name of Security, ISIN number, amount, price etc)

Transfer of funds to an affiliated company, please state '**Inter-company Transfer**' in the SWIFT transaction.