# Exhibit

# 17

## Information provided on brief call with 
## (remove before sending questions)

Regarding corruption just about everyone in EG is corrupt and related to President Obiang or a personal acquaintance of his from his hometown. He runs the country and appoints who he wants to serve in Ministries and other government positions.

▓▓▓▓, and ▓▓▓▓ are IMF Resident Fiscal Advisors who serve in EG. Both gained the trust of EG authorities in the Ministry of Finance; however, ▓▓▓ gained more than ▓▓▓.

The government had no idea of the contracts they had. ▓▓▓ gained their trust, met with each ministry and developed a comprehensive list of projects in EG across many, if not all, of the ministries. ▓▓ has a great deal of insight in the operations of the country and its public funds. The list of projects that ▓▓ developed contains the project and the following on each project:
    Name of contractors
    Contract Amount
    Payments made

There is a Payment Commission that must approve each payment of each project. Members of the Payment Commission are the President, Minister of Planning, and Minister of Finance. The commission meets when phases of projects are completed and they decide whether or not a payment should be made. IMF representative was told payments (kickbacks) are paid for payments to be approved.

20% kickback on contracts

Arab company and French company- contractors in EG, left EG because of corruption related issues. I don't recall if 20% kickbacks issue, or stop getting paid and government wanted kickback payment to resume payments. (BTW, this was a practice in Nigeria with Abacha.)

30% tax on imports - not paid to EG government, but separate to any Govt official

▓▓▓▓ worked extensively on EG's EITI reconciliation.

▓▓▓ mentioned the Investment Program of EG, but I do not recall what ▓▓ said about it.

▓▓▓ also mentioned the Social Development Fund through USAid.

Obiang has Caba in Brazil (not recall if President or Teodorin).

▓▓▓▓▓▓ dated and lived with the Highest Ranking ▓▓▓▓ military official who was in EG and who has returned to ▓▓▓▓. ▓▓ is very knowledgeable of Obiang, his administration and how things work in the country. ▓▓▓▓▓▓▓▓