# Exhibit

# 24A

**ASET**

ASET International Services LLC  / A MANPOWER Company

6400 Arlington Boulevard Third Floor, Falls Church. Virginia 22042  Tel. (703) 245 9400 Fax (703) 245 9401.  www.asetquality.com

## CERTIFICATE OF TRANSLATION

I, __Angie Del Cuadro__, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities.  All archival seals, stamps, and certifications have been translated here.

English Title:           _____Grupo Sofona_____

Spanish Title:           _____Grupo Sofona_____

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this  _2nd_  day

of _September_  2011.

_____
Signature

# REPUBLIC OF EQUATORIAL GUINEA

MINISTRY OF ECONOMY
AND THE TREASURY

[EMBLEM]

TAX AND REVENUE
GENERAL DIRECTORATE

[Handwritten] Mercantile Registry
OF THE
REPUBLIC OF EQUATORIAL
GUINEA
(Continental Region)

RIGHTS IN REM

Submitted this 24th of April, 2002
Given the number 175 [Illegible]

Submitted at 11:00 hours
Of this 24th day of April, 2002
Entry Number 111.- Page 547
Daily Log 1.- of Submissions



UNITY, PEACE AND JUSTICE

FISCAL YEAR XXXXX__2001

## STATISTICAL AND FISCAL STATEMENT

[SEAL: REPUBLIC OF EQUATORIAL GUINEA]
[Handwritten] 05/24/02

NAME:  GRUPO SOFONA.……………………………………......

ADDRESS  Z. 1. BOME PUERTO BATA ………………………………

………………………………………………………………….....

This document is registered on page
No. [Illegible] of [Illegible] with
Registration No. [Illegible]
This … day of 19 …
THE MERCANTILE REGISTRAR

Company Seal          ➜          Stamp: SOCIEDAD FORESTAL NACIONAL (SUFONA) BATA L. ]

STATEMENT  RECEIVED ON ……………………………………………….

…………………………………………………………………………….

(To be filled out by tax services)

REPUBLIC OF EQUATORIAL GUINEA
MERCANTILE REGISTRY
Continental Region

1.P BIOKO

RNB 009739

S 192-0019

1

| FISCAL AND STATISTICAL STATEMENT |
|---|
| Period from  01 - 01 - 2001   to   12 - 31 - 2001 |
| ................... .......... |

| Company designation (Given Name and Surnames or Company Name) | GRUPO  SOFONA......................................................................................... |
|---|---|
| | ................................................................................................................ |
| | Address...............BOME – BATA................................................................... |
| | Phone........................83916...................................................................... |
| Registration Number | |

[Stamp:  SOCIEDAD FORESTAL NACIONAL (SOFONA) - BATA L- ]

### FISCAL AND LEGAL REGIME

| Legal Regime | ......*Sociedad Anónima [incorporated company]*........................ ...................................... |
|---|---|
| Special Regime | ................................................................................................................ |
| Fiscal Regime | ................................................................................................................ |
| | ................................................................................................................ |
| Individual Companies | Benefit Category | ................................................................................................ |
| | Nationality of the | ................................................................................................ |
| | Head of the | ................................................................................................ |
| | Company | |

### THE COMPANY'S ACTIVITIES

| | | | Percentage of Total Activities |
|---|---|---|---|
| Main activity at open and close of the fiscal year | ► | ..................FORESTRY............................................... | 100% |
| Secondary Activity at open and close of the fiscal year | ► | ...................................................................................... | % |
| | | | % |
| Activities Newly Created during the fiscal year | ► | ...................................................................................... | |
| | | | % |
| Activities Ceased during the fiscal year | ► | ...................................................................................... | |
| If the Company has Stopped its Activity During the fiscal year: Reason for stopping. | | ...................................................................................... | |

**RNB 009740**

**S 192-0020**

2

Fiscal year.................2001...............................
Individual or Company Name .................GRUPO SOFONA .........................................................................................

| STAFF at fiscal year end | | Guinean | Other African | Other |
|---|---|---|---|---|
| PERMANENT STAFF | Labor | | | |
| | Administrative and commercial | | | |
| | Management | | | |
| Temporary staff during the fiscal year (in days of work) | | | | |

### COMPANIES WITH COMPANY HEADQUARTERS IN EQUATORIAL GUINEA

Equity Amount at fiscal year end ............................5,000,000...............................................................

Equity Distribution (as a percent)

| | | Private | Public |
|---|---|---|---|
| Guinean participation | | 100 % | % |
| Foreign participation | | % | % |

Names of main shareholders or shareholders and equity participation of each one
................................................................................................
................................................................................................
................................................................................................
................................................................................................
................................................................................................
................................................................................................
................................................................................................
................................................................................................

### BRANCHES OF COMPANIES HEADQUARTERED ABROAD

Name of Parent Company
................................................................................................
................................................................................................

Address Abroad
................................................................................................
................................................................................................
................................................................................................

RNB 009741

S 192-0021

3

FISCAL YEAR..................2001.........................................................
Individual or Company Name .................GRUPO SOFONA ..........................................................................................................................

| Z₀ | | ⊐ ⁔ | | | |
|---|---|---|---|---|---|
| | ACCOUNT 80: DETERMINATION OF GROSS MARGIN | | | | |
| | Stock Sold (acquisition cost) | 01 | 3 382 200 000 | | 3 382 200 000 |
| | Outstanding Balance of 80: GROSS MARGIN | 02 | | | |
| | COLUMN 1: Total LINES 1 and 2 | 03 | 3 382 200 000 | | |
| | ACCOUNT 81: VALUE ADDED DETERMINATION | | | | |
| | Gross Margin (carry Outstanding Balance of 80C 1-B) | 04 | 3 382 200 000 | | |
| 61 | Materials and Supplies Used | 05 | 1 330 095 244 | | 1 330 095 244 |
| 62 | Transportation Used | 06 | 3 364 245 256 | | 3 364 245 256 |
| 63 | Other Services used | 07 | 2 582 307 130 | | 2 582 307 130 |
| | Outstanding Balance of 81: Added value | 08 | 10 822 573 758 | | |
| | Column 1: TOTAL lines 4 through 8 | 09 | 21 481 421 388 | | |
| | ACCOUNT 82: OPERATIONAL EARNINGS DETERM. | | | | |
| | Value Added (carry Outstanding balance of 81 Box 1B) | 10 | | | |
| 64 | Miscellaneous Expenses and Losses | 11 | 2,333,073,558 | | 2,333,073,558 |
| 65 | Personnel Expenses | 12 | 1,204,740,151 | | 1,204,740,151 |
| 66 | Tax and Duties | 13 | 3,760,075,380 | | 3,760,075,380 |
| 67 | Interest | 14 | 299,513,928 | | 299,513,928 |
| 68 | Allocation to Debt Payments and Provisions | 15 | 1,246,493,019 | | 1,246,493,019 |
| | Outstanding Balance of 82: Operational Earnings | 16 | 2,078,677,722 | | |
| | Column 1: TOTAL lines 10 through 16 | 17 | 10,822,573,758 | | |
| | Outstanding balance of 082: Non-operational gain | 18 | | | |
| | Column 2: TOTAL lines 1 through 18 | 19 | | | 19,402,743,666 |
| | COLUMN 3: EXPENSES AND LOSSES: TOTAL LINES 1 through 15 | | | 20 | |
| | ACCOUNT 84: DETERMINATION OF EARNINGS DUE TO DISPOSAL OF FIXED ASSETS | | | | |
| | Acquisition Value of Assets Assigned | | | 21 | 554,624,282 |
| | Transferred Expenses Related to Assignment | | | 22 | |
| | Outstanding Balances of 84: section surplus values | | | 23 | 167,303,142 |
| | Column 3: TOTAL of lines 21 to 23 | | | 24 | 721,927,424 |
| | ACCOUNT 85: DETERMINATION OF NET EARNINGS BEFORE TAX ON EARNINGS | | | | |
| | Operating Deficit (carry outstanding balance of 82: Box 1-B column 1, line 16) | | | 25 | |
| | Non-Operational losses (carry outstanding balance of 082: Box 1-B column 2, line 18) | | | 26 | |
| | Losses on Assignments (carry outstanding balances of 84: Box 1-B column 3, line 23) | | | 27 | |
| | Commitment to Reinvest Surplus Amounts | | | 28 | |
| | Outstanding Balance of 85: Net Result Before Taxes | | | 29 | 2,245,980,864 |
| | Column 3: TOTAL lines 25 through 29 | | | 30 | 2,245,980,864 |
| | ACCOUNT 86: DETERMINATION OF TAX ON EARNINGS | Tax on Earnings for the Fiscal Year | | 31 | 561,495,216 |
| | | Back Taxes on Previous Periods | | 32 | |
| | | Column 3: TOTAL lines 31 through 32 | | 33 | 561,495,216 |
| | ACCOUNT 870: DETERMINATION OF THE NET EARNINGS FOR THE FISCAL YEAR TO BE ASSIGNED | Net earnings before taxes (carry outstanding balance of 85) | | 34 | |
| | | Tax on earnings (carry outstanding balance of 86) | | 35 | 561,495,216 |
| | | Outstanding balance from 870: Net positive earnings to be assigned | | 36 | 1,684,485,648 |
| | | Column 3: TOTAL lines 34 through 36 | | 37 | 2,245,980,864 |

