JAIKUMAR RAMASWAMY
Chief, Asset Forfeiture and
Money Laundering Section (AFMLS)
DANIEL H. CLAMAN, Assistant Deputy Chief
WOO S. LEE, Trial Attorney
STEPHEN A. GIBBONS, Trial Attorney
DELLA SENTILLES, Trial Attorney
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263
Woo.Lee@usdoj.gov

ANDRÉ BIROTTE, JR.
United States Attorney
STEVEN R. WELK (Cal. Bar No. 149883)
Assistant United States Attorney
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Telephone: (213) 894-6166
Steven.welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CV 11-3582-GW-SS |
| Plaintiff, | ) |
| v. | ) Consolidated With CV 13-9169-GW-SS |
| | ) |
| ONE WHITE CRYSTAL-COVERED "BAD TOUR" GLOVE AND OTHER MICHAEL JACKSON MEMORABILIA; REAL PROPERTY LOCATED ON SWEETWATER MESA ROAD IN MALIBU, CALIFORNIA; ONE 2011 FERRARI 599 GTO, | ) **NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY PROCEEDINGS AND VACATE SCHEDULED DATES** |
| Defendants. | ) |

1

Plaintiff United States of America and Claimants Teodoro Nguema Obiang Mangue and Sweetwater Malibu LLC, by and through their respective counsel of record, respectfully notify the Court that they have reached a tentative agreement that will resolve the above-identified cases in their entirety.  The Parties respectfully move this Court to stay proceedings and vacate the scheduled dates in the above-referenced cases so that the settlement may be finalized.  Final settlement is contingent upon counsel for the United States obtaining necessary internal approvals consistent with the Department of Justice's policies governing the settlement of forfeiture actions.  Although counsel for the United States expects that the necessary internal approvals will be granted, there is a process involved in obtaining those approvals that counsel for the United States will endeavor to complete in approximately (30) days or less.

The parties suggest that the Court set a deadline of August 15, 2014, for the lodging of a proposed order resolving the matter or the filing of a joint status report.

DATED: July 18, 2014         CRIMINAL DIVISION
                             UNITED STATES DEPARTMENT OF JUSTICE

                             By: *S/Woo S. Lee*_____
                             Woo S. Lee
                             Stephen A. Gibbons
                             Della Sentilles

2

Attorneys for the United States of America

DATED: July 18, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By *S/Duane Lyons*_____
Duane R. Lyons
Brian M. Wheeler
Attorneys for Claimants Teodoro Nguema Obiang Mangue and Sweetwater Malibu, LLC