JAIKUMAR RAMASWAMY
Chief, Asset Forfeiture and
Money Laundering Section (AFMLS)
DANIEL H. CLAMAN, Assistant Deputy Chief
WOO S. LEE, Trial Attorney
STEPHEN A. GIBBONS, Trial Attorney
DELLA SENTILLES, Trial Attorney
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone:  202-598-2937
Della.Sentilles@usdoj.gov

ANDRÉ BIROTTE, JR.
United States Attorney
STEVEN R. WELK (Cal. Bar No. 149883)
Assistant United States Attorney
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Telephone:  (213) 894-6166
Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 11-3582-GW-SS |
| Plaintiff, | ) | |
| v. | ) | Consolidated With CV 13-9169-GW-SS |
| | ) | |
| ONE WHITE CRYSTAL-COVERED "BAD TOUR" GLOVE AND OTHER MICHAEL JACKSON MEMORABILIA; REAL PROPERTY LOCATED ON SWEETWATER MESA ROAD IN MALIBU, CALIFORNIA; ONE 2011 FERRARI 599 GTO, | ) ) ) ) ) ) ) ) ) | **JOINT STATUS REPORT REGARDING SETTLEMENT AND JOINT MOTION AND STIPULATION TO CONTINUE STATUS CONFERENCE** |
| Defendants. | ) | |

1

On July 18, 2014, the United States and Teodoro Nguema Obiang Mangue and Sweetwater Malibu, LLC ("Claimants") filed a Notice of Settlement and Joint Motion to Stay Proceedings and Vacate Scheduled Dates (the "Joint Motion"). ECF No. 118. The parties advised the Court that they had reached a tentative agreement resolving the above-identified cases in their entirety. Id. The parties further apprised the Court that "[f]inal settlement is contingent upon counsel for the United States obtaining necessary internal approvals" within the Department of Justice (the "Department"), and that counsel for the United States would endeavor to complete the process for obtaining these approvals within thirty (30) days or less. Id. Accordingly, the parties requested that the Court stay proceedings and vacate the scheduled dates in the above-identified actions.

On July 28, 2014, this Court entered an order staying proceedings, vacating the scheduled dates in the above-identified cases, and instructing the parties to lodge an order resolving the above-referenced cases by no later than August 15, 2014, or to file a joint status report. ECF. No. 119. The Court further set a status conference for August 21, 2014, at 8:30 A.M. Id.

As explained in the Joint Motion, the Department's internal policies and procedures require counsel for the United States to obtain certain internal approvals, including from the Department's Office of the Deputy Attorney

General, to execute a settlement agreement resolving the above-identified actions.

Between July 18, 2014 and the present ("Relevant Period"), counsel for the United

States has endeavored to obtain the necessary approvals consistent with the

Department's policies and procedures.  Multiple offices within the Department

have reviewed the terms of the tentative settlement.  However, the process for

obtaining these approvals has been unexpectedly delayed because of the absence

of certain supervisory personnel during the Relevant Period.  Counsel for the

United States expects that final approval of the settlement will be granted within

approximately thirty (30) days or less.  As such, the parties request that the Court

(i) set a deadline of September 12, 2014, for the lodging of a proposed order

resolving the matter or the filing of a joint status report, and (ii) continue the status

conference scheduled for August 21, 2014 to September 18, 2014, at 8:30 A.M.

                    Respectfully submitted,

DATED: August 11, 2014        JAIKUMAR RAMASWAMY, CHIEF
                              ASSET FORFEITURE AND MONEY
                                LAUNDERING SECTION, Criminal Division

                               _/s/ Della G. Sentilles_____
                              DANIEL H. CLAMAN, Assistant Deputy Chief
                              WOO S. LEE, Trial Attorney
                              STEVE GIBBONS, Trial Attorney
                              DELLA SENTILLES, Trial Attorney
                              Criminal Division
                              United States Department of Justice

3

ANDRÉ BIROTTE, JR., United States Attorney
STEVEN R. WELK, Assistant U.S. Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: August 11, 2014      QUINN EMANUEL URQUHART &
                            SULLIVAN, LLP


By _/s/ Brian M. Wheeler_____
Duane R. Lyons
Brian M. Wheeler
Attorneys for Claimants Teodoro Nguema
Obiang Mangue and Sweetwater Malibu, LLC

4