JAIKUMAR RAMASWAMY
Chief, Asset Forfeiture and
Money Laundering Section (AFMLS)
DANIEL H. CLAMAN, Assistant Deputy Chief
WOO S. LEE, Trial Attorney
STEPHEN A. GIBBONS, Trial Attorney
DELLA SENTILLES, Trial Attorney
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone:  202-598-2937
Della.Sentilles@usdoj.gov

STEPHANIE YONEKURA
Acting United States Attorney
STEVEN R. WELK (Cal. Bar No. 149883)
Assistant United States Attorney
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Telephone:  (213) 894-6166
Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ONE WHITE CRYSTAL-COVERED "BAD TOUR" GLOVE AND OTHER MICHAEL JACKSON MEMORABILIA; REAL PROPERTY LOCATED ON SWEETWATER MESA ROAD IN MALIBU, CALIFORNIA; ONE 2011 FERRARI 599 GTO, <br><br> Defendants. | No. CV 11-3582-GW-SS <br><br> Consolidated With CV 13-9169-GW-SS <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT AND JOINT MOTION AND STIPULATION TO CONTINUE STATUS CONFERENCE** |

On July 18, 2014, the United States and Teodoro Nguema Obiang Mangue and Sweetwater Malibu, LLC ("Claimants") filed a Notice of Settlement and Joint Motion to Stay Proceedings and Vacate Scheduled Dates (the "Joint Motion"). ECF No. 118.  The parties advised the Court that they had reached a tentative agreement resolving the above-identified cases in their entirety.  Id.  The parties further apprised the Court that "[f]inal settlement is contingent upon counsel for the United States obtaining necessary internal approvals" within the Department of Justice (the "Department"), and that counsel for the United States would endeavor to complete the process for obtaining these approvals within thirty (30) days or less.  Id.  Accordingly, the parties requested that the Court stay proceedings and vacate the scheduled dates in the above-identified actions.

On July 28, 2014, this Court entered an order staying proceedings, vacating the scheduled dates in the above-identified cases, and instructing the parties to lodge an order resolving the above-referenced cases by no later than August 15, 2014, or to file a joint status report.  ECF. No. 119.

On August 12, 2014, the parties filed a Joint Status Report Regarding Settlement and Joint Motion to Continue Status Conference.  ECF No. 120.  In that joint motion, counsel for the Government advised the Court that the process for obtaining internal approvals within the Department was unexpectedly delayed

because of the absence of certain supervisory personnel between July and August 2014.

On August 13, 2014, this Court granted the parties joint motion and directed the parties to lodge an order resolving the above-referenced cases by no later than August 15, 2014, or to file a joint status report.  ECF. No. 121.  The Court further set a status conference for September 18, 2014.  Id.

On September 11, 2014, counsel for the United States obtained the requisite internal approvals to execute the settlement agreement resolving the above-identified actions consistent with the Department's internal policies and procedures.  Because obtaining the signature of Claimant for the proposed settlement agreement required counsel to travel overseas, the parties requested that the Court (i) set a deadline of October 6, 2014, for the lodging of a proposed order resolving the matter or the filing of a joint status report, and (ii) continue the status conference scheduled for September 18, 2014 to October 16, 2014 at 8:30 A.M.  ECF. No. 122.

On September 15, 2014, this Court granted the parties joint motion and directed the parties to lodge an order resolving the above-referenced cases by no later than October 6, 2014, or to file a joint status report.  ECF. No. 123.  The Court further set a status conference for October 16, 2014.  Id.

Due to the Air France strike in September and October, counsel for Claimant experienced significant and unexpected delays in travelling overseas to obtain Claimant's signature.  Counsel for Claimant and counsel for the United States are in the process of finalizing the procedural details of the proposed settlement, and intend to lodge with the Court a copy of the executed settlement agreement by October 10, 2014.  Therefore, the parties request that the Court (i) set a deadline of October 13, 2014, for the lodging of a proposed order effectuating the settlement agreement or the filing of a joint status report, and (ii) continue the status conference scheduled for October 16, 2014, to October 20, 2014, at 8:30 A.M.

Respectfully submitted,

DATED: October 6, 2014            JAIKUMAR RAMASWAMY, CHIEF
                                  ASSET FORFEITURE AND MONEY
                                    LAUNDERING SECTION, Criminal Division

                                  s/Woo S. Lee_____
                                  DANIEL H. CLAMAN, Assistant Deputy Chief
                                  WOO S. LEE, Trial Attorney
                                  STEVE GIBBONS, Trial Attorney
                                  DELLA SENTILLES, Trial Attorney
                                  Criminal Division
                                  United States Department of Justice


                                  STEPHANIE YONEKURA,
                                  Acting United States Attorney
                                  STEVEN R. WELK, Assistant U.S. Attorney

Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: October 6, 2014

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By *S/ Duane R. Lyons*
Duane R. Lyons
Brian M. Wheeler
Attorneys for Claimants Teodoro Nguema
Obiang Mangue and Sweetwater Malibu, LLC