FISHER & KREKORIAN
Kevin Fisher (Bar No. 131455)
rkf@fkslaw.net
2121 Park Drive
Los Angeles, California 90026
Telephone:  (310) 862-1225
Facsimile:   (310) 388-0805

Attorneys for Claimants
Teodoro Nguema Obiang Mangue
and Sweetwater Malibu, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONE WHITE CRYSTAL-COVERED "BAD TOUR" GLOVE AND OTHER MICHAEL JACKSON MEMORABILIA; REAL PROPERTY LOCATED ON SWEETWATER MESA ROAD IN MALIBU, CALIFORNIA; ONE 2011 FERRARI 599 GTO,<br><br>Defendants. | CASE NO. CV 11-3582-GW<br><br>**JOINT STIPULATION TO SCHEDULE STATUS CONFERENCE RE SETTLEMENT** |

04579.23529/4605224.1

CASE NO. 2:11-03582-GW-SS
JOINT STIPULATION AND/OR JOINT MOTION

# JOINT STIPULATION AND/OR JOINT MOTION

Claimants Teodoro Nguema Obiang Mangue and Sweetwater Malibu, LLC (collectively "Sweetwater Claimants") and Plaintiff United States of America, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on October 13, 2014, the United States and the Sweetwater Claimants filed a Joint Motion and Stipulation to Remove Actions From Court's Active Calendar and Enforce Settlement Agreement (the "Joint Stipulation") resolving the above-captioned, which was approved by the Court on October 15, 2014;

WHEREAS, pursuant to the Stipulation, the Defendant *Res* was to be liquidated and the proceeds of that liquidation ("Liquidation Proceeds") handled by the parties pursuant to the terms of the Joint Stipulation. WHEREAS, pursuant to the Joint Stipulation, the Court retained jurisdiction over this matter;

WHEREAS, the United States and the Sweetwater Claimants continue to engage in constructive discussions regarding how to best use the Liquidation Proceeds consistent with the terms of the Stipulation but have not yet finalized a selection of charities to receive these funds; and

WHEREAS, the United States and the Sweetwater Claimants agree that a status conference with the Court to discuss and update the Court as to the status of the implementation of the Stipulation's terms is appropriate;

NOW, THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

1. A Status Conference should be scheduled for May 20, 2019, or any date that the Court deems appropriate, to provide the Court with a status update regarding the disbursement of the Liquidation Proceeds and other issues related to the Joint Stipulation.

IT IS SO STIPULATED.

DATED:  March 22, 2019          FISHER & KREKORIAN


By *s/ Kevin Fisher*
   Kevin Fisher
   Attorney for Claimants Teodoro Nguema
   Obiang Mangue and Sweetwater Malibu, LLC


DATED:  March 22, 2019          MONEY LAUNDERING AND ASSET
                                RECOVERY SECTION
                                CRIMINAL DIVISION
                                UNITED STATES DEPARTMENT OF JUSTICE



By *s/ Woo S. Lee*
   Woo S. Lee
   Attorneys for United States of America