FISHER & KREKORIAN
Kevin Fisher (Bar No. 131455)
rkf@fkslaw.net
2121 Park Drive
Los Angeles, California 90026
Telephone:   (310) 862-1225
Facsimile:    (310) 388-0805

Attorneys for Claimants
Teodoro Nguema Obiang Mangue
and Sweetwater Malibu, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 11-3582-GW-SSx |
| Plaintiff, | |
| vs. | **ORDER RE STATUS CONFERENCE RE SETTLEMENT** |
| ONE WHITE CRYSTAL-COVERED "BAD TOUR" GLOVE AND OTHER MICHAEL JACKSON MEMORABILIA; REAL PROPERTY LOCATED ON SWEETWATER MESA ROAD IN MALIBU, CALIFORNIA; ONE 2011 FERRARI 599 GTO, | |
| Defendants. | |

CASE NO. 2:11-03582-GW-SS
PROPOSED ORDER

04579.23529/4605224.1

1    This matter coming before the Court on the parties' Joint Stipulation to
2  Schedule a Status Conference Re Settlement, IT IS HEREBY ORDERED THAT:

5    1.  A Status Conference is scheduled for:

7     April 29, 2019 at 8:30 a.m.

10    Date: March 28, 2019                    _____

11                                            Hon. George H. Wu
12                                            United States District Judge

-1-                                          CASE NO. 2:11-03582-GW-SS
                                             PROPOSED ORDER