UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 11-3582-GW(SSx) |
| Date | April 29, 2019 |
| Title | United States of America v. One White Crystal Covered Bad Tour Glove and Other Michael Jackson Memorabilia |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Woo S. Lee, US DOJ

Attorneys Present for Defendants:  
Kevin Fisher

**PROCEEDINGS:** STATUS CONFERENCE

Court and counsel confer. The Court relates this action, but does not consolidate with *Sweetwater Malibu CA, LLC v. Mauricio Umansky, et al.*, CV 19-1848-GW(SSx). A status conference is set for July 1, 2019 at 8:30 a.m., with a joint report re agreement on distribution of funds to be filed by noon on June 26, 2019.

Case reopened. Made JS-5.

: 03

Initials of Preparer   JG