DEBORAH L. CONNOR
Chief, Money Laundering Section & Asset Recovery Section (MLARS)
WOO S. LEE, Deputy Chief, International Unit
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone:  202-598-2249
Woo.lee@usdoj.gov

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3391/(213) 894-4493
   Facsimile: (213) 894-0142
   Email: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CV 11-3582-GW-SS |
| Plaintiff, | ) |
| v. | ) Consolidated With CV 13-9169-GW-SS |
| ONE WHITE CRYSTAL-COVERED "BAD TOUR" GLOVE AND OTHER MICHAEL JACKSON MEMORABILIA; REAL PROPERTY LOCATED ON SWEETWATER MESA ROAD IN MALIBU, CALIFORNIA; ONE 2011 FERRARI 599 GTO, | ) **JOINT STATUS REPORT REGARDING DISTRIBUTION OF SETTLEMENT PROCEEDS** |
| Defendants. | ) |

On October 13, 2014, the United States and the Sweetwater Claimants (jointly the "Parties") filed a Joint Motion and Stipulation to Remove Actions From Court's Active Calendar and Enforce Settlement Agreement (the "Joint Stipulation") resolving the above-captioned action, which was approved by the Court on October 15, 2014.

Pursuant to the Joint Stipulation, the Defendant *Res* was to be liquidated and the proceeds of that liquidation ("Liquidation Proceeds") handled by the parties pursuant to the terms of the Joint Stipulation.  Specifically, the Joint Stipulation required that $10.3 million of the Liquidation Proceeds be forfeited to the United States and the remainder of the Liquidation Proceeds be used as contemplated by the settlement agreement by, among the possibilities, a charity or other organization(s) for the benefit of the people of Equatorial Guinea.  The use of the remainder of the Liquidation Proceeds is to be either selected by the Sweetwater Claimants and the United States by mutual agreement or selected by a panel.  In the Joint Stipulation, the Government represented, among other things, that, where practicable and consistent with law, it intended to utilize the net Settlement Amount for the benefit of the people of the Republic of Equatorial Guinea.  Pursuant to the Joint Stipulation, the Court retained jurisdiction over this matter.

On April 29, 2019, a status conference was convened before the Court to provide the Court with an update as to the status of the implementation of the terms of the Joint Stipulation.  At the Status Conference, the Parties informed the Court that the Parties had reached an agreement in principle as to a third-party entity (the "Potential Entity") to receive a portion of the Liquidation Proceeds to be used

for the benefit of the Equatoguinean people. The Court directed the Parties to file a joint status report regarding the distribution of the Liquidation Proceeds by June 26, 2019.

Since the Status Conference, representatives of the Parties have continued to engage in constructive discussions, including with representatives of the Potential Entity, both in the United States and the Republic of Equatorial Guinea to detail a specific plan to disburse a portion of the Liquidation Proceeds to benefit the people of Equatorial Guinea. Among other things, the Parties and the Potential Entity have discussed the possibility of utilizing the Liquidation Proceeds for educational purposes to benefit Equatoguinean students. Consistent with the objective of identifying a mutually-agreeable use of the proceeds that can be provided with some portion of the Liquidation Proceeds to be used to benefit the people of Equatorial Guinea, representatives of the Parties are scheduled to meet in person in July to engage in further and more focused discussions with each other and the Potential Entity to finalize details on how the Liquidation Proceeds can be used consistent with the terms of the Joint Stipulation.

/ / /

/ / /

The Parties respectfully request that the Court schedule a further status conference on September 9, 2019, or a date the Court deems appropriate.

Respectfully submitted,

DATED: June 26, 2019

Deborah L. Conner, Chief
Money Laundering & Asset Recovery Section
Criminal Division

*S/Woo S. Lee*
WOO S. LEE, Deputy Chief
Criminal Division
United States Department of Justice

Nicola T. Hanna,
United States Attorney
STEVEN R. WELK, Assistant U.S. Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: June 26, 2019

FISHER & KREKORIAN

By *s/Kevin Fisher*
Kevin Fisher
Attorneys for Claimants Teodoro Nguema Obiang Mangue and Sweetwater Malibu, LLC