UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-3582-GW-SSx | Date | July 1, 2019 |
| Title | United States of America v. One White Crystal Covered Bad Tour Glove and Other Michael Jackson Memorabilia | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie E. Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Woo S. Lee, US DOJ | R. Kevin Fisher |

**PROCEEDINGS:** STATUS CONFERENCE

Court and counsel confer. The Court consolidates this action with *Sweetwater Malibu CA, LLC v. Mauricio Umansky, et al.*, CV 19-1848-GW-SSx for pretrial purposes only. A status conference will be set in this matter once the dispositive motion in *Sweetwater* is filed and a hearing is set.

: 02

Initials of Preparer  JG