UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3582-GW-SSx | Date | September 9, 2019 |
|---|---|---|---|

| Title | United States of America v. One White Crystal Covered Bad Tour Glove and Other Michael Jackson Memorabilia |
|---|---|

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Woo S. Lee, US DOJ, by telephone | None Present |

**PROCEEDINGS:** STATUS CONFERENCE

Court hears oral argument in the *Sweetwater Malibu CA, LLC v. Mauricio Umansky, et al.*, action. Court will reset the status conference once the *Sweetwater* matter is placed back on calendar.

                                                                                    :   01

Initials of Preparer   JG