RNB 009742

S 192-0022

4

FISCAL YEAR.................2001 .............................................
Individual or Company Name .................GRUPO SOFONA .....................................................................................................

| N° POG | TITLES | Lines | OPERATIONAL 1 | NON-OPERATIONAL 2 | TOTAL 3 = 1 + 2 |
|---|---|---|---|---|---|
| | KEY OPERATIONAL BALANCES (CREDITS) | | | | |
| | ACCOUNT 80: DETERMINATION OF GROSS MARGIN | | - 0 - | | |
| 70 | Merchandise Sold | 01 | 3,382,200,000 | | |
| | Outstanding Balance of 80:  GROSS MARGIN | 02 | 3,382,200,000 | | |
| | Column 1: TOTAL lines 1 and 2 | 03 | | | |
| | ACCOUNT 81: VALUE ADDED DETERMINATION | | | | |
| | Gross Margin (carry outstanding balances of 80 Box 1A) | 04 | | | |
| 71 | Production sold | 05 | 19,731,146,388 | | 19,731,146,388 |
| 72 | Inventoried or Non-Inventoried Production | 06 | 1,750,275,000 | | 1,750,275,000 |
| 73 | Work Performed by the Company for itself | 07 | | | |
| 073 | Expenses to be fixed or transferred | 08 | | | |
| | Outstanding Balance of 81: VALUE ADDED | 09 | | | |
| | Column 1: TOTAL lines 4 through 9 | 10 | 21,481,421,388 | | |
| | ACCOUNT 82: OPERATIONAL EARNINGS DETERMINATION | | | | |
| | Added Value (carry Outstanding balance of 81 Box 1A) | 11 | 10,822,573,758 | | |
| 74 | Other Income and Earnings | 12 | | | |
| 76 | Subsidies Received | 13 | | | |
| 77 | Interest and Dividends Received | 14 | | | |
| 78 | Returns of debt payments and provisions | 15 | | | |
| | Outstanding Balance of 82: OPERATIONAL DEFICIT | 16 | | | |
| | Column 1: TOTAL lines 11 through 16 | 17 | 10,822,573,758 | | |
| | Outstanding balance of 082: Losses other than operational | 18 | | | |
| | Column 1: TOTAL lines 1 through 18 | 19 | | | |
| | COLUMN 3: INCOME AND EARNINGS: TOTAL LINES 1 THROUGH 15 | | | 20 | 21,481,421,388 |
| | ACCOUNT 84: DETERMINATION OF EARNINGS DUE TO  ASSIGNMENT OF FIXED ASSETS | | | | |
| | Amortizations Related to Assigned Assets | | | 21 | 431,927,424 |
| | Assignment Price | | | 22 | 290,000,000 |
| | Outstanding Balance of 84: ASSIGNMENT LOSSES | | | 23 | |
| | Column 3: TOTAL Lines 21 through 23 | | | 24 | 721,927,424 |
| | ACCOUNT 85: DETERMINATION OF PRE-TAX NET EARNINGS | | | | |
| | Operational profit (carry outstanding balance of 82: Box 1-B column 1, line 16) | | | 25 | 2,078,677,722 |
| | Non-Operational profit (carry outstanding balance of 082: Box 1-B column 2, line 18) | | | 26 | |
| | Losses on Assignments (carry outstanding balances of 84: Box 1-B column 3, line 23) | | | 27 | 167,303,142 |
| | Reintegration of Reinvested Assignment Surpluses | | | 28 | |
| | Outstanding Balance of 85: PRE-TAX NET EARNINGS | | | 29 | 2,245,980,864 |
| | Column 3: TOTAL lines 25 through 29 | | | 30 | 2,245,980,864 |
| | ACCOUNT 86: DETERMINATION OF TAX ON EARNINGS | Excess on Pre-Paid Taxes | | 31 | 561,495,216 |
| | | Outstanding Balance from 86: Taxes on earnings | | 32 | |
| | | Column 3: TOTAL lines 31 through 32 | | 33 | 561,495,216 |
| | ACCOUNT 870: DETERMINATION OF NET EARNINGS FOR THE FISCAL YEAR TO BE ASSIGNED | Pre-tax Net Earnings (carry Outstanding Balances of 85) | | 34 | 2,245,980,864 |
| | | Outstanding Balance from 870: Net Positive Earnings to Be Assigned | | 35 | |
| | | Column 3: TOTAL lines 34 and 35 | | 36 | 2,245,980,864 |

RNB 009743

S 192-0023

5

Fiscal Year...........2001 ..... ..........................................................................
Individual or Company Name .................GRUPO SOFONA ....... ........................................................................................................................ .

| No of POG | TITLES | Lines | Account Balances as of Fiscal Year Open 1 | Increases 2 | Decreases 3 | Acc. to Acc. Transfer 4 | Mergers – Partial Assignments of Assets Reevaluation 5 | | Account Balances as of the Fiscal Year Close 6 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Externals Flows** | | **Internal Flows** | **Mergers – Partial Assignments of Assets Reevaluation 5** | | |
| **PHYSICAL FLOWS** | | | | | | | | | |
| 20 | Fixed Expenses | 01 | 57,313,991 | | | | | | 57,313,991 |
| 20 | Intangible Assets | 02 | | | | | | | |
| 21 | Land | 03 | | | | | | | |
| 22 | Other Tangible Fixed Assets | 04 | 11,140,886,553 | 199,692,742 | 820,797,049 | | - | 621,104,307 | |
| 23 | Other Current Tangible Fixed Assets | 05 | | | | | | | 10,519,782,246 |
| 30 | Merchandise | 06 | | | | | | | |
| 31/32 | Materials and Supplies | 07 | 1,013,277,818 | | | | - | 493,239,960 | 520,037,858 |
| 33 | Commercial Packaging | 08 | | | 1,493,239,960 | | | | |
| 34 | Semi-finished Products | 09 | | | | | | | |
| 35 | Finished Products | 10 | 3,382,200,000 | | 1,631,925,000 | | - | 1,631,925,000 | 1,750,275,000 |
| 36/37 | On-going Products and Work | 11 | | | | | | | |
| 38 | Stock In Transit or under Construction | 12 | | | | | | | |
| **FINANCIAL FLOWS** | | | | | | | | | |
| 24 | Advances and payments to Fixed Account | 13 | | | | | | | |
| 25 | Long-Term and Medium-Term Loans - Credits | 14 | | | | | | | |
| 26 | Securities (excluding short-term securities) | 15 | | | | | | | |
| 40 | Suppliers, Advances and Payments to Account | 16 | 19,472,551 | 13,909,741 | | | + | 13,909,741 | 33,382,292 |
| 41 | Clients | 17 | 4,679,438,273 | 417,799,037 | | | | 477,799,037 | 5,157,237,310 |
| 43 | African and International States and Organizations | 18 | 1,073,804,147 | 607,246,190 | | | - | 607,264,190 | 1,681,068,337 |
| 44 | Shareholders | 19 | | | | | - | 236,843,765 | 580,846,813 |
| 45 | Interrelated Corporations | 20 | 817,690,578 | | 236,843,765 | | + | 30,836,993 | 161,044,385 |
| 42/46 | Other Debtors (Personal and Miscellaneous) | 21 | 130,207,392 | 30,836,993 | | | | | |
| 51 | Loans of less than one year | 22 | | | | | | | |
| 52 | Short-Term Securities | 23 | | | | | | | |
| 54 | Notes and Warrants Receivable | 24 | | | | | | | |
| 55 | Checks and Coupons Receivable | 25 | | | | | | | |
| 56 | Banks | 26 | | | | | | | |
| 57 | Cash | 27 | 10,236,344 | 17,716,256 | | Write the plus and minus signs in left columns exclusively provided to this end | + | 17,716,256 | 27,958,600 |
| 58 | Bundle Depository Account | 28 | 3,340,750 | 10,568,991 | | | + | 10,568,991 | 13,909,741 |
| 48 | Regulatory Expenses Account, Accounted in Advance | 29 | | | | | | | |
| 48 | Regulatory Income Receivable Account | 30 | | | | | | | |
| | Column 1 through 6 TOTAL lines 1 through 230 | 31 | 22,327,868,397 | 1,357,787,950 | 3,182,805,774 | | - | 825,017,824 | 20,502,8590,573 |

RNB 009744

S 192-0024

6

Fiscal Year ................2001 ...... ........................................................
Individual or Company Name .................GRUPO SOFONA ........................................................................................

| No of POG | | TITLES | Lines | Account Balances as of Fiscal Year Open 1 | CAPITAL FLOWS DURING THE FISCAL YEAR | | | | | Accounts Balances as of Fiscal Year Close 6 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | External Flows | | Internal Flows | | Mergers – Partial Assignment of Assets Reevaluation 5 | |
| | | | | | Decreases 2 | Increases 3 | | | | |
| OPERATIONAL RESOURCES | 870 | Net Earnings of the Fiscal Year to Be Assigned | 01 | | | 184,485,648 | | | + 184,485,648 | 184,485,648 |
| | 875 | Net Earnings Assigned from previous fiscal year | 02 | -236,005,058 | | | + | 236,005,058 | + 236,005,058 | |
| | 88 | Amortization of Intangible Expenses and Assets | 03 | | | | | | | |
| | 88 | Amortization of Fixed Assets | 04 | 8,904,408,812 | 671,406,733 | 1,246,493,019 | | | + 575,086,286 | 9,479,495,098 |
| | 88 | Provisions for Debits and Losses | 05 | | | | | | | |
| | 88 | Provisions for Depreciation | 06 | | | | | | | |
| | 88 | Statutory Provisions | 07 | | | | | | | |
| | 88 | Assignment Surpluses | 08 | | | | | | | |
| | 10 | Employee Stock | 09 | 5,000,000 | | | | | | 5,000,000 |
| | 10 | Issuance Premiums | 10 | | | | | | | |
| MID TERM RESOURCES | 11 | Statutory Reserves | 11 | | | | | | | |
| | 11 | Free Reserves | 12 | | | | | | | |
| | 12 | Carried Over to New Account | 13 | - 1,948,083,850 | | | – | 236,005,058 | – 236,005,058 | -2,184,088,908 |
| | 13 | Reevaluation Surpluses | 14 | | | | | | | |
| | 14 | Equipment Subsidies | 15 | | | | | | | |
| | 15 | Obligations and Bonds | 16 | | | | | | | |
| | 16 | Other Long-Term Loans and Debts | 17 | | | | | | | |
| | 17 | Frozen Accounts of International Corporations | 18 | | | | | | | |
| SHORT TERM RESOURCES | 40 | Suppliers | 19 | | | | | | | |
| | 41 | Clients, Advances and Payments to Account | 20 | 1,119,271,241 | 771,233,105 | | | | - 771,233,105 | 348,038,136 |
| | 43 | African and International States and Organizations | 21 | | | 61,495,215 | | | + 61,495,216 | 61,495,216 |
| | 44 | Shareholders | 22 | | | | | | | |
| | 45 | International Corporations | 23 | 12,121,028,901 | | | | | - 2,285,490,968 | 9,835,537,933 |
| | 42/46 | Other Creditors (personal and miscellaneous creditors) | 24 | 20,016,090 | | | | | - 7,850,252 | 12,165,838 |
| | 50 | Loans for less than one year | 25 | | | | | | | |
| | 53 | Banks - received advances of less than one year | 26 | | | | | | | |
| | 56 | Bills and Warranties Payable | 27 | 2,342,232,261 | | 418,498,351 | | | + 418,489,351 | 2,760,721,612 |
| | 47 | Regulatory Income Account, accounted in advance | 28 | | | | | | | |
| | 47 | Regulatory Expense Payable Account | 29 | | | | | | | |
| | | Column 1 through 6 TOTAL lines 1 through 29 | 30 | 22,327,868,397 | 3,735,981,058 | 1,910,963,234 | | | - 1,825,017,824 | 20,502,850,573 |

Write the plus and minus signs in left columns exclusively provided to this end

RNB 009745

S 192-0025

7

Fiscal Year ..................2001 ............................................................................ .
Individual or Company Name ..................GRUPO SOFONA
............................................................................................................................

| N° POG | TITLES | Lines | Gross Amount 1 | Amortization or Provision for Depreciation 2 | Net Amount 3 = 1 -2 |
|---|---|---|---|---|---|
| | ASSET BALANCE SHEET (FINANCIAL SITUATION) | | | | |
| 020 | Fixed Expenses | 01 | 57,313,991 | | |
| 020 | Intangible Assets | 02 | | | |
| 020 | Expenses and Intangible Assets TOTAL Lines 1 and 2 | 03 | 57,313,991 | | |
| 021 | Land | 04 | | | |
| 022 | Other Tangible Fixed Assets | 05 | 10,579,782.246 | | |
| 023 | Other Current Tangible Fixed Assets | 06 | | | |
| | TANGIBLE FIXED ASSETS: TOTAL Lines 4 through 6 | 07 | 10,579,782.246 | 9,479,495,098 | 1,097,601,139 |
| 024 | Prepayments and Payments to Current Fixed Expenses Acct. | 08 | | | |
| 025 | Loans and Other Long- and Medium-Term Credits, of which, | 09 | | | |
| | Portion Due in Less than One Year | 10 | | | |
| 026 | Securities (excluding Short-Term Securities) | 11 | | | |
| | TOTAL OTHER FIXED ASSETS lines 8, 9 and 11 | 12 | | | |
| | TOTAL FIXED ASSETS: TOTALS lines 3, 7 and 12 | 13 | 10,577,096,237 | 9,479,495,098 | 1,097,601,139 |
| 030 | Merchandise | 14 | | | |
| 031/032 | Materials and Supplies | 15 | 520,037,858 | | 520,037,858 |
| 033 | Commercial Packaging | 16 | | | |
| 034 | Semi-Finished Products | 17 | | | |
| 035 | Finished Products | 18 | 1,750,275,000 | | 1,750,275,000 |
| 036/037 | Ongoing Products and Work | 19 | | | |
| 038 | Stock In Transit to Be Received | 20 | | | |
| | OPERATING ASSETS: TOTAL lines 14 thru 20 | 21 | 2,270,312,858 | | 2,270,312,858 |
| 040 | Suppliers, Advances and Payment to Accounts | 22 | 33,382,292 | | 33,382,292 |
| 041 | Customers | 23 | 5,157,237,310 | | 5,157,237,310 |
| 043 | African and International States and Organizations | 24 | 1,681,068,337 | | 1,681,068,337 |
| 044 | Shareholders | 25 | | | |
| 045 | Interrelated Corporations | 26 | 580,846,813 | | 580,846,813 |
| 042 046 | Other Receivables (Personnel and Miscellaneous Debtors) | 27 | 161,044,385 | | 161,044,385 |
| 048 | Expenses Accounted in Advance Regularization Account | 28 | | | |
| 048 | Income Receivable Regularization Account | 29 | | | |
| 051 | Long- and Medium-Term Loans and Credits (collectible in less than one year) | 30 | | | |
| 052 | Short-Term Securities | 31 | | | |
| 054 | Notes and Warrants Receivable | 32 | | | |
| 055 | Checks and Coupons Receivable | 33 | | | |
| 056 | Banks | 34 | | | |
| 057 | Cash | 35 | 27,952,600 | | 27,952,600 |
| 058 | Fund Depository Account | 36 | 13,909,741 | | 13,909,741 |
| | TOTAL REAL ASSETS  (PLA & DIS | 37 | 7,655,441,478 | | 7,655,441,478 |
| | TOTAL ASSETS: Lines 13, 21 and 37 | 38 | 20,502,850,573 | | 20,502,850,573 |

| | | | | | |
|---|---|---|---|---|---|
| Amount of Received Commitments | | 39 | | | 11,023,355,475 |

(X) = Company will chose the presentation

**RNB 009746**

**S 192-0026**

8

Fiscal Year ................2001 ..................................................................

Individual or Company Name ................GRUPO  SOFONA ....... ....................................................................................................

| | No. of POG | TITLES | | | | | Lines | AMOUNTS |
|---|---|---|---|---|---|---|---|---|
| **PERMANENT CAPITAL** | **NET RESULT** | 010 | Personal or Social Capital | | | | 01 | 5,000,000 |
| | | 010 | Issuance Premiums | | | | 02 | |
| | | 011 | Statutory Reserves | | | | 03 | |
| | | 011 | Free Reserves | | | | 04 | |
| | | 012 | Carried over to New Account (+ 6 -) | | | | 05 | - 2,184,088,908 |
| | | 013 | Reevaluation Surpluses | | | | 06 | |
| | | | NET RESULT (BEFORE FISCAL YEAR RESULT) TOTAL: line 01 to 06) | | | | 07 | - 2,184,088,908 |
| | | | | | | | | |
| | | 013 | Statutory provisions | | | | 08 | |
| | | 013 | Assignment Surpluses to be Reinvested | | | | 09 | |
| | | 014 | Equipment Subsidies | | | | 10 | |
| | **Long-Term and Medium-Term Loans and Debts** | 016 | Loans | Gross Amount (a) | Reimbursement Premiums to be Deducted (b) | Net Amount (a) - (b) | | |
| | | | Obligations | | | ► | 11 | |
| | | 017 | Other Long-Term and Medium-Term Loans and Debts, out of which, | | | | 12 | |
| | | | the portion to be paid in less than one year (X)   ► 13 | | | | 14 | |
| | | 017 | Blocked Accounts of Interrelated Companies or Shareholders | | | | 14 | |
| | | 019 | Provisions for Debits and Losses | | | | 15 | |
| | | | OTHER PERMANENT CAPITAL: TOTAL lines 8, 9, 10, 11, 12, 14 and 15 | | | | 16 | |
| **THIRD PARTY CREDITORS** | | 040 | Suppliers | | | | 17 | |
| | | | Of which, suppliers of fixed assets   ► 18 | | | | 19 | |
| | | 041 | Clients - advances and payments to account received | | | | 19 | 348,038,136 |
| | | 043 | African and International States and Organizations | | | | 20 | 61,495,216 |
| | | 044 | Shareholders | | | | 21 | |
| | | 045 | Interrelated Companies | | | | 22 | 9,835,537,933 |
| | | 042/046 | Other Creditors (Personal and Miscellaneous Creditors) | | | | 23 | 12,165,838 |
| | | 047 | Regularization Accounts - Income Accounted for in Advance | | | | 24 | |
| | **Financial Balances Creditors** | 047 | Regularization Accounts - expenses payable | | | | 25 | |
| | | 050 | Long-Term and Medium-Term Debts (portion to be paid in less than one year)  (X) | | | | 26 | |
| | | 053 | Notes and Warrants Payable | | | | 27 | |
| | | 056 | Banks: Advances received, for less than one year | | | | 28 | 2,760,721,612 |
| | | | SHORT-TERM DEBTS. TOTAL Lines 17 and lines 19 through 28 | | | | 29 | 13,017,958,735 |
| **RESULT** | | | NET POSITIVE EARNINGS FOR FISCAL YEAR TO BE ASSIGNED | | | | 30 | 184,485,648 |
| | | 0875 | NET NEGATIVE EARNINGS FOR FISCAL YEAR TO BE ASSIGNED | | | | 31 | |
| | | | TOTAL LIABILITIES: Lines 7, 16, 29 + line 30 - line 31 | | | | 32 | 11,023,355,475 |

| AMOUNT OF OBLIGATIONS ENTERED INTO | Discounted and not Matured Notes | 33 | |
|---|---|---|---|
| | Other Obligations Entered Into | 34 | |

RNB 009747

S 192-0027

9

Fiscal Year..................2001 ..... .................................................
Individual or Company Name .................GRUPO SOFONA ..............................................................

| TITLES | Lines | Establishment N° _ | Establishment N° _ | Establishment N° _ | Establishment N° _ | Establishment N° _ | Establishment N° _ |
|---|---|---|---|---|---|---|---|
| | | COMPANY STRUCTURE: BREADOWN BY DIVISIONS | | | | | |
| Establishment Name | 01 | SOFONA | SOFONA | SOFONA | SOFONA | SOFONA | SOFONA |
| | 02 | BATA | ACONIBE | ACURENAM-KOGO | PROFOSA | ANISOK EXFOSA | NIEFANG |
| City | 03 | | | | | | |
| P. O. Box | 04 | | | | | | |
| Registration N° | 05 | | | | | | |
| Date of Creation | 06 | | | | | | |
| Main Activity | 07 | | | | | | |
| | 08 | FORESTRY | FORESTRY | FORESTRY | FORESTRY | FORESTRY | FORESTRY |
| GUINEAN PERSONNEL | | | | | | | |
| Laborers | 09 | | | | | | |
| Office Staff | 10 | | | | | | |
| Management | 11 | | | | | | |
| TOTALS: lines 9 to 11 | 12 | | | | | | |
| OTHER PERSONNEL | | | | | | | |
| Laborers | 13 | | | | | | |
| Office Staff | 14 | | | | | | |
| Management | 15 | | | | | | |
| TOTALS: lines 13 to 15 | 16 | | | | | | |
| TEMPORARY Staff (days worked) | 17 | | | | | | |
| Investments made by the Establishment | 18 | | | | | | |
| Business Volume | 19 | | | | | | |
| | 20 | | | | | | |
| | 21 | | | | | | |
| | 22 | | | | | | |

(left margin, vertical) PERMANENT PERSONNELL PAYROLL

RNB 009748

S 192-0028

10

THE FIXED ASSETS
(Acquisition Value on Balance Sheet)

Fiscal Year.................2001 ...................................................................................
Individual or Company Name .................GRUPO SOFONA ................................................

| Name & No. | TYPE OF FIXED ASSETS | Line | AMOUNT AT FISCAL YEAR OPEN | VARIATIONS | | ACCOUNT TO ACCOUNT TRANSFER | AMOUNT AT FISCAL YEAR CLOSE |
|---|---|---|---|---|---|---|---|
| | | | | POSITIVE | NEGATIVE | | |
| | Fixed Expenses ................................... | 01 | 57,313,991 | | | | 57,313,991 |
| | Intangible Assets................................. | 02 | | | | | |
| | Land................................................... | 03 | | | | | |
| | | | | | | | |
| | OTHER TANGIBLE FIXED ASSETS: | | | | | | |
| | 1. Non-Residential Real Property .............. | 04 | | | | | |
| | 2. Residential Real Property ..................... | 05 | | | | | |
| | 3. Other Buildings ................................. | 06 | | | | | |
| | 4. Improvement to Lands and Plantations ......... | 07 | | | | | |
| | 5. Transportation Equipment: | 08 | | | | | |
| | + Rolling .......................................... | 09 | | | | | |
| | + Maritime and River............................ | 10 | | | | | |
| | + Air ............................................... | 11 | | | | | |
| | 6. Machines and Other Equipment: | 12 | | | | | |
| | 7.Animal Fixed Assets............................ | 13 | 11,140,886,553 | 199,692,742 | 820,797,049 | | 10,519,782,246 |
| | SUBTOTAL Other Tangible Fixed Assets... | | | | | | |
| | Current Fixed Assets............................... | 14 | | | | | |
| | .................................................. | 15 | | | | | |
| | TOTAL (Lines 01, 02, 02, 13, 14, and 15).......... | 16 | | | | | |
| | Advances and payments to fixed asset debit account ......................................... | 17 | | | | | |
| | .................................................. | 18 | | | | | |
| | | | | | | | |
| | TOTAL (Lines 16, 17, and 18)...................... | 19 | 11,198,200,544 | 199,692,742 | 820,797,049 | | 10,577,096,237 |

**RNB 009749**

**S 192-0029**

11

AMORTIZATIONS

Fiscal Year.................2001 ..................................................................................................
Individual or Company Name ................GRUPO SOFONA ..............................................................................

| NAME & No. 1 | TYPE OF FIXED ASSETS 2 | Outstanding Balance at Fiscal Year Open 3 | VARIATIONS | | | | Rate Applied 8 | Outstanding Balance at Fiscal Year Close 9=3+4+5 (6+7) |
|---|---|---|---|---|---|---|---|---|
| | | | Utilization of Assignment Surplus 4 | Funding for Fiscal Year 5 | Fiscal Year Returns 6 | Fixed Amortizations Made 7 | | |
| | Fixed Expenses ............ ...................................... | | | | | | | |
| | Intangible Assets............. ............................. | | | | | | | |
| | Productive Land | | | | | | | |
| | OTHER TANGIBLE FIXED ASSETS: | | | | | | | |
| | Non-Residential Real Property ........ | | | | | | | |
| | Residential Real property ............... | | | | | | | |
| | Other Buildings ................................ | | | | | | | |
| | Improvements to Lands and Plantations | | | | | | | |
| | Transportation Equipment: | | | | | | | |
| | Rolling ...................................... | | | | | | | |
| | Maritime and River.................... | | | | | | | |
| | Air ............................................ | | | | | | | |
| | Machines and Other Equipment | | | | | | | |
| | Animal Fixed Assets........................... | | | | | | | |
| | | | | | | | | |
| | | 8,904,408,812 | | 1,246,493,039 | | 671,406,733 | | 9,479,495,098 |

| AMORTIZATIONS CONSIDERED DEFERRED DURING DEFICIT PERIOD ............................. ........................................................... ........ |
|---|

**RNB 009750**

**S 192-0030**

12

DETERMINATION OF SURPLUSES AND DEFICITS - 1ST PART

Fiscal Year.....................2001.......................................
Individual or Company Name .........GRUPO SOFONA ....... ...........................................................................................................................

| Name and No. | TYPE OF FIXED ASSETS 2 | | ACQUISITION DATE | ACQUISITION VALUE 1 | ACCRUED AMORTIZATIONS 2 | ACCOUNTING NET VALUE 3 =- 1 - 2 | ASSIGNMENT DATE |
|---|---|---|---|---|---|---|---|
| | | 01 | | | | | |
| | | 02 | | | | | |
| | | 03 | | | | | |
| | | 04 | | | | | |
| | | 05 | | | | | |
| | | 06 | | | | | |
| | | 07 | | | | | |
| | | 08 | | | | | |
| | | 09 | | | | | |
| | | 10 | | | | | |
| | | 11 | | | | | |
| | TOTALS | 12 | | | | | |

RNB 009751

S 192-0031

DETERMINATION OF SURPLUSES AND DEFICITS - 1ST PART

Fiscal Year.....................2001.......................................
Individual or Company Name .........GRUPO SOFONA .......................................................................................................

| NAME AND NO. | TITLES | | TOTAL ASSIGNMENT COST 5 | ASSIGNMENT PRICE 6 | RESULT OF ASSIGNMENT SURPLUSES | | DEFCITS |
|---|---|---|---|---|---|---|---|
| | | | | | TO BE REINVESTED | TAXABLE | |
| | | 01 | | | | | |
| | | 02 | | | | | |
| | | 03 | | | | | |
| | | 04 | | | | | |
| | | 05 | | | | | |
| | | 06 | | | | | |
| | | 07 | | | | | |
| | | 08 | | | | | |
| | | 09 | | | | | |
| | | 10 | | | | | |
| | | 11 | | | | | |
| | TOTALS | 12 | | | | | |

RNB 009752

S 192-0032

14

Fiscal Year.................2001..............................
Individual or Company Name ......GRUPO SOFONA ...........................................................................................................................

| No. | TITLES | FISCAL YEAR FUNDING - OTHER INCREASES | | | FISCAL YEAR RETURNS - OTHER REDUCTIONS | | Final Balances of Provision Accounts 6 = 1 + 2 +3 - (4+5) |
|---|---|---|---|---|---|---|---|
| | | Provision Accounts Initial Balances | Deductible 2 | Non-Deductible 3 | Deductible 4 | Non-Deductible 5 | |
| 013 | Statutory Provisions | | | | | | |
| 013 | Assignment Surpluses to be Reinvested | | | | | | |
| 019 | Provisions for Debits and Losses | | | | | | |
| [Illegible] | Prov. for Depreciation of Fixed Assets | | | | | | |
| | Prov. for Stock Depreciation | | | | | | |
| 049 | Prov. for Third Party Accounts | | | | | | |
| 059 | Prov. for Depreciation of Financial Accounts | | | | | | |
| | TOTALS | | | | | | |

TABLE OF PROVISIONS

DETAILS OF PROVISIONS

| NATURE | REASONS | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

RNB 009753

S 192-0033

15

### DETERMINATION OF THE FISCAL RESULT

Fiscal Year............2001...............................................

Individual or Company Name ...........GRUPO SOFONA

.............................................................................. .................................................

| | | LOSS | PROFIT |
|---|---|---|---|
| I | NET ACCOUNTING RESULT FOR THE FISCAL YEAR (Account 85) | | |
| | | | |
| II | REINTEGRATION OF NON-TAX DEDUCTIBLE EXPENSES OR LOSSES | | |
| | 1. Non-Deductible Amortizations | | |
| | 2. Amortizations Considered Tax Deferred | | |
| | 3. Non-Deductible Provisions | | |
| | 4. Remunerations of the Individual User and his/her Spouse | | |
| | 5. Excess Interests from Stockholders Current Accounts | | |
| | 6. Non-Deductible Taxes | | |
| | 7. Non-Deductible Fines and Penalties | | |
| | 8. Excessive Donations and Gratuities | | |
| | 9. Miscellaneous (Give details) | | |
| | TOTAL REINTEGRATIONS | | |
| III | DEDUCTIONS FROM EXPENSES, LOSSES OR TAX DEDUCTIBLE INCOME | | |
| | 1. Previously Deferred Amortization Assigned to the Fiscal year | | |
| | 2. Provisions Previously Integrated into the Fiscal Year Result | | |
| | 3. Non-Taxable Surpluses | | |
| | 4. Miscellaneous I | | |
| | 5. Miscellaneous II | | |
| | TOTAL OF ALL DEDUCTIONS | | |
| IV | NET FISCAL RESULT OF THE FISCAL YEAR      2001→ | | 2,245,980,064 |

This document is registered on Page No. 90 of Book
No. 14 of Corporations, Page No. 300, Registry No. 13
Bata, April 24th, 2002
THE BUSINESS REGISTRAR
[Illegible signature]

REUBLIC OF EQUATORIAL
GUINEA
BUSINESS REGISTRY
Continental Region

[Illegible Stamp]
[Handwritten: 04-24-02]

V   RMAINDER DEFICITS

| Fiscal Year | 19 99 | 19 2000 | 19 2001 |
|---|---|---|---|
| Taxable Deficits | 270,018,554 | 34,688,258 | |
| Assignment to the Fiscal Result of the Fiscal Year | | | 2,245,980,864 |
| Remainder of Deficits | | | |

TOTAL OF ASSIGNED
DEFICITS

▽

| VI | FISCAL RESULT | ⟶ | 1,941,274,052 |
|---|---|---|---|

RNB 009754

S 192-0034

16

Fiscal Year.....................2001......................................
Individual or Company Name ............GRUPO SOFONA..............................................................................................

| TITLES | AMOUNTS |
|---|---|
| **I    DETERMINATION OF COMPANY TAX** | |
| Fiscal Benefit (Table No. 9) ........................................................ | 2,245,980,864 |
| Exempt Benefit Articles 26 - 31 - 33 - 34 of the Investment Code ......................... | |
| Taxable Benefit ........................................................ | 2,245,980,864 |
| Rate ........................................................ | 25% |
| Company Tax........................................................ | 561,495,216 |
| Minimum Fiscal Fee ........................................................ | 369,702,732 |
| Company Tax........................................................ | |
| | |
| **\II    MINIMUM FISCAL FEE** | |
| | 19,731,146,388 |
| Business Amount (Account (0) 70 and (0) 71 ..................................... | 167,303,142 |
| Miscellaneous Income and Benefits (Account (0) 74) ................................... | 16,923,551,878 |
| Taxable Business Amount ........................................................ | 1% |
| Rate ........................................................ | 169,235,518 |
| Minimum Fiscal Fee ........................................................ | |

ARTICLE 81
---------------

```
            GROUND TRANSPORTATION      2,136,660,169
            ASEMAR SHIPPING AGENCY       686,121,000
                       PROMOPORT         152,116,483
                                       ----------------
                                        2,974,897,652
```

**RNB 009755**

**S 192-0035**

17

Fiscal Year..................2001.....................................
Individual or Company Name ...........GRUPO SOFONA.................................................................................................

| RESULTS AVAILABLE AND ALLOCATED DURING THE FISCAL YEAR | | | |
|---|---|---|---|
| ORDINARY GENERAL BOARD OF ..................................................................................... | | | |
| ALLOCABLE RESULTS | Lines | DEBTORS (1) | CREDITORS (2) |
| Net Result of Previous Fiscal Year ..................................... | 01 | | |
| Results of prior Periods not yet allocated ......................... | 02 | | |
| Remainder to new account ................................................ | 03 | | |
| Detraction on reserves ...................................................... | 04 | | |
| TOTALS: Lines 1 through 4 ............................................... | 05 | | |
| Net Amount Allocable  (Difference between Line 05 totals) | 06 | | |

| | ALLOCATIONS | | DEBIT from the 01 Following Accounts | CREDIT to the 02 |
|---|---|---|---|---|
| INTERNAL FLOWS | CAPITAL | 07 | | |
| | Statutory Reserves .................................. | 08 | | |
| | Free Reserves .......................................... | 09 | | |
| | Remainder to New Account ....................... | 10 | | |
| | TOTALS: Lines 7 through 10 ..................... | 11 | | |
| EXTERNAL FLOWS | DIVIDENDS .............................................. | 12 | | |
| | Current Accounts Creditors of Shareholders ................. | 13 | | |
| | Other Allocations ...................................... | 14 | | |
| | TOTALS: Lines 12 through 14 ..................... | 15 | | |
| | | | | |
| | | | | |
| | TOTALS: Lines 11 through 16...................... | 16 | | |
| | NET AMOUNT ALLOCATED ..................... | 17 | | |

| NET RESULT FROM PREVIOUS FISCAL YEARS NOT YET ALLOCATED AT THE END OF THIS FISCAL YEAR | 18 | | |
|---|---|---|---|

RNB 009756

S 192-0036

18

## COMMERCIAL ACTIVITY - MERCHANDISE SALES

Fiscal Year....................2001.......................................

Individual or Company Name ............GRUPO SOFONA.......... The UDEAC Accounting Plan establishes that all sales should be recorded as invoiced, INCLUDING FEES

| NAME & No. | DESIGNATION OF MERCHANDISE (By type) | STOCK STOLD (Account 60 and 060) at Purchase Price | PRODUCT SALES (Accounts 70 and 070) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | FOR EXPORT | | | IN EQUATORIAL GUINEA | | | | GRAND TOTAL 8 = 1+7 |
| | | | WITHIN UDEAC 1 | OUTSIDE OF UDEAC 2 | TOTAL EXPORTS 1+2+3 | TO ADMINISTRATION 4 | TO COMPANIES 5 | OTHER CLIENTS 6 | TOTAL EQUATORIAL GUINEA 7= 4+5+6 | |
| | WOOD IN ROLLS | | | 19,731,146,388 | | | | | | 19,731,146,388 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | TOTALS | | | 19,731,146,388 | | | | | | 19,731,146,388 |

(1) Public Companies Included

RNB 009757

S 192-0037

**PURCHASE OF PRODUCTS**

19

Fiscal Year.....................2001.........................................

Individual or Company Name ...........GRUPO SOFONA ......................................................

| NAME & No. | PRODUCT DESIGNATION (Designation by type) | IN EQUATORIAL GUINEA 1 | ABROAD | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Purchase Price at CIF Value | | EXPENSES RELATED TO PURCHASE (Acc. 39) | | | TOTAL ABROAD 7=2+3+4+5+6 | GRAND TOTAL 1+7 |
| | | | UDEAC 2 | OTHER COUNTRIES 3 | CUSTOMS DUTIES 4 | TRANSIT COSTS 5 | OTHER EXPENSES RELATED TO PURCHASE 6 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTALS | | | | | | | | |

(1) Public Companies included

**RNB 009758**

**S 192-0038**

20

**ANALYSIS OF PRODUCTION BY PHYSICAL AMOUNTS**

Fiscal Year.....................2001.....................................
Individual or Company Name ...........GRUPO SOFONA ...........................................................................................

| NAME & No. | PRODUCT DESIGNATION (To be Listed by Type) | AMOUNT UNIT | PRODUCTION SOLD | | | PRODUCTION | |
|---|---|---|---|---|---|---|---|
| | | | IN EQUATORIAL GUINEA | FOR EXPORT | TOTAL | IN STOCK | OUT OF STOCK |
| | WOOD IN ROLLS | | | 19,731,146,388 | 19,731,146,388 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**RNB 009759**

**S 192-0039**

21

## ANALYSIS OF PRODUCTION BY VALUE
(Production Sold and Accounted For: Fees Included)

Fiscal Year....................2001.....................................

Individual or Company Name ............GRUPO SOFONA

.........................................................................................

| NAME & No. | PRODUCT OR SERVICES DESIGNATION (To be Listed by Type) | SOLD PRODUCTION: 710 and 710 | | | | | | | | PRODUCTION ACCOUNTS 77 and 072 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | FOR EXPORT | | | | IN EQUATORIAL GUINEA | | | TOTAL PRODUCTION SOLD 8 = 4+7 | IN STOCK | OUT OF STOCK |
| | | TO ADMINISTRATION 1 | TO COMPANIES 1 | OTHER CLIENTS 3 | TOTAL DOMESTIC MARKET 4 = 1+2+3 | WITHIN UDEAC 5 | OUTSIDE UDEAC 6 | TOTAL EXPLORATION 7 = 5+6 | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | Non-Itemized Payments (1) Non Itemizable    (2) | | | | | | | | | | |
| | TOTALS | | | | | | | | | | |

(1) The amount of these accounts shall not exceed 5% of total of production (2) Public Companies included.

RNB 009760

S 192-0040

22

Fiscal Year.....................2001.......................................
Individual or Company Name ............GRUPO SOFONA
.........................................................................................................

| PURCHASE OF MATERIALS AND SUPPLIES | | | | | | |
|---|---|---|---|---|---|---|
| TITLES | Lines | NAME No. | | IN EQUATORIAL GUINEA (2) | ABROAD (CIF) | | TOTAL (5) |
| | | | | | UDEAC (3) | OTHER COUNTRIES (4) | |
| | 01 | | | | | | |
| | 02 | | | | | | |
| | 03 | | | | | | |
| | 04 | | | | | | |
| | 05 | | | | | | |
| | 06 | | | | | | |
| | 07 | | | | | | |
| | 08 | | | | | | |
| | 09 | | | | | | |
| | 10 | | | | | | |
| | 11 | | | | | | |
| | 12 | | | | | | |
| | 13 | | | | | | |
| | 14 | | | | | | |
| | 15 | | | | | | |
| | 16 | | | | | | |
| | 17 | | | | | | |
| Misc. Non-Itemizable(1) | 18 | | | | | | |
| Misc. Not Itemized (2) | 19 | | | | | | |
| TOTALS: Lines 1 through 19 | 20 | | | | | | |

| EXPENSES RELATED TO PURCHASE | | | | | | |
|---|---|---|---|---|---|---|
| Customs Duties | 21 | | | | | | |
| Transit Expenses | 22 | | | | | | |
| Other Expenses Related to Purchase | 23 | | | | | | |
| TOTALS: Lines 21 through 23 | 24 | | | | | | |

(1) The total should not exceed 5% of the Total.

RNB 009761

S 192-0041

23

Fiscal Year.....................2001......................................
Individual or Company Name ............GRUPO SOFONA
........................................................................................................

| MATERIALS AND SUPPLIES USED (Account 61 / 061) | | | | | |
|---|---|---|---|---|---|
| TITLES | | NAME No. | IN EQUATORIAL GUINEA (1) | ABROAD (2) | TOTAL: 3 = 1+2 |
| NON-ITEMIZABLE MATERIALS AND SUPPLIES | Small Tools | 91 | | | |
| | Maintenance Products | 92 | | | |
| | Office Supplies | 93 | | | 4,438,234 |
| | Publicity Material | 94 | | | 2,588,500 |
| | General Documentation | 95 | | | |
| | Missions and Receptions | 96 | | | |
| | TOTALS: Non-itemizable | | | | |
| Hydrocarbons, Gases, Butane | | 16 | | | 1,280,815,291 |
| Fuel and Lubricants | | 17 | | | |
| Electricity | | 19 | | | 15,300 |
| Water | | 21 | | | |
| | | | | | |
| ARTICLES OF CONSUMPTION | | | | | 42,237,919 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Materials - Provisions not itemized (1) | | | | | |
| GRAND TOTAL | | | | | 1,330,095,244 |

(1) = The amount should not exceed 10% of the grand total

RNB 009762

S 192-0042

24

Fiscal Year.....................2001.......................................

Individual or Company Name ............GRUPO SOFONA ............................................................................................................

| TRANSPORTATION USED (Account 62 - 062) | | | | |
|---|---|---|---|---|
| NBS No. | TITLES | | TRANSPORTATION FOR SALES | TRANSPORTION OF PEOPLE | TOTAL |
| 50 | Car Rental | | | | |
| 50 | Ground Transportation | | | | 13,677,075 |
| 51 | Maritime Transportation | | | | |
| 52 | Air Transportation | | | | |
| | Miscellaneous | 1 | UTA | | | 2,136,660,169 |
| | Miscellaneous | 2 | ASEMAR | | | 842,396,300 |
| | Miscellaneous | 3 | PROMOPORT GUINEA | | | 152,116,483 |
| | Miscellaneous | 4 | TRAVEL EXPENSES | | | 219,395,229 |
| | | | | | |
| | | | | | |
| | TOTAL | | | | 3,364,245,256 |

| INTERESTS PAID (Account 67 - 067) | | | |
|---|---|---|---|
| | PAID | | TOTAL |
| | IN EQUATORIAL GUINEA | ABROAD | |
| Prompt payment discount granted to clients ..................................... | | | |
| Interest on shareholders' current accounts........................................ | | | |
| Bank Interest ......................................................................................... | | | 299,513,928 |
| Interest on Loans ................................................................................. | | | |
| Dividends .............................................................................................. | | | |
| Miscellaneous  1 | | | |
| Miscellaneous  2 | | | |
| | | | |
| TOTAL | | | 299,513,928 |

**RNB 009763**

**S 192-0043**

25

Fiscal Year....................2001....................................
Individual or Company Name ...........GRUPO SOFONA .............................................................................................................

| OTHER SERVICES USED (Account 63/063) | | | | |
|---|---|---|---|---|
| TITLES | No. | IN EQUATORIAL GUINEA | ABROAD | TOTAL 3 |
| Telecommunications and Mail | | | | 68,853,487 |
| Commission on Sales | | | | |
| Restaurants and Cafés | | | | 5,041,475 |
| Hotel Services | | | | |
| Rental of Real Property | | | | |
| Rental of Machinery | | | | |
| Real Property Maintenance and Repairs | | | | 88,987,675 |
| Vehicle and Machinery Maintenance and Repairs | | | | 2,274,676,186 |
| Banking Services | | | | 136,472,807 |
| Publicity | | | | |
| Fees | | | | |
| Legal Actions and Litigation Expenses | | | | |
| Council and Board Expenses | | | | 8,275,500 |
| Other Services 1        NIGHT WATCH | | | | |
| Other Services 2 | | | | |
| Other Services 3 | | | | |
| Other Services 4 | | | | |
| Miscellaneous Non-Itemized (1) | | | | |
| TOTAL | | | | 2,582,307,130 |
| (1) THE AMOUNT SHOULD NOT EXCEED 10% OF THE GRAND TOTAL | | | | |

26

Fiscal Year....................2001........................................
Individual or Company Name ...........GRUPO SOFONA ...........................................................................................

| MISCELLANEOUS EXPENESE AND LOSSES (Account 64/064) | | | |
|---|---|---|---|
| TITLES | IN EQUATORIAL GUINEA (1) | ABROAD (2) | TOTAL 3= 1 + 2 |
| Insurance Premiums | | | 15,312,000 |
| Donations and Gratuities | | | |
| Non-Recoverable Loans | | | |
| Business Cards for Administrators | | | |
| Dues | | | |
| Exchange Difference | | | |
| Non-Accounted Stock and Treasury | | | |
| Criminal Fines | | | 6,250,000 |
| Bonuses Given | | | |
| Land Leases and Rentals | | | 29,506,800 |
| Miscellaneous          1     FUMIGATOR | | | 32,361,968 |
| Miscellaneous          2     IMPORT-EXPORT PROCESSING EXPENSES | | | 103,556,424 |
| Miscellaneous          3     COMMISSION | | | 1,574,804,695 |
| Miscellaneous          4     PORT BUOY EXPENSES | | | 108,796,592 |
|                              5     PAYMENT | | | 102,538,153 |
|                              6     LUMBER CUTTER CONTRACTOR | | | 197,484,575 |
|                              7     OTHER GENERAL EXPENSES | | | 61,026,101 |
|                              8     SUBSCRIPTION EXPENSES | | | 1,438,250 |
| TOTALS : ................................................................ . | | | 2,233,073,558 |

RNB 009765

S 192-0045

27

Fiscal Year.....................2001.......................................
Individual or Company Name  ............GRUPO SOFONA .................................................................................................................

| | PERSONNEL EXPENSES (Account 65 / 065) | | | |
|---|---|---|---|---|
| | REMUNERATION OF | NATIONALS | OTHER AFRICANS | OTHER FOREIGNERS | TOTAL |
| 10 | Management | | | | |
| 20 | Office Staff | 332,924,950 | | 335,850,225 | 668,775,175 |
| 30 | Laborers | 224,879,025 | | 195,981,525 | 420,860,550 |
| 40 | TEMPORARY | | | | |
| | Paid abroad | | | | |
| | TOTAL Remunerations | | | | |
| 50 | SOCIAL BENEFITS | | | | |
| 51 | Social Security | | | | 91,465,508 |
| 52 | Other Social Benefits | | | | 3,997,488 |
| | Paid Abroad | | | | |
| | TOTAL Benefits | | | | |
| 60 | SOCIAL SUBSIDIES | | | | |
| 61 | Medical and Pharmaceutical Expenses | | | | 19,641,430 |
| 62 | Family Emergencies | | | | |
| 63 | Miscellaneous | | | | |
| | TOTAL Subsidies | | | | |
| 70 | SALES IN KIND | | | | |
| 72 | Food | | | | |
| 74 | Water - Gas - Power | | | | |
| 76 | Vacation Transportation | | | | |
| 77 | Rents | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 1,204,740,151 |
| | TOTAL | | | | |

RNB 009766

S 192-0046

28

Fiscal Year....................2001.......................................
Individual or Company Name ............GRUPO SOFONA
.............................................................................................................................

| | TAXES AND ASSESSMENTS (Account 66 / 066) | | |
|---|---|---|---|
| NDF No. | TITLES | AMOUNT | NON-DEDUCTIBLE PORTION |
| 01 | Patents | | |
| 05 | Fiscal Stamp Fees | | |
| 06 | Assessments on Vehicles | | |
| 10 | F.P. T. | 30,171,010 | |
| 20 | Tax on Business Amount | | |
| 31 | Sole Assessment | | |
| 32 | Export Exit Fee (Duties + Assessments) | 3,729,904,370 | |
| 41 | Fuel Assessment | | |
| 42 | Forestry Assessment | | |
| 84 | Urban and Rural Properties | | |
| 93 | Fiscal Fines | | |
| | Miscellaneous | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | 3,760,075,380 | |

RNB 009767

S 192-0047

29

Fiscal Year....................2001.........................................
Individual or Company Name ............GRUPO SOFONA
.......................................................................................................……….

| | Lines | TAX ON INTERNAL BUSINESS AMOUNT, YEARLY STATEMENT | | | |
|---|---|---|---|---|---|
| | | Base Taxable at 5% | Base Taxable at 10% | Base Taxable at 25% | Exempt Taxable Base |
| | 01 | | | | |
| | 02 | | | | |
| | 03 | | | | |
| | 04 | | | | |
| | 05 | | | | |
| | 06 | | | | |
| | 07 | | | | |
| | 08 | | | | |
| | 09 | | | | |
| | 10 | | | | |
| | 11 | | | | |
| | 12 | | | | |
| | 13 | | | | |
| | 14 | | | | |
| | 15 | | | | |
| TOTALS | 16 | | | | |
| Rate to Be Applied | 17 | 5% | 10% | 25% | 0 % |
| E. C. N. Charged | 18 | | | | |

| | | | | AMOUNT |
|---|---|---|---|---|
| | 19 | Credit of Tax Pending Fiscal Year | | |
| PAYMENTS MADE DURING FISCAL YEAR | | | | |
| Period of Reference | | Date of Payment | Receipt No. | |
| January | 20 | | | |
| February | 21 | | | |
| March | 22 | | | |
| April | 23 | | | |
| May | 24 | | | |
| June | 25 | | | |
| July | 26 | | | |
| August | 27 | | | |
| September | 28 | | | |
| October | 29 | | | |
| November | 30 | | | |
| December | 31 | | | |
| | 32 | TOTAL lines 20 through 31 | | |

| NET TAX PAYABLE | 33 | | Line 18 - Line 32 | |
|---|---|---|---|---|
| | | | Line 32 - Line 18 | |
| TAX CREDIT | 34 | | | |

RNB 009768

S 192-0048

30

**ANNUAL SALARY STATEMENT**
**AND REGULARIZATION OF INCOME TAX**

| Taxpayer's Given Name and Surnames | Base Salary | Benefits by type | Corresponding Deduction | | Taxable Income | Rate | Tax Payable (I) | Income Tax Paid (II) | Difference III = (I) - (II) | Income Tax Payments | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 20% G: | Other | | | | | | Amount | Paid | N. C. |
| TAX DECLARED AT THE PUBLIC REVENUE ADMINISTRATION AND VERIFIED BY THE TAX INSPECTION SECTION | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | |

RNB 009769

S 192-0049

31

Fiscal Year....................2001.......................................
Individual or Company Name ............GRUPO SOFONA ........................................................................................

| WORK PERFORMED BY THE COMPANY FOR ITSELF (Account 73) | | | |
|---|---|---|---|
| TITLES | | | TOTAL |
| Construction | 01 | | |
| Self-equipment in Materials and Machines | 02 | | |
| Self-use by Agricultural Companies | 03 | | |
| Repairs for Itself | 04 | | |
| Transportation by Itself | 05 | | |
| Production of Other Services for itself | 06 | | |
| Miscellaneous                    1 | 07 | | |
| Miscellaneous                    2 | 08 | | |
| Miscellaneous                    3 | 09 | | |
| Miscellaneous                    4 | 10 | | |
| Miscellaneous                    5 | 11 | | |
| | | | |
| TOTALS | 12 | | |
| FIXED EXPENSES TO BE TRANSFERRED (Account 073) | | | |
| Expenses Related to the Company's Articles of Incorporation | 13 | | |
| Initial Establishment Expenses | 14 | | |
| Exceptional Expenses to be distributed in several Fiscal Years | 15 | | |
| Expenses attributable to third parties | 16 | | |
| Expenses to be Transferred | 17 | | |
| Benefits in Kind | 18 | | |
| Miscellaneous                    1 | 19 | | |
| Miscellaneous                    2 | 20 | | |
| Miscellaneous                    3 | 21 | | |
| TOTALS | 22 | | |

RNB 009770

S 192-0050

32

Fiscal Year.....................2001.......................................
Individual or Company Name ............GRUPO SOFONA ........................................................................................................

| MISCELLANEOUS INCOME (Account 74 / 074) | |
|---|---|
| TITLES | TOTAL |
| | |
| Land Leases and Rentals | |
| Discounts - Reductions - Bonuses Received | |
| Contributions and Donations Received | |
| Equipment Subsidies | |
| Attendance Sheets Received | |
| Income on Amortized Loans | |
| Exchange Rate Gains | |
| Miscellaneous   1 | |
| Miscellaneous   2 | |
| | |
| TOTAL | |
| EXPORTS AND EQUILIBRIUM SUBSIDIES | |
| | |
| Exploitation Subsidy  (Account 76) | |
| Equilibrium Subsidy  (Account 176) | |
| TOTAL | |

RNB 009771

S 192-0051

33

Fiscal Year.....................2001.......................................
Individual or Company Name ............GRUPO SOFONA.................................................................................................…........

| INTEREST AND DIVIDENDS RECEIVED (Account 77 / 077) | |
|---|---|
| TITLES | TOTAL |
| Discount for Prompt Payment Received | |
| Current Account Interest | |
| Dividends | |
| Miscellaneous 1 | |
| Miscellaneous 2 | |
| Miscellaneous 3 | |
| Miscellaneous 4 | |
| Miscellaneous 5 | |
| Miscellaneous 6 | |
| TOTAL | |

**RNB 009772**

**S 192-0052**

34

Fiscal Year....................2001.......................................
Individual or Company Name ............GRUPO SOFONA .........................................................................................................

| ITEMIZATION OF RENT BY BENEFICIARY | | | | |
|---|---|---|---|---|
| BENEFICIARY'S NAME AND ADDRESS | REAL PROPERTY ADDRESS | PERIOD FROM | TO | AMOUNT |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DETAILS OF COMPENSATIONS PAID TO SHAREHOLDERS | | | | |
|---|---|---|---|---|
| NAME AND ADDRESS | % IN CAPITAL | POSITION IN COMPANY | DIVIDEND | COMPENSATION |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTALS | | |

**RNB 009773**

**S 192-0053